AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

DISTRICT OF MASSACHUSETTS

STEVENS
V.
HOWLAND

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04 11938 JLT

I, William G. Stevens, declare that I am the (check appropriate box)

☒ petitioner/plaintiff
☐ respondent/defendant
☐ movant (filing 28 U.S.C. 2255 motion)
☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Violation of Civil Rights, including the right to practice Religious beliefs and not be descriminated against for the practice of that religion.

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes ☐   No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. June 1998

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes ☐   No ☒
   b. Rent payments, interest or dividends?                    Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐   No ☒
   d. Gifts or inheritances?                                    Yes ☐   No ☒
   e. Any other sources?                                        Yes ☐   No ☒

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒    No ☐    (Include any funds in prison accounts.)    $ 50⁵⁰ / 60⁶⁷
   If the answer is "yes," state the total value of the items owned.
   
   TOTAL $111¹⁷

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____         William H Stern
              (Date)                 Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 50.50 per  60.67 Saving on account to his credit at the ___Bridgewater Complex___ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ ___

See attached                                _____
                                            Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge    Date | United States Judge    Date |
|                            | or Magistrate |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVENS

V.                                          CIVIL ACTION NO._____

HOWLAND

### AFFIDAVIT

I, William G. Stevens, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of ———— $ 50 represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

_____
Signature of Applicant

Sworn and subscribed to before me this 31 day of AUG, 2004

MANUEL JAMES BOTELHO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jul 16, 2011

_____
NOTARY PUBLIC

## MASSACHUSETTS SIGNATURE WITNESSING

Gov. Exec. Ord. #455 (03-13), §5(f)

Commonwealth of Massachusetts  
County of _Plymouth_ } SS.

On this the __31__ day of __AUG__, __2004__, before me,  
      Day        Month        Year

__MANUEL JAMES BOTELHO__, the undersigned Notary Public,  
Name of Notary Public

Personally appeared __William G Stevens__,  
Name(s) of Signer(s)

Proved to me through satisfactory evidence of identity, which was/were __Inmate I.D. M85829__,  
Description of Evidence of Identity

To be the person(s) whose name(s)  
Was/were signed on the preceding or  
Attached document in my presence.

_____  
Signature of Notary Public

__Manuel James Botelho__  
Printed Name of Notary

MANUEL JAMES BOTELHO  
Notary Public  
Commonwealth of Massachusetts  
My Commission Expires Jul 16, 2010

My Commission Expires __16 July 2010__

Place Notary Seal and/or Any Stamp Above

----------------------**OPTIONAL**----------------------

*Although the information in this section is not required by law it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit__

Document Date: __8/31/04__   Number of Pages: __1__

Signer(s) Other Than Named Above: _____

Top of thumb here

**Massachusetts Department of Correction - [Inmate Transaction - TFA_OTRN]**

Administr.  Admiss.  Bed Mng.  Class.  Criminal Rds.  Date Comp.  Medical  O.V.  Prog./Work  Release  Schedule  Security  Window

Select Inmate Commitment Number: M85829    Today's Date: 20040823 08:56

Name: STEVENS, WILLIAM    Comm #: M85829    Inst: MASS. TREATMENT CENTER    DOB: 19650301
Status: ACTIVE    Unit, Cell, Bed: D1.010.B    Sec Level: 4    Comm: 20040131    PE:     Release Date:

SSN: 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    Personal A/C Balance: $50.50    Savings A/C Balance: $60.67    Freeze Amount: $0.00
Loan Amount: $0.00    Sentence Fees Balance: $0.00    Restitution Fees Balance: $0.00    A/C Institution: MTC

Date of Transaction:     Time of Transaction:
Type of Transaction:

○ Credit    ○ Debit    ○ Transfer

Total Amount ($):

Receipt #:     Comments:

Record: 1/1

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............ STEVENS, WILLIAM

Commitment number.... M85829

Period encompassed.... 3/20/2004 TO 8/20/2004

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 03/20/04 | $ 244.07 | $ 10.00 | $ 254.07 |
| Balance as of | 03/31/04 | $ 221.25 | $ 12.00 | $ 233.25 |
| Balance as of | 04/30/04 | $ 110.75 | $ 20.51 | $ 131.26 |
| Balance as of | 05/31/04 | $ 53.02 | $ 30.53 | $ 83.55 |
| Balance as of | 06/30/04 | $ 18.92 | $ 43.06 | $ 61.98 |
| Balance as of | 7/31/2004 | $ 78.56 | $ 53.10 | $ 131.66 |
| Ending Balance: | 08/20/04 | $ 50.50 | $ 60.67 | $ 111.17 |

Six month average balance:       $   143.85

20% of six month average balance:  $   28.77

total expenditures for period:   $   359.95

total income for period:         $   166.38

To the best of my knowledge the above summary information is true and accurate:

Signed: _Evelyn E. Smith_   8/23/2004

*note to clear numbers Ctrl-Z*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040820 14:16

| Commit# : | M85829 | | | MASS. TREATMENT CENTER | | Page  1 |
|---|---|---|---|---|---|---|
| Name : | STEVENS, WILLIAM, G, | | | Statement From | 20040320 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20040820 | |
| Block : | D1 | | | | | |
| Cell/Bed : | 010 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $351.76 | $107.69 | $10.00 | $0.00 |
| 20040324 15:32 | EX - External Disbursement | 2567594 | 90205 | MTC | ~CASETTE TAPES~COMMONWEALTH OF MASS. | $0.00 | $5.20 | $0.00 | $0.00 |
| 20040325 22:30 | CN - Canteen | 2579464 | | MTC | ~Canteen Date : 20040325 | $0.00 | $19.62 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2601320 | | MTC | ~20040314 To 20040320 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20040331 23:01 | PY - Payroll | 2601321 | | MTC | ~20040314 To 20040320 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20040402 13:25 | EX - External Disbursement | 2611787 | 90521 | MTC | ~FLYING BUFFALO, INC. | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040405 11:02 | IC - Transfer from Inmate to Club A/c | 2614981 | | MTC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20040405 11:03 | IC - Transfer from Inmate to Club A/c | 2614987 | | MTC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.20 | $0.00 | $0.00 |
| 20040407 15:35 | IC - Transfer from Inmate to Club A/c | 2625358 | | MTC | ~CLOTHING ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $40.40 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631027 | | MTC | ~20040321 To 20040327 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2631028 | | MTC | ~20040321 To 20040327 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20040408 22:30 | CN - Canteen | 2637750 | | MTC | ~Canteen Date : 20040408 | $0.00 | $29.29 | $0.00 | $0.00 |
| 20040413 11:07 | IS - Interest | 2664464 | | MTC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20040413 11:07 | IS - Interest | 2664465 | | MTC | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20040413 11:59 | CI - Transfer from Club to Inmate A/c | 2665137 | | MTC | ~DID IN ERROR AS POSTAGE S/B CHECK NT POSTGE CREDIT PER EVELYN SMITH~M85829 STEVENS,WILLIAM G PERSONAL~POSTAGE - Z11 | $5.20 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2675813 | | MTC | ~20040328 To 20040403 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2675814 | | MTC | ~20040328 To 20040403 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20040415 22:30 | CN - Canteen | 2682119 | | MTC | ~Canteen Date : 20040415 | $0.00 | $6.71 | $0.00 | $0.00 |
| 20040420 15:18 | EX - External Disbursement | 2693465 | 90883 | MTC | ~COMMONWEALTH OF MASS | $0.00 | $5.20 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2703657 | | MTC | ~20040404 To 20040410 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20040421 23:01 | PY - Payroll | 2703658 | | MTC | ~20040404 To 20040410 | $0.00 | $0.00 | $2.00 | $0.00 |
| 20040422 22:30 | CN - Canteen | 2709908 | | MTC | ~Canteen Date : 20040422 | $0.00 | $18.84 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2731889 | | MTC | ~20040411 To 20040417 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040428 23:01 | PY - Payroll | 2731890 | | MTC | ~20040411 To 20040417 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040429 22:30 | CN - Canteen | 2738429 | | MTC | ~Canteen Date : 20040429 | $0.00 | $7.28 | $0.00 | $0.00 |
| 20040505 14:30 | IC - Transfer from Inmate to Club A/c | 2756453 | | MTC | ~POSTAGE TO ATTY EDWARD F X LYNCH/PO BOX 646/BARNSTABEL MA 02630~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040505 23:01 | PY - Payroll | 2760817 | | MTC | ~20040418 To 20040424 | $2.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040820 14:16

Page: 2

| Commit# : | M85829 | | | MASS. TREATMENT CENTER | | | | |
| Name : | STEVENS, WILLIAM, G. | | | Statement From | 20040320 | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20040820 | | | |
| Block : | D1 | | | | | | | |
| Cell/Bed : | 010/B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040505 23:01 | PY - Payroll | 2760818 | | MTC | ~20040418 To 20040424 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2767530 | | MTC | ~Canteen Date: 20040506 | $0.00 | $27.61 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2789425 | | MTC | ~20040425 To 20040501 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040512 23:01 | PY - Payroll | 2789426 | | MTC | ~20040425 To 20040501 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040513 07:33 | IS - Interest | 2808556 | | MTC | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20040513 07:33 | IS - Interest | 2808557 | | MTC | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2833318 | | MTC | ~20040502 To 20040508 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040519 23:01 | PY - Payroll | 2833319 | | MTC | ~20040502 To 20040508 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2839592 | | MTC | ~Canteen Date: 20040520 | $0.00 | $23.37 | $0.00 | $0.00 |
| 20040526 13:01 | IC - Transfer from Inmate to Club A/c | 2857189 | | MTC | ~CT/RR TO EDWARD FLYNN, SEC OF PUBLIC SAFETY EXEX OFFICE OF PUBLIC SAFETY ONE ASHBURTON PL ROOM 2133 BOSTON MA 02108~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.88 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2862789 | | MTC | ~20040509 To 20040515 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040526 23:01 | PY - Payroll | 2862790 | | MTC | ~20040509 To 20040515 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040527 22:30 | CN - Canteen | 2871005 | | MTC | ~Canteen Date: 20040527 | $0.00 | $9.85 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886039 | | MTC | ~20040516 To 20040522 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040602 23:01 | PY - Payroll | 2886040 | | MTC | ~20040516 To 20040522 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2900125 | | MTC | ~Canteen Date: 20040604 | $0.00 | $12.96 | $0.00 | $0.00 |
| 20040607 13:46 | IC - Transfer from Inmate to Club A/c | 2906751 | | MTC | ~POSTAGE TO ATTY EDWARD F X LYNCH~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2918745 | | MTC | ~20040523 To 20040529 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040609 23:01 | PY - Payroll | 2918746 | | MTC | ~20040523 To 20040529 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040610 07:36 | IS - Interest | 2938065 | | MTC | | $0.10 | $0.00 | $0.00 | $0.00 |
| 20040610 07:36 | IS - Interest | 2938066 | | MTC | | $0.00 | $0.00 | $0.03 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2943587 | | MTC | ~Canteen Date: 20040610 | $0.00 | $7.42 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2965376 | | MTC | ~20040530 To 20040605 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040616 23:01 | PY - Payroll | 2965377 | | MTC | ~20040530 To 20040605 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2972965 | | MTC | ~Canteen Date: 20040617 | $0.00 | $9.12 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994084 | | MTC | ~20040606 To 20040612 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040623 23:01 | PY - Payroll | 2994085 | | MTC | ~20040606 To 20040612 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040624 22:30 | CN - Canteen | 3003012 | | MTC | ~Canteen Date: 20040624 | $0.00 | $16.60 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20040820 14:16

Page: 3

| Commit# : | M85829 | | | MASS. TREATMENT CENTER | | | |
| Name : | STEVENS, WILLIAM, G, | | | Statement From | 20040320 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20040820 | | |
| Block : | D1 | | | | | | |
| Cell/Bed : | 010 /B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040630 23:01 | PY - Payroll | 3022770 | | MTC | ~20040613 To 20040619 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040630 23:01 | PY - Payroll | 3022771 | | MTC | ~20040613 To 20040619 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040707 10:22 | ML - Mail | 3043460 | | STH | ~M STEVENS | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040707 10:22 | TI - Transfer from Institution | 3043461 | | STH | ~Associate Receipt Number is 3043460 | $0.00 | $60.00 | $0.00 | $0.00 |
| 20040707 10:22 | TI - Transfer from Institution | 3043462 | | MTC | ~Associate Receipt Number is 3043460 | $60.00 | $0.00 | $0.00 | $0.00 |
| 20040707 23:01 | PY - Payroll | 3052217 | | MTC | ~20040620 To 20040626 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040707 23:01 | PY - Payroll | 3052218 | | MTC | ~20040620 To 20040626 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3059439 | | MTC | ~Canteen Date : 20040708 | $0.00 | $17.43 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3085830 | | MTC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3085831 | | MTC | | $0.00 | $0.00 | $0.04 | $0.00 |
| 20040714 09:27 | ML - Mail | 3088891 | | STH | ~BARBARA KACZMAREK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040714 09:27 | TI - Transfer from Institution | 3088892 | | STH | ~Associate Receipt Number is 3088891 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040714 09:27 | TI - Transfer from Institution | 3088893 | | MTC | ~Associate Receipt Number is 3088891 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040714 23:01 | PY - Payroll | 3097042 | | MTC | ~20040627 To 20040703 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040714 23:01 | PY - Payroll | 3097043 | | MTC | ~20040627 To 20040703 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040715 22:30 | CN - Canteen | 3104050 | | MTC | ~Canteen Date : 20040715 | $0.00 | $23.54 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3125633 | | MTC | ~20040704 To 20040710 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040721 23:01 | PY - Payroll | 3125634 | | MTC | ~20040704 To 20040710 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3132962 | | MTC | ~Canteen Date : 20040722 | $0.00 | $7.28 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3153851 | | MTC | ~20040711 To 20040717 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040728 23:01 | PY - Payroll | 3153852 | | MTC | ~20040711 To 20040717 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3161811 | | MTC | ~Canteen Date : 20040729 | $0.00 | $12.15 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181874 | | MTC | ~20040718 To 20040724 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181875 | | MTC | ~20040718 To 20040724 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040811 17:04 | IS - Interest | 3219688 | | MTC | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20040811 17:04 | IS - Interest | 3219689 | | MTC | | $0.00 | $0.00 | $0.07 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226260 | | MTC | ~20040725 To 20040731 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226261 | | MTC | ~20040725 To 20040731 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3232805 | | MTC | ~Canteen Date : 20040812 | $0.00 | $20.65 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254375 | | MTC | ~20040801 To 20040807 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254376 | | MTC | ~20040801 To 20040807 | $0.00 | $0.00 | $2.50 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20040820 14:16

Page: 4

| Commit# : | M85829 | | | MASS. TREATMENT CENTER | | | | |
| Name : | STEVENS, WILLIAM, G, | | | Statement From | 20040320 | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20040820 | | | |
| Block : | D1 | | | | | | | |
| Cell/Bed : | 010 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040819 22:30 | CN - Canteen | 3262191 | | MTC | ~Canteen Date : 20040819 | $0.00 | $15.02 | $0.00 | $0.00 |
| | | | | | | -$276.38 | $469.95 | $50.67 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $50.50 | $60.67 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $50.50 | $60.67 | $0.00 | $0.00 | $0.00 | $0.00 |