UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>WILLIAM G. STEVENS</u>,
        Plaintiff,

v.        Civil Action No. 04-11938-JLT

<u>ROBERT HOWLAND, et al.</u>,
        Defendants.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

I. Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

☐    DENIED for the following reason(s):

II. Having completed the screening on the merits of plaintiff's complaint pursuant to Section 1915(e)(2), the Court makes the following findings:

<u>FINDINGS</u>

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☒    Yes ☐    as to defendant(s)
                                                        _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☐    Yes ☒    as to defendant(s)
                                                        <u>Massachusetts Department of Correction</u>

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

   No ☐    Yes ☒    ☐ as to all defendants
   ☒ only as to defendant(s)
   Robert Howland
   Joseph Murphy
   Robert Murphy
   Kathleen Dennehy

2. Plaintiff's claims shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice.

   No ☐    Yes ☒    ☐ as to all defendants
   ☒ only as to defendant(s)
   Massachusetts Department of Correction

SO ORDERED.

  10/12/04                                    /s/ Joseph L. Tauro
DATE                                         UNITED STATES DISTRICT JUDGE