UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM STEVENS,

      Plaintiff,

v.                                          CIVIL ACTION NO. 04-11938-JLT

ROBERT HOWLAND, et al.,

      Defendants.

### MOTION OF DEFENDANTS ROBERT HOWLAND, ROBERT MURPHY, JOSEPH MURPHY AND KATHLEEN DENNEHY TO ENLARGE TIME

Defendants, Robert Howland, Robert Murphy, Joseph Murphy, and Kathleen Dennehy, through counsel, hereby move this Court to enlarge the time for filing a responsive pleading up to and including December 22, 2004.

In support of this motion, counsel states that this case was only recently assigned to the Massachusetts Department of Correction Legal Division, and additional time is necessary in order to investigate and make an informed response to the allegations contained in plaintiff's complaint.

Dated: November 30, 2004      Respectfully submitted,

      NANCY ANKERS WHITE
      Special Assistant Attorney General

      /s/ Richard C. McFarland
      Richard C. McFarland, BBO# 542278
      Legal Division
      Department of Correction
      70 Franklin Street, Suite 600
      Boston, MA 02110-1300
      (617) 727-3300, Ext. 132
      rcmcfarland@doc.state.ma.us