<u>CERTIFICATE OF SERVICE</u>

I, Richard C. McFarland, counsel for Defendants Howland, Murphy, Murphy, and Dennehy, hereby certify that I served a copy of Defendants' Motion to Enlarge Time upon *pro se* plaintiff, Willilam Stevens, by regular mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324.

Dated:  November 30, 2004                        /s/ Richard C. McFarland
                                                 Richard C. McFarland