AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

William G. Stevens,
   Plaintiff,

V.

Robert Howland, et al.,
   Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11938-JLT

TO: (Name and address of Defendant)

Joseph Murphy

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William G. Stevens, pro se

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                          October 13, 2004
CLERK                                                 DATE

(By) DEPUTY CLERK