AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

William G. Stevens,
Plaintiff,

V.

Robert Howland, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-11938-JLT

TO: (Name and address of Defendant)

Robert Murphy

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William G. Stevens, pro se

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

October 13, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>October 20, 2004 |
| NAME OF SERVER (PRINT)<br>Joel Pentlarge | TITLE a person who is not a party and who is over 18 years of age |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): presented a copy of the summons and complaint to Robert Murphy personally for in hand service at Unit C-1 of the Mass. Treatment Center, 30 Administration Road, Bridgewater, MA. Mr. Murphy explicitly directed me to deliver these to him through the institutional

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

mail, which I did on October 20, 2004, by depositing them with Officer Sharples. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  October 20, 2004        *[signature]*
             Date            Signature of Server
                             Joel Pentlarge
                             Mass. Treatment Center
                             30 Administration Rd.
                             Bridgewater, MA 02324
                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.