UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM G. STEVENS,

        Plaintiff,

v.

Robert howland,
Joseph Murphy,
Robert Murphy,
Kathleen Dennehy,
Natalya Pushkina,
Massachusetts Department of Corrections,
        Defendant.

Civil Action Docket
No. 04-CV-11938 JLT

PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

The plaintiff, William G. Stevens, moves to amend the complaint. In support of this motion the plaintiff states that Rule 15(a) of the Federal Rules of Civil Procedure provides that the complaint may be amended once as a matter of course, if the defendants have not already answered or otherwise responded to the complaint. The defendants in this case have not answered or otherwise responded to the complaint in this case. Filed with this motion is the proposed complaint.

        William G. Stevens, Plaintiff

        _____
        William G. Stevens, Pro Se
        Mass Treatment Center
        30 Administration Rd.
        Bridgewater, MA 02324

Certificate of Service

I, William G. Stevens, state under the pains and penalties of perjury that I have served a copy of the foregoing motion to amend the complaint and the proposed amended complaint on the following by first class mail postage prepaid:or by institutional mail service:

2

Robert Howland, Staff Program Director
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

Joseph Murphy, Director of Treatment
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

Robert Murphy, Superintendent
Mass Treatment Center
30 Administration Rd
Bridgewater, MA 02324

Kathleen Dennehy, Commissioner
Mass Department of Corrections
50 Maple Street
Milford, MA 01757

Nataylia Pushkina, Librarian
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

The Massachusetts Department of Corrections
50 Maple Street
Milford, MA 02324

November  , 2004

_____
Willaim G. Stevens