UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM STEVENS,**

      **Plaintiff,**

      v.                        Civil Action No. 04-11938 JLT

**ROBERT HOWLAND, et al.,**

      **Defendants.**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT**

Defendants, through counsel, hereby oppose plaintiff's motion to amend the complaint.

In support of this motion, defendants submit the attached memorandum of law.

Dated: December 13, 2004                Respectfully submitted,

                                                NANCY ANKERS WHITE
                                                Special Assistant Attorney General

                                                /s/ Richard C. McFarland_____
                                                Richard C. McFarland, BBO# 542278
                                                Legal Division
                                                Department of Correction
                                                70 Franklin Street, Suite 600
                                                Boston, MA 02110-1300
                                                (617) 727-3300, Ext. 132
                                                rcmcfarland@doc.state.ma.us