March 10, 2005

William G. Stevens
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Stevens v. Howland, et al.
      Civil Action No. 1:04-cv-11938 JLT

Dear Mr. Anastas:

In the above entitled matter I am still awaiting a scheduling order. Would it be possible to provide me with this at your earliest convenience?

Further, on December 30, 2004 I mailed a Plaintiff's Motion for Leave to File a Reply Memorandum to the Defendants' Memorandum in Opposition to the Plaintiff's Motion to Amend to the Court. To date I have not received a response. Would it be possible to verify the status of this motion for me?

Thank you.

William G. Stevens

cc:   file