UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

William G. Stevens,
    Plaintiff,

v.

                                              CIVIL ACTION NO.
                                              04-cv-11938 JLT

Robert Howland, et al.,
    Defendants.

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY OR IN THE ALTERNATIVE FOR SANCTIONS

The plaintiff, William G. Stevens, moves pursuant to Rules 34(b) and 37(a), Fed.R.Civ.P., for an order compelling discovery against the defendants, or in the alternative for appropriate sanctions, as provided by Rule 37 Fed.R.Civ.P.

                                              William G. Stevens,
                                              Plaintiff, Pro Se

                                              William G. Stevens, Pro Se
                                              Mass Treatment Center
                                              30 Administration Rd
                                              Bridgewater, MA 02324

### VERIFICATION

I, William G. Stevens, state under pains and penalties of purjury that I have made all the allegations in the foregoing motion as true and correct, with personal knowledge and observation.

DATED: 8-16-05                                                                William G. Stevens