UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM STEVENS,

     Plaintiff,

v.                                      Civil Action No. 04-11938 JLT

ROBERT HOWLAND, et al.,

     Defendants.

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEPARTMENT OF CORRECTION TO PROVIDE PHOTOCOPIES OF LEGAL DOCUMENTS AND LEGAL PUBLICATIONS

Defendants, Robert Howland, Robert Murphy, Joseph Murphy, Kathleen Dennehy, and the Massachusetts Department of Correction, through counsel, hereby oppose plaintiff's Motion to Compel the Massachusetts Department of Correction to Provide Photocopies of Legal Documents and Legal Publications and request that the motion be denied as lacking merit.

In support of their opposition, defendants submit the attached memorandum of law.

Dated: September 16, 2005                     Respectfully submitted,

                                                            NANCY ANKERS WHITE
                                                            Special Assistant Attorney General


                                                           /s/ Richard C. McFarland_____
                                                           Richard C. McFarland (BBO# 542278)
                                                           Legal Division
                                                           Department of Correction
                                                           70 Franklin Street, Suite 600
                                                           Boston, MA 02110-1300
                                                           (617) 727-3300, Ext. 132
                                                           rcmcfarland@doc.state.ma.us