UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM STEVENS,

        Plaintiff,

    v.                                Civil Action No. 04-11938 JLT

ROBERT HOWLAND, <u>et al.</u>,

        Defendants.

### <u>AFFIDAVIT OF NATALYA PUSHKINA</u>

I, Natalya Pushkina, do on oath depose and state:

1.    I am an employee of the Forensic Health Services ("FHS") and presently serve as the institutional librarian for the Massachusetts Treatment Center. I have held this position for approximately two and one half years. I have a degree in library science. As the institutional librarian for the Treatment Center, I am responsible for the prison's general and law libraries. My general duties and responsibilities are set out in the DOC Library Services regulations, 103 CMR 478.07. A copy of the Library Services regulations is attached hereto as Attachment 1.

2.    I am familiar with Treatment Center resident William Stevens and his allegation that he has been denied sufficient access to the law library and is unable to obtain photocopies of legal documents.

3.    The individuals confined to the Treatment Center are divided into two groups who are kept separate and apart, those individuals who are subject to a criminal sentence and those who are subject to an involuntary civil commitment or awaiting civil commitment proceedings. The hours of access to the law library individuals under a civil commitment to the Treatment Center, such as Stevens, are as follows:



EXHIBIT
A

2

| | |
|---|---|
| Monday | 1:00 p.m. – 4:00 p.m. |
| Tuesday | 8:30 a.m. – 10:50 a.m. |
| Wednesday | 1:00 p.m. – 4:00 p.m. &   7:00 p.m. – 8:45 p.m. |
| Thursday | 8:30 a.m. – 10:50 a.m. |
| Friday | 1:00 p.m. – 4:00 p.m. |

4.      The capacity of the Treatment Center law library is limited to twenty-five residents due to fire and safety regulations.  When Treatment Center residents enter the law library they are required to sign a log book.  I have attached pages from the law library daily log for July and August, 2005 which indicate that Stevens had access to the Treatment Center law library on 22 occasions. See Attachment 2.

5.      Pursuant to the Library Services regulations, Treatment Center residents are provided with photocopies of "original legal materials ... within reasonable amounts at no charge." 103 CMR 471.11(4).  Due to the enormous volume of photocopies requested by Treatment Center residents, guidelines have been developed that place reasonable limits on the amount and type of documents that can be photocopied.  The guidelines require residents to present pleadings and exhibits together as a complete package to be photocopied when they are ready to be mailed out to the court and opposing counsel.  This allows library staff to avoid making unnecessary copies of materials through piecemeal presentation by inmates.  Also, because inmates frequently attempt to submit non-legal documents for photocopying hidden within legal materials, library staff are forced to make a cursory review of legal materials submitted by inmates in order to ensure that the materials to be copied are legal materials.   To this end, the library staff ask that inmates properly label the exhibits that accompany their pleadings to be photocopied.  Each month, from 6,000 to 13,000 photocopies of legal materials are made for Treatment Center residents by the law library staff.

3

6.    Treatment Center residents who need to obtain photocopies of legal materials must complete a request form. I have attached copies of the legal photocopying request forms submitted by Stevens since July 19, 2005 which indicate that he has submitted 15 requests and obtained 673 photocopies of legal materials.  The attached photocopy requests further indicate that of the 15 requests for 673 photocopies made by Stevens since July 19, 2005, only 15 pages were determined to fall outside the photocopy policy and not photocopied by the law library staff.  See Attachment 3.

Signed under the Pains and Penalties of Perjury this _16_ day of September, 2005.

*Natalya Pushkina*
Natalya Pushkina

103 CMR:        DEPARTMENT OF CORRECTION

103 CMR 478.00:  LIBRARY SERVICES

Section

478.01:      Purpose
478.02:      Statutory Authorization
478.03:      Cancellation
478.04:      Applicability
478.05:      Access to 103 CMR 478.00
478.06:      Definitions
478.07:      Staff
478.08:      Budget
478.09:      Facilities and Equipment
478.10:      General Library Services
478.11:      Legal Services
478.12:      Operating Procedures
478.13:      Collection Development
478.14:      Responsible Staff
478.15:      Annual Review
478.16:      Severability

478.01:  Purpose

The purpose of 103 CMR 478.00 is to establish department policy regarding library services. The objective of 103 CMR 478.00 is to provide a guide for the planning, implementation and evaluation of library services in all state correctional institutions.

478.02:  Statutory Authorization

103 CMR 478.00 is issued pursuant to M.G.L. c. 124, § 1(c),(q)., and is consistent with M.G.L. c. 78,§ 19E(4).

478.03:  Cancellation

103 CMR 478.00 cancels all previous Department policy statements, bulletins, directives, orders, notices, rules or regulations regarding Library Services.

478.04:  Applicability

103 CMR 478.00 is applicable to all employees and inmates at all correctional institutions within the Department of Correction.

478.05:  Access to 103 CMR 478.00

103 CMR 478.00 shall be maintained within the Central Policy File of the Department and will be accessible to all Department employees. A copy of 103 CMR 478.00 shall also be maintained in each Superintendent's Central Policy File and in each inmate library.

478.06:  Definitions

Access - use of general and law library services on a scheduled basis.

Associate Commissioner of Reentry and Reintegration – the senior staff person whose duties include, but are not limited to, the management of classification, programs, education, reentry and reintegration.

Audio-visual Equipment - any equipment needed to facilitate the use of non-print library material, such as films, filmstrips, slides, recordings, videos, etc.

Board of Library Commissioners - ("BLC") the state agency responsible for the establishment and development of library media centers in state institutions.

12/17/04                                    103 CMR - 215

Attachment 1

103 CMR:         DEPARTMENT OF CORRECTION

478.06:    continued

Circulation - the activity of a library in lending books and other materials to borrowers and keeping records of the loans.

Collection - the total accumulation of all library materials provided by the library for its users, also called resources or holdings. It may consist of books, periodicals, pamphlets, records or tapes, filmstrips, slides, pictures, games, *etc*.

Commissioner - the Commissioner of Correction.

Inmate Management Systems (IMS) – The Department of Correction's automated information system that provides processing, storage and retrieval of inmate related information needed by Department personnel and other authorized users within the criminal justice system.

Inter-library Loan - a cooperative arrangement among libraries by which one library may borrow material from another.

Library Materials - the total bibliographic holdings or resources of the library consisting of books, periodicals, pamphlets, records, tapes, filmstrips, slides, pictures, games, etc.

Library Services - the total services rendered by the library to its users, including provision of information, reference, bibliographic aid, lending materials, reading guidance, etc.

Manager of Library Services - an employee designated by the Commissioner of the Department of Correction as being responsible for coordination of library services.

Media - printed and audiovisual forms of communication and any necessary equipment required to make them usable.

Network - a cooperative organization formed to provide services to members.

Superintendent – the Chief Administrative Officer of a state correctional institution.

Technical Services - all activities concerned with obtaining, organizing and processing library materials for use.

478.07:  Staff

(1)     Institution Librarian - A full time staff member holding either a Master's Degree in Library Science or Certification as a Professional Librarian. All institutions with an inmate population over 200 should be staffed with an institution librarian. All institution librarians shall be selected with the approval of the manager of library services.

(2)     Library Aide - A staff member with either prior library experience or professional library assigned by the Superintendent to coordinate library services under the supervision of the Manager of Library Services at those institutions with an inmate population under 200 which do not have an institution librarian.

(3)     Manager of Library Services - A full time staff member of the Department of Correction, who coordinates and supervises library services for all institutions in the system. The Manager of Library Services shall have
a Master's Degree in Library Services or Certification as
a Professional Librarian. The Manager of Library Services, in conjunction with the appropriate institution personnel, shall participate in the goal setting and review process for all institution librarians and shall be a co-signatory on all librarian reviews.

(4)     Institution librarians shall meet regularly to form and maintain a network for the purpose of communication, resource sharing, continuing education and training, and the development of cooperative projects and/or grant proposals. Librarians shall maintain communications and establish liaisons with their counterparts in similar institutions and in all types of libraries outside the institution.

103 CMR:         DEPARTMENT OF CORRECTION

478.07:    continued

(5)    Specifications for library personnel shall be written, to the extent feasible, with cooperation of the Department's Manager of Library Services, the institutional Director of Treatment, and the Consultant for Services to Institutions from the Massachusetts Board of Library Commissioners.

(6)    Institutions may use inmates as library clerks, subject to the approval of the Superintendent and the institution librarian. Each institution shall develop procedures for the selection of inmate library clerks. This procedure shall include an application process through which each inmate is screened for eligibility as a library clerk. All inmate applicants must demonstrate basic literacy skills. Inmates must complete the approved training course prior to selection as a law library clerk. At IMS sites, institutional procedures ensure that special requirements of these positions shall be provided to the work assignment officer who shall enter the information in the Create Job Assignment Screen.

(7)    The institution librarian shall be responsible for training inmates as general and law library clerks. Each institution shall develop procedures to insure that general and law library clerks are trained to perform routine library duties as circulation and technical services assistants. No inmate will be hired as a law library clerk without passing a qualifying exam. Each institution with an inmate population over 200 shall develop procedures for the delivery of the approved training course to train potential law library clerks

478.08:  Budget

Each institution librarian or library aide shall make annual budget recommendations to the Superintendent and the Manager of Library Services. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions*.

478.09:  Facilities and Equipment

It is recommended that the correctional library be functional in design and inviting in appearance. The types of equipment and machinery will vary depending upon the services and programs of the institution and its library. All libraries should have typewriters, copying equipment, and audio-visual equipment.

478.10:  General Library Services

(1)    Purpose - The library is an information center for the institution. Library services support, broaden and strengthen the institution's program. The library provides a variety of services, materials and programs comparable to a public library. Advisory guidelines can be found in the *Library Standards for Adult Correctional Institutions*.

(2) The library should encompass a variety of services, materials, and programs. These should include but not be limited to:
  (a)    planned and continuous acquisition of materials;
  (b)    logical organization of materials for convenient use;
  (c)    circulation of materials to maximize use and satisfy informational, educational and recreational needs of users;
  (d)    reference and information services;
  (e)    reader's advisory services;
  (f)    promotional activities to publicize the library's resources;
  (g)    audio-visual programs; and
  (h)    motivational programs to attract users and encourage activities and participation in a variety of projects.

(3)    The library should have cooperative inter-library loan affiliations with various segments of the library community to supplement its own print and non-print resources.

(4)    In institutions with fewer than 200 inmates, the Manager of Library Services and the institutional staff member assigned by the Superintendent to be responsible for library services shall determine the best method for providing those services.

12/17/04

103 CMR:        DEPARTMENT OF CORRECTION

478.10:    continued

    (5)    The library shall have copies of all unrestricted department and institution policies available for the staff and inmates.

478.11:  Legal Services

    (1)    General - The constitutional right of access to the courts requires that, when requested, inmates receive assistance in preparing and filing legal papers.  This assistance may include access to law library facilities, instruction in the use of legal materials and reference assistance.  However, such assistance shall not include legal advice or direction of legal research on the part of library personnel.

    (2)    Law Collection - Each institution with an inmate population over 200 shall have a law collection.  As suggested by federal and state court rulings and national standards, the law library should include at a minimum: state and federal constitutions, state statutes, state decisions, procedural rules and decisions and related commentaries, federal case law, court rules, practice treatises, citators, legal periodicals and digests.
        (a)    The law collection shall be maintained and updated by the institution librarian.
        (b)    Legal materials, with the exception of photocopies, shall not be circulated.

    (3)    Access - Library access shall be scheduled and coordinated by the librarian and shall be provided to all inmates within the institution. An inmate of any state correctional institution without an adequate law collection may request transportation to an institution with a law collection for the purpose of conducting legal research. This request shall be made in writing to the Superintendent or a designee.  The Superintendent may provide access to legal assistance in lieu of Law Library Services as deemed appropriate.

    (4)    Photocopies

        (a)    Photocopying services shall be for the purpose of duplicating original legal documents.  The Superintendent shall designate the staff members responsible for photocopying legal documents and legal reference materials.

        (b)    All photocopy requests shall be compiled within reasonable amounts at no charge.  In order to provide photocopying services to all inmates, the Superintendent may establish guidelines and limits, subject to the review of the Commissioner or a designee.

        (c)    No photocopy request shall be processed unless the Department of Correction Legal Photocopying Request Form is completed and attached to the original legal document to be copied.

        (d)    The librarian shall make reasonable efforts to secure materials not in an institution's collection but available through established inter-library loan procedures.

    (5)    Supplies

        (a)    The institution shall make reasonable efforts to assist inmates in the preparation and processing of their legal documents. Items such as paper, pencils, envelopes and typewriters shall be provided to all inmates who request them and should be available free of charge.  The Superintendent may establish guidelines and limits for such services, subject to the approval of the reviewing authority.

        (b)    Records shall be kept of access, photocopy use and supplies dispersed, including to whom supplies were dispersed.

478.12:  Operating Procedures

    (1)    Library Services staff with the approval of the Superintendent, shall post a schedule of library hours and activities.

    (2)    Written procedures regarding daily operating procedures shall be established by the librarian with the approval of the Superintendent.

    (3)    An inventory of equipment and materials shall be conducted annually by the librarian.

103 CMR:          DEPARTMENT OF CORRECTION

478.12:  continued

(4)      Each Superintendent in cooperation with the librarian should establish procedures to ensure the security of the library and the library collection.

(5)      At IMS sites, supervisory staff shall ensure that all programs and activities are entered in the Create Institution Schedule screen.  For programs or activities that require advance sign up, inmates shall be placed on waiting lists and/or enrolled in Program Enrollment screen.  This screen shall also be utilized to discharge inmates from programs.  Program attendance should be documented daily in the Program/Work Attendance screen for all programs or activities where attendance is taken.

(6)      At IMS sites, for programs/activities for which good time may be awarded, institutional procedures shall ensure that program facilitators complete the Performance Rating screen on a monthly basis.  Additionally, for those programs that require the completion of the program prior to the awarding of good time, supervisory staff shall complete the Good Time for Program Completion screen after discharging the inmate from the program.

(7)      At IMS sites, institutional procedures shall ensure that staff schedule inmate activities such as law library usage when such scheduling is done on an individual basis rather than on a unit or group basis using the Inmate Schedule screen.

(8)      At IMS sites, special events shall be documented in the Incident Report screen utilizing incident type of "Institution Related: Special Event."

478.13:  Collection Development

Library materials should be selected to meet the educational, informational, legal, cultural and recreational needs of its users.  These materials should be relevant to the needs and interests of the population, reflect different reading levels, languages, special interest and ethnicity of inmates.  See the *Library Standards for Adult Correctional Institutions.*

To ensure that materials meet these needs, each library should have a written statement of policy that defines the principles, purposes and criteria to be
considered in the selection and maintenance of library materials.  This statement should apply to gifts and donations as well as to purchased items.  In addition, inmates may make suggestions for acquisitions to the librarian.

478.14:  Responsible Staff

(1)  The Manager of Library Services, under the direction of the Associate Commissioner of Reentry and Reintegration, is responsible for coordinating all programs and services for libraries within the Department of Correction and for monitoring and reviewing 103 CMR 478.00.  The Manager shall also be the liaison with the Board of Library Commissioners.

(2) The Superintendent of each institution in conjunction with the Library Services staff  is  responsible  for implementing 103 CMR 478.00 and developing procedures pursuant to its application.

478.15:  Annual Review

103 CMR 478.00 shall be reviewed annually by the Commissioner or a designee. The party or parties conducting the review shall develop a memorandum to the Commissioner with a copy to the Central Policy File indicating revisions, additions, or deletions which shall be included for the Commissioner's written approval.

103 CMR:          DEPARTMENT OF CORRECTION

478.16:  Severability

   If any article, section, subsection, sentence, clause or phrase of 103 CMR 478.00 is for any reason held to be unconstitutional, contrary to statute, in excess of the authority of the Commissioner or otherwise inoperative, such decision shall not affect the validity of any other article, section, subsection, sentence, clause or phrase of 103 CMR 478.00.

REGULATORY AUTHORITY

   103 CMR 478.00:  M.G.L. c. 124, § 1(c), (q).

# LAW LIBRARY DAILY LOG

(AM) / PM / N
DATE: 8/39/05
(CIV) / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | ████ | | 902 | 933 |
| 3 | ████ | | 902 | |
| 4 | ████████ | | 902 | 905 |
| 5 | ███ | ████ | 902 | |
| 6 | ████ | | 9— | |
| 7 | ████ | | 9— | |
| 8 | ████ | | 9— | |
| (9) | ░ | STEVEN | 9— | 9:10 |
| 10 | | | 9— | |
| 11 | ████████ | | 9— | |
| 12 | ███████ | | 9— | |
| 13 | ██ | | 9— | |
| 14 | ████ | ████ | 9— | 930 — |
| 15 | ██ | | 9— | |
| 16 | ████ | ████ | 93' | |
| 17 | ██ | ████ | 9— | |
| 18 | █ | | 930 | |
| 19 | █ | | 530 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

Attachment 2

# LAW LIBRARY DAILY LOG

AM (PM) / N
DATE: 8/31/05
(CIV) / STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | 1:30 | |
| 3 | | | | |
| 4 | ███ | ███████ | 12 6 | 3:30 |
| 5 | ███ | ███████ | 1:38 | ███ |
| 6 | ███ | ███████ | 1:40 | |
| 7 | ███ | ███████ | 1:30 | 1:40 |
| 8 | ███ | ███████ | 1:30 | |
| 9 | ███ | ███████ | 1:00 | 3:30 |
| 10 | ███ | ███████ | 1:30 | 2:00 |
| 11 | | SHELLY | 1:35 | 3:30 |
| 12 | ███ | ███████ | 1:35 | |
| 13 | ███ | ███████ | 1:35 | 2:30 |
| 14 | ███ | ███████ | 1:70 | 2:10 |
| 15 | ███ | ███████ | 1:40 | 2:30 |
| 16 | | | ? | |
| 17 | ███ | ███████ | 2:- | 2:- |
| 18 | ███ | ███████ | 2:30 | |
| 19 | ███ | ███████ | ███ | |
| 20 | ███ | ███████ | 2:50 | |
| 21 | ███ | ███████ | 2:30 | 2:35 |
| 22 | ███ | ███████ | 2:30 | 3:30 |
| 23 | ███ | ███████ | 2:30 | 3:30 |
| 24 | | | 3:30 | |
| 25 | | R.W. | 3:31 | |
| 26 | | | 3:30 | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

# LAW LIBRARY DAILY LOG

AM / (PM) / N
DATE: 8/86/05
(CIV) / STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ███ | ████████████ | 130 | 2 |
| 2 | | | 130 | |
| 3 | ███ | ████████████ | 130 | |
| 4 | | | 130 | 2 |
| 5 | ███ | ████████████ | 130 | |
| 6 | ███ | ████████████ | 140 | |
| 7 | | | 140 | |
| 8 | ███ | ████████████ | 130 | |
| 9 | | | 130 | |
| 10 | ██████ | ████████████ | 130 | |
| 11 | | | 130 | |
| (12) | D2 | ████████ | 130 | 2 |
| 13 | | | 140 | |
| 14 | ███ | ████████████ | 130 | |
| 15 | | | 130 | |
| 16 | ███ | ████████████ | 130 | |
| 17 | ███ | ████████████ | 2 | |
| 18 | | | 2 | |
| 19 | | | 2 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## LAW LIBRARY DAILY LOG

AM / PM / N

DATE: 8·24·05 

CIV / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | ███████████ | 135 | |
| 2 | | ███████████ | 135 | 2— |
| 3 | | | 135 | 200 |
| 4 | | ████████████ | 135 | 245 |
| 5 | | ██████████ | 170 | |
| 6 | ██████ | | 170 | |
| 7 | ███ | ███ | 130 | |
| 8 | ██ | ██ | 170 | |
| 9 | ██ | ███████ | 170 | |
| 10 | ██ | ███████ | 130 | |
| 11 | ██ | ████████ | 130 | |
| 12 | █ | ████████ | 130 | 250 |
| 13 | █ | ████████ | 140 | 250 |
| 14 | █ | ███████ | 140 | 230 Pm |
| (15) | O/ | STEVENS | 2— | 200 |
| 16 | | ████████ | 130 | |
| 17 | ███ | ██████ | 230 | 235 |
| 18 | ██ | ███████ | 2.30 | 2.45 |
| 19 | ██ | ███████ | 240 | |
| 20 | ██ | ████████ | 130 | 230 |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |



## LAW LIBRARY DAILY LOG

AM / PM / N
DATE: 8/23/05
CIV / STATE

| UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|------|-------------------|---------|----------|
| 1 | ███████████ | 9 | |
| 2 | ███████████ | 9 | |
| 3 | ███████████ | 9 | |
| 4 | ███████████ | 9 | |
| 5 | ███████████ | 8 | |
| 6 | ███████████ | 9 | |
| 7 | ███████████ | 9 | |
| 8 | ███████████ | 9 | 7.30 |
| 9 | ███████████ | 9 | |
| 10 | ███████████ | 9 | |
| 11 | ███████████ | 9 | |
| 13 | ███████████ | 9:40 | 7:00 |
| 14 | | 1:30 | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |

## LAW LIBRARY DAILY LOG

 / PM / N
DATE: 8.18.05
CIV / STATE

| UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|------|-------------------|---------|----------|
| 1 | | 850 | 730 |
| 2 | | 832 | |
| 3 | | 850 | |
| 4 | | 850 | |
| 5 | | 9 | |
| 6 | | 9 | |
| 7 | | 9 | |
| 8 | | 8 | 9;30 |
| 9 | | 8 | 930 |
| 10 | | 9 | |
| 11 | | 820 | 935 |
| 12 | | 9:30 | |
| 13 | | 930 | |
| 14 | | 930 | |
| 15 | | 7:30 | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |



# LAW LIBRARY DAILY LOG

AM / PM / N
DATE: 8/14/05
CIV / STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | 900 | |
| 2 | | | 9— | |
| 3 | | | 9 | 970 |
| 4 | | | 9 | |
| 5 | | | 9. | |
| 6 | | | 9- | |
| 7 | | | 9- | |
| 8 | | | 9- | |
| 9 | | | 9 | |
| 10 | | | 9- | |
| 11 | | | 900 | |
| 12 | | | 900 | |
| 13 | | | 9- | |
| 14 | D-2 | Stevens | 9 | |
| 15 | | | 9 | |
| 16 | | | 9 | |
| 17 | | | 9 | |
| 18 | | | 930 | |
| 19 | | | 930 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

# LAW LIBRARY DAILY LOG



AM ( PM ) N
DATE: 8/15/05
( CIV ) STATE

| | UNIT | PLEASE PRINT NAME | | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| 1 | ▓ | ▓▓▓ | ▓▓ | 130 | |
| 2 | ▓ | ▓▓▓ | | 130 | 230 |
| 3 | ▓ | ▓▓▓ | / | 130 | 200 |
| 4 | ▓ | ▓▓▓ | / | 130 | |
| 5 | ▓ | ▓▓▓ | / | 130 | |
| 6 | ▓ | (scan) | / | 130 | 3— |
| 7 | ▓ | ▓▓▓ | | 1-30 | |
| 8 | ▓ | ▓▓▓ | / | 130 | 2— |
| 9 | ▓ | ▓▓▓ | / | 130 | 330 |
| 10 | ▓ | ▓▓▓ | / | 130 | 2— |
| 11 | ▓ | ▓▓▓ | / | 130 | 330 |
| 12 | ▓ | ▓▓▓ | / | 1:30 | 3:30 |
| 13 | ▓ | ▓▓▓ | / | 1-30 | 3:30 |
| 14 | ▓ | ▓▓▓ | / | 130 | |
| 15 | ▓ | ▓▓▓ | / | 130 | |
| 16 | ▓ | ▓▓▓ | | 2:00 | |
| 17 | ▓ | ▓▓▓ | | 230 | |
| 18 | ▓ | ▓▓▓ | / | 330 | 330 |
| 19 | ▓ | ▓▓▓ | | 230 | |
| 20 | ▓ | ▓▓▓ | / | 230 | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

# LAW LIBRARY DAILY LOG



AM / PM / N
DATE: 8/11/05
CIV / STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ▓▓▓ | ▓▓▓▓▓▓▓ | 9. | 930 |
| 2 | ▓▓▓ | ▓▓▓▓▓▓▓ | 9. | |
| 3 | ▓▓▓ | ▓▓▓▓▓▓▓ | 9— | |
| 4 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 5 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 6 | | | 9— | |
| 7 | D4 | Stiller | 9— | |
| 8 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | 930 |
| 9 | | ▓▓▓▓▓▓ | 9— | 930 |
| 10 | | ▓▓▓▓▓ | 9— | |
| 11 | | ▓▓▓ | 9— | |
| 12 | ▓▓ | ▓▓▓ | 9— | |
| 13 | ▓▓▓ | ▓▓▓ | 9— | |
| 14 | ▓▓▓ | ▓▓▓▓ | 9— | 930 |
| 15 | ▓▓▓ | ▓▓▓▓▓ | 9 | |
| 16 | ▓▓▓ | ▓▓▓▓ | 9 | |
| 17 | ▓▓▓ | ▓▓▓ | 930 | |
| 18 | | | 930 | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## LAW LIBRARY DAILY LOG



AM / PM / N
DATE: 8.10.05
CIV / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ███ | ████████ | 136 | |
| 2 | ███ | ████████ | | |
| 3 | ███ | ████████ | 136 | 3:20 |
| 4 | ███ | ████████ | 130 | 230 |
| 5 | ███ | ████████ | 130 | 2 |
| 6 | D2 | STEVENS | 130 | 530 |
| 7 | ███ | ████████ | 130 | 9:30 |
| 8 | ███ | ████████ | 130 | 330 |
| 9 | ███ | ████████ | 130 | 230 |
| 10 | ███ | ████████ | 130 | |
| 11 | ███ | ████████ | 130 | |
| 12 | ███ | ████████ | 130 | 145 |
| 13 | ● ███ | ████████ | 1:36 | 2:00 |
| 14 | ███ | ████████ | 2:00 | 2:20 |
| 15 | ███ | ████████ | 2 W | 230 |
| 16 | ███ | ████████ | 230 | |
| 17 | ███ | ████████ | 230 | 330 |
| 18 | ███ | ████████ | 2:30 | 3:30 |
| 19 | ███ | ████████ | 3:30 | |
| 20 | | | 330 | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

# LAW LIBRARY DAILY LOG



AM / PM / ⓝ
DATE: 8/3/05
Ⓒⓘⓥ / STATE

| UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|
| 1 | ███████████ | | |
| 2 | ███████████ | 7:25 | |
| 3 | ███████████ | 7:25 | |
| 4 | ███ | 7:25 | |
| 5 | ███ | 7:25 | 8:05 |
| 6 | ██████████ | 7:25 | 8:30 |
| 7 | ██ ███████ | 7:25 | 8:— |
| 8 | | 7:30 | |
| 9 | ████████ ██████ | 7:30 | |
| 10 | | 7:20 | |
| 11 | ██████████ | 7:30 | |
| 12 | ██████████ | 7:30 | |
| 13 | ██ | 7:30 | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |

# LAW  LIBRARY DAILY LOG



AM  PM / N
DATE: 8/3/05
CIV   STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | 175 | |
| 2 | | | 330 | |
| 3 | | | 1:45 | |
| 4 | | | 1:20 | 2:30 |
| 5 | | | 1-30 | 2:30 |
| 6 | | | | 2:8 |
| 7 | | | 1-30 | |
| 8 | | | 1:30 | 2:30 |
| 9 | R | St Clair | 1:30 | 3:30 |
| 10 | | | 1:30 | 2:00 |
| 11 | | | 1:30 | |
| 12 | | | 1:30 | 3:30 |
| 13 | | | 1:30 | 3:30 |
| 14 | | | 1:30 | 2:00 |
| 15 | | | 2:00 | |
| 16 | | | 2:00 | 2:30 |
| 17 | | | 2:- | 2:30 |
| 18 | | | 2:30 | |
| 19 | | | 2:30 | |
| 20 | | | 2:30 | |
| 21 | | | 2:30 | |
| 22 | | | 2:30 | 3:30 |
| 23 | | | 3:30 | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

# LAW LIBRARY DAILY LOG

AM / PM  N
DATE: 5/1/05
CIV / STATE

| | UNIT | PLEASE PRINT NAME | | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| 1 | | | | 1:30 | 1:40 |
| 2 | | | | 1:30 | 1:30 |
| 3 | | | | 1:30 | 1:30 |
| 4 | | | | 1:30 | |
| 5 | | | | | |
| 6 | | | | 1:20 | 2:30 |
| 7 | | | | 1:30 | 2:30 |
| 8 | | | | 1:30 | 2 |
| 9 | | | | 1:30 | |
| 10 | | | | 1:40 | 2 |
| 11 | | | | 1:40 | 2 |
| 12 | | | | 1:40 | 3:30 |
| 13 | | | | 1:40 | |
| 14 | | | | 1:40 | 3:30 |
| 15 | | | | 1:40 | |
| 16 | | | | 1:30 | |
| 17 | | | | 1:40 | |
| 18 | | | | | 2:35 |
| 19 | | | | 2:00 | 2:35 |
| 20 | | | | 2:30 | 3:30 |
| 21 | | | | 2:30 | |
| 22 | | | | 2:30 | 3:30 |
| 23 | | | | 3:30 | |
| 24 | | | | 3:30 | 3:3 |
| 25 | | | | 3:30 | |
| 26 | | | | 3:30 | |
| 27 | | | | 3:30 | |
| 28 | | | | 3:30 | |
| 29 | | | | | |
| 30 | | | | | |

# LAW LIBRARY DAILY LOG

● M / (PM) / N
DATE: 7/89/05
CIV / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | 1 ⁸ | 3⁴ |
| 3 | | | 1 | 2 3 0 |
| 4 | | | 1 | |
| 5 | | | 1 | |
| 6 | | | 1 | 3 0 |
| 7 | | | 1 4 3 | |
| 8 | | | 1 4 0 | 2 3 3 |
| 9 | | | 1 4 5 | 2 3 0 |
| 10 | | | 1 4 5 | 2 3 0 |
| 11 | | | 1 4 8 | |
| 12 | 87 | | 1 4 6 | 3 0 |
| 13 | | | 1 4 5 | 3 0 |
| 14 | | | 2 | |
| 15 | | | 2 | 2 3 |
| 16 | | | 2 | |
| 17 | | | 2 3 0 | 3 3 0 |
| 18 | | | 2 3 0 | |
| 19 | | | 2 3 0 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | 3 0 0 | 3 8 0 |
| 23 | | | 3 5 4 | |
| 24 | | | 3 4 0 | |
| 25 | | | 3 3 6 | |
| 26 | | | 3 3 0 | 3 4 |
| 27 | | | 3 3 0 | 4 |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## LAW LIBRARY DAILY LOG

AM / (PM) / N
DATE: 7.20.05
(CIV) / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ███ | ██████████ | 130 | |
| 2 | ███ | ██████████ | 130 | |
| 3 | ███ | ██████████ | 130 | |
| 4 | ███ | ████████ | 130 | |
| 5 | ███ | ████████████ | 130 | 330 |
| 6 | ███ | ██████████ | 130 | 370 |
| 7 | ███ | ████████ | 130 | 38 |
| 8 | ███ | ████████████ | 1:45 | 3:30 |
| 9 | ███ | ████ | 1:45 | |
| 10 | ███ | ██████████ | 145 | |
| 11 | ███ | ████████████ | 130 | 530 |
| 12 | ███ | ████████████ | 130 | 24 |
| 13 | ███ | ████ | 130 | |
| 14 | ███ | ████ | 130 | |
| 15 | ███ | ████████ | 200 | |
| 16 | ███ | ████████████ | 200 | |
| 17 | ███ | ████████ | | 2:30 |
| 18 | ███ | ████████ | 230 | 3.30 |
| 19 | ███ | ████████ | 230 | 330 |
| (20) | D7 | ███████ | 230 | |
| 21 | ███ | ████ | 330 | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## GENERAL LIBRARY DAILY LOG

AM / PM / N
DATE: 7/18/05
CIV / STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | ███████████ | 1:30 | |
| 2 | | ███████████ | 1:50 | |
| 3 | | ███████████ | 1:50 | |
| 4 | | ███████████ | 1:50 | |
| 5 | | ███████████ | 1:50 | 2:35 |
| 6 | ██ | (TEXAS) | 1:5 | |
| 7 | | | 1:50 | |
| 8 | ███ | ███████████ | 1:50 | 2:30 |
| 9 | | ███████████ | 2: | 2:30 |
| 10 | ██ | ███████████ | 2:15 | 2:30 |
| 11 | ██ | ███████████ | 2:30 | 3:30 |
| 12 | ██ | ███████████ | 2:30 | |
| 13 | ██ | ███████████ | 2:30 | |
| 14 | ██ | ███████████ | 2:30 | |
| 15 | ██ | ███████████ | 33 | |
| 16 | ██ | ███████████ | 3:30 | |
| 17 | ██ | ███████████ | 3:30 | |
| 18 | ██ | ███████████ | 3:30 | |
| 19 | | | 3:30 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |