## LAW LIBRARY DAILY LOG



(AM) / PM / N
DATE: 7.14.05
(CIV) / STATE

| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | 935 |
| 2 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 3 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 4 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | 9:36 |
| 5 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| ⑥ | D | STEVENS | 9— | |
| 7 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 8 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 9 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 10 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 11 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | 930 |
| 12 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | |
| 13 | ▓▓▓ | ▓▓▓▓▓▓ | 9— | 950 |
| 14 | ▓▓▓ | ▓▓▓▓▓▓ | 9:30 | |
| 15 | ▓▓▓ | ▓▓▓▓▓▓ | 930 | 935 |
| 16 | ▓▓▓ | ▓▓▓▓▓▓ | 940 | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

# LAW LIBRARY DAILY LOG



(AM) / PM / N
DATE: 7/12/05
(CIV) / STATE



| | UNIT | PLEASE PRINT NAME | | TIME IN | TIME OUT |
|---|---|---|---|---|---|
| 1 | | | | 900 | |
| 2 | 0-2 | Steven | | 9— | 930 |
| 3 | | | | 9— | |
| 4 | | | | 9— | |
| 5 | | | | 9— | |
| 6 | | | | 9— | |
| 7 | | | | 9— | |
| 8 | | | | 9— | |
| 9 | | | | 9— | |
| 10 | | | | 9— | |
| 11 | | | | 9— | 930 |
| 12 | | | | 9— | 930 |
| 13 | | | | 9— | |
| 14 | | | | 9— | |
| 15 | | | | 930 | |
| 16 | | | | 10— | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |
| 21 | | | | | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |

## LAW LIBRARY DAILY LOG

AM / PM / N
DATE: 7/7/05
CIV / STATE

| UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|------|-------------------|---------|----------|
| 1 | ▮▮▮▮▮▮ | 8 | |
| 2 | | 9 | |
| 3 | DR  STEVENS | 9 | |
| 4 | | 9 - | |
| 5 | ▮▮▮▮▮ | 9 - | |
| 6 | ▮▮▮▮▮ | 9 - | |
| 7 | ▮▮▮▮▮ | 9 - | |
| 8 | ▮▮▮▮▮ | 9 - | |
| 9 | ▮▮▮▮▮ | 8 - | |
| 10 | ▮▮▮▮▮ | 9 - | |
| 11 | ▮▮▮▮▮ | 9 | |
| 12 | ▮▮▮▮▮ | 930 | |
| 13 | ▮▮▮▮▮ | 930 | |
| 14 | ▮▮▮▮▮ | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |

## LAW  LIBRARY DAILY LOG



AM  (PM)  N
DATE: 7/6/05
(CIV)  STATE

| | UNT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | ███ | ███ | 1:40 | |
| 2 | ███ | ███ | 1:40 | 330 |
| 3 | ███ | ███ | 1:00 | 330 |
| 4 | ███ | ███ | 2:00 | |
| 5 | ███ | ███ | 2— | 330 |
| 6 | ███ | ███ | 2— | 3:70 |
| 7 | ███ | ███ | 2— | |
| 8 | D2 | STELLO | 2— | |
| 9 | ███ | ███ | 2— | |
| 10 | ███ | ███ | 2— | |
| 11 | ███ | ███ | 2— | |
| 12 | ███ | ███ | 2— | 330 |
| 13 | ███ | ███ | 2:30 | |
| 14 | ███ | ███ | 2:30 | 330 |
| 15 | ███ | ███ | 330 | |
| 16 | ███ | ███ | 3:30 | |
| 17 | ███ | ███ | 3:30 | |
| 18 | ███ | ███ | 3:30 | |
| 19 | ███ | ███ | 3:30 | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## LAW LIBRARY DAILY LOG



AM | PM | N
DATE: 7/5/05
CIV | STATE



| | UNIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | 8:50 | |
| 2 | | | 9— | |
| 3 | | | 9— | |
| 4 | Da | Steven's | 9— | |
| 5 | | | 9— | 930 |
| 6 | | | 9— | |
| 7 | | | 9— | |
| 8 | | | 9— | 930 |
| 9 | | | 9— | |
| 10 | | | 9— | |
| 11 | | | 9:30 | |
| 12 | | | 930 | |
| 13 | | | 10— | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |

## LAW  LIBRARY DAILY LOG



AM I (PM) I N
DATE: 7/1/05
(CIV) I STATE

| LINE | LINIT | PLEASE PRINT NAME | TIME IN | TIME OUT |
|---|---|---|---|---|
| 1 | | | 130 | 2 |
| 2 | DX | STEVEN | 1.30 | |
| 3 | | | 1.30 | |
| 4 | | | 130 | |
| 5 | | | 130 | 2:50 |
| 6 | | | 140 | |
| 7 | | | 140 | 200 |
| 8 | | | 140 | |
| 9 | | | 1-40 | 3-30 |
| 10 | | | 140 | 330 |
| 11 | | | 140 | 330 |
| 12 | | | 140 | |
| 13 | | | 1:30 | |
| 14 | | | 2:30 | 330 |
| 15 | | | 2:30 | |
| 16 | | | 330 | 330 |
| 17 | | | 330 | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |
| 29 | | | | |
| 30 | | | | |



103 CMR 478.00  Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: ~~7-26 00~~  *7-17*

Name: STEVENS

Inmate Number: M-85829

Institution: NEMANSKET CORRECTIONAL CENTER

Housing Unit: D-2

Number of pages of document to be copied: 44   *88 total*

Number of copies: 2

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____
_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____
_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____
For Librarian use only:

Approved: ✓                           Denied: _____
                                     Reason for denial:
                                     _____ Not original legal document
                                     _____ Failure to cite legal rule or Court Order
                                     _____ Other: _____

Date received: 7/19/05          Date completed: 7/19/05
Total number of pages: 88

Attachment 3



103 CMR 478.00   Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

Date: _7- 20 - 05_

Name: _STEVENS_

Inmate Number: _M 85889_

Institution: _Nemansket Correctional Center_

Housing Unit: _D - 2 - 6_

Number of pages of document to be copied: _50_

Number of copies: _1_          _(50 total)_

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _TO SEND COMPLAINT TO THE COURT FOR FILING_

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:
_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _✓_                              Denied:_____
                                          Reason for denial:
                                          _____ Not original legal document
                                          _____ Failure to cite legal rule or Court Order
                                          _____ Other:_____

Date received: _7/20/05_          Date completed: _7/20/05_
Total number of pages: _50_



103 CMR 478.00   Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

Date: _7.20-05_

Name: _STEVENS_

Inmate Number: _M95829_

Institution: _Nemansket Correctional Center_

Housing Unit: _D-2_

Number of pages of document to be copied: _1_

Number of copies: _2_          _2 total_

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

For Librarian use only: _____

Approved: ___V___

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: _7/30/05_       Date completed: _7/30/05_
Total number of pages: _2_

103 CMR 478.00   Attachment C    

## DEPARTMENT OF CORRECTION
## LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

Date: _7/25/05_

Name: _STEVEN_

Inmate Number: _M 85829_

Institution: _MTC_

Housing Unit: _D·2_

Number of pages of document to be copied: _5_

Number of copies: _4_

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _____

_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: ___✓___                    Denied: _____
                                     Reason for denial:
                                     _____ Not original legal document
                                     _____ Failure to cite legal rule or Court Order
                                     _____ Other: _____

Date received: _7/18/05_        Date completed: _7/18/05_
Total number of pages: _/ 20_

X _[signature]_



103 CMR 478.00   Attachment C

**DEPARTMENT OF CORRECTION**
**LEGAL PHOTOCOPYING REQUEST FORM**

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: 7-25-05

Name: STEVENS

Inmate Number: M-88829

Institution: MTC

Housing Unit: D 2

Number of pages of document to be copied: 15

Number of copies: 5

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: ✓

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: 7/25/05        Date completed: 7/25/05
Total number of pages: 25

_(129)_

103 CMR 478.00   Attachment C

**DEPARTMENT OF CORRECTION**
**LEGAL PHOTOCOPYING REQUEST FORM**

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _7 -25- 05_

Name: _STEVENS_

Inmate Number: _M- 85829_

Institution: _M I C_

Housing Unit: _D - 2_

Number of pages of document to be copied: _7_

Number of copies: _2_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _✓_

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: _7/26/05_    Date completed: _7/26/05_
Total number of pages: _14_

(140)

103 CMR 478.00    Attachment C

## DEPARTMENT OF CORRECTION
## LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: *Stevens William*

Name: *7-28-05*

Inmate Number: _____

Institution: *NCC*

Housing Unit: *D-1*

Number of pages of document to be copied: *14*

Number of copies: *3*          *40 total*

Cite the legal rule or Court Order or provide reason for the number of copies requested: *Letter*
*2 Court atty + Town Clerk*

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _____ ✓

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: *7/29/05*          Date completed: *7/29/05*
Total number of pages: *42*



103 CMR 478.00   Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _7·29-05_

Name: _STEVENS, Wm._

Inmate Number: _M-85829_

Institution: _MTC_

Housing Unit: _D-2_

Number of pages of document to be copied: _138_    _156 total_

Number of copies: _1_

THERE ARE NUMEROUS
2 SIDED ORIGINALS SO
PLEASE DOUBLE SIDE SCAN
AND COPY.

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:
_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: ___✓___              Denied: _____
                               Reason for denial:
                               _____ Not original legal document
                               _____ Failure to cite legal rule or Court Order
                               _____ Other: _____

Date received: _7/29/05_       Date completed: _7/29/05_
Total number of pages: _138_

103 CMR 478.00   Attachment C

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only
copy original documents.

Date: _8-12-05_

Name: _STEVENS, Wm_

Inmate Number: _M-85829_

Institution: _MTC_

Housing Unit: _D-2-6_

Number of pages of document to be copied: _6_

Number of copies: _2_

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _Rule 34_
_MASS RULES OF CIVIL PROCEDURE_

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _____✓_____                    Denied: _____
                                         Reason for denial:
                                         _____ Not original legal document
                                         _____ Failure to cite legal rule or Court Order
                                         _____ Other: _____

Date received: _8/13/05_      Date completed: _8/13/05_
Total number of pages: _12_

(87)

103 CMR 478.00   Attachment C

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only
copy original documents.

Date: _8/16/05_____

Name: _Warren Simmons_____

Inmate Number: _M-35589_____

Institution: _MTC_____

Housing Unit: _H2_____

Number of pages of document to be copied: _@ 33_    (66 total)

Number of copies: _2_____

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _____

_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: __✓_____            Denied: _____

                                 Reason for denial:
                                 _____ Not original legal document
                                 _____ Failure to cite legal rule or Court Order
                                 _____ Other: _____

Date received: _8/16/05_____    Date completed: _8/16/05_____
Total number of pages: _66_____

*104 CMR 478.00   Attachment C*

*10€*

## DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _____

Name: _____

Inmate Number: _____

Institution: _____

Housing Unit: _____

Number of pages of document to be copied: _____

Number of copies: _____

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form

_____

For Librarian use only:

Approved: _____

Denied: _____

Reason for denial:

_____ Not original legal document

_____ Failure to cite legal rule or Court Order

_____ Other: _____

Date received: 8/12/05    Date completed: 8/17/05

Total number of pages: 2



*200*

103 CMR 478.00  Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

Date: _8·31·05_

Name: _STEVENS, Lun_

Inmate Number: _M-85529_

Institution: _MTC_

Housing Unit: _D-2_

Number of pages of document to be copied: _85_  *140 total*

Number of copies: _2_

Cite the legal rule or Court Order or provide  reason for the number of copies requested: _Rule  401_
_F RULES  OF EVIDENCE_

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _____

Denied: _✓_  *15 pages*
*✓ Ethic Codes published*
Reason for denial:                                                        *material*
_____ Not original legal document                *2*
_____ Failure to cite legal rule or Court Order
_____ Other:

Date received: _8/31/05_          Date completed: _9/3/08_
Total number of pages: _170_



103 CMR 478.00   Attachment C

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _S. 03·05_

Name: _STEVENS, Wm_

Inmate Number: _MB5829_

Institution: _MTC_

Housing Unit: _D-2_

Number of pages of document to be copied: _7_     _14 total_

Number of copies: _2_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____
_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:
_____
_____

Attach the document to be copied to this Legal Photocopying Request Form.

For Librarian use only:

Approved: _✓_        Denied: _____
                     Reason for denial:
                     _____ Not original legal document
                     _____ Failure to cite legal rule or Court Order
                     _____ Other: _____

Date received: _9/13/05_        Date completed: _9/13/05_
Total number of pages: _66_



103 CMR 478.00   Attachment C

## DEPARTMENT OF CORRECTION
## LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _9-6-05_

Name: _Stevens, Wm_

Inmate Number: _M45829_

Institution: _MTC_

Housing Unit: _D 2_

Number of pages of document to be copied: _2_     _2 total_

Number of copies: _1_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____
_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:
_____
_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: _____✓_____          Denied: _____
                              Reason for denial:
                              _____ Not original legal document
                              _____ Failure to cite legal rule or Court Order
                              _____ Other: _____

Date received: _9/6/05_          Date completed: _9/6/05_
Total number of pages: _2_

X



103 CMR 478.00   Attachment C

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying.  The Librarian will only copy original documents.

Date: _9-6-05_

Name: _William Stevens_

Inmate Number: _M 85825_

Institution: _MTC_

Housing Unit: _D2_

Number of pages of document to be copied: _4_      *8 total*

Number of copies: _2_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

For Librarian use only:

Approved: _✓_                          Denied: _____
                                       Reason for denial:
                                       _____ Not original legal document
                                       _____ Failure to cite legal rule or Court Order
                                       _____ Other:_____

Date received: _9/6/05_          Date completed: _9/6/05_
Total number of pages: _8_



103 CMR 478.00   Attachment C

DEPARTMENT OF CORRECTION
LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _9-2-05_

Name: _STEVENS, Wm_

Inmate Number: _M 85825_

Institution: _MTC_

Housing Unit: _D2_

Number of pages of document to be copied: _4 (8 total)_

Number of copies: _2_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

_____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request:

_____

Attach the document to be copied to this Legal Photocopying Request Form.

_____

For Librarian use only:

Approved: ____✓____

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: _9/8/05_         Date completed: _____
Total number of pages: _8_

_Withdrew_



103 CMR 478.00  Attachment C

### DEPARTMENT OF CORRECTION
### LEGAL PHOTOCOPYING REQUEST FORM

This form must be completely filled out if you are requesting legal photocopying. The Librarian will only copy original documents.

Date: _9-2-05_

Name: _STEVENS, Wm_

Inmate Number: _M-15429_

Institution: _MTC_

Housing Unit: _D-2_

Number of pages of document to be copied: _2_    _(2 total)_

Number of copies: _1_

Cite the legal rule or Court Order or provide reason for the number of copies requested: _____

If there is a Court deadline, you must write it here: _____ and attach proof.

Please inform the Librarian if there is anything else s/he needs to know in order to process this request: _____

Attach the document to be copied to this Legal Photocopying Request Form.

For Librarian use only: _____

Approved: _✓_

Denied: _____
Reason for denial:
_____ Not original legal document
_____ Failure to cite legal rule or Court Order
_____ Other: _____

Date received: _9/2/05_

Total number of pages: _2_

Date completed: _____

_Withdrew_