CERTIFICATE OF SERVICE

     I, Richard C. McFarland, counsel for Defendants Dennehy, Murphy, Howland, Murphy, and the Massachusetts Department of Correction, hereby certify that I served a copy of the Defendants' Opposition to Plaintiff's Motion to Compel Department of Correction to Provide Photocopies of Legal Documents and Legal Publications and Memorandum of Law in Support upon *pro se* plaintiff, William Stevens, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324.

Dated: September 19, 2005            /s/ Richard C. McFarland\_\_\_
                                                               Richard C. McFarland