UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM G. STEVENS,
PLAINTIFF,

V.                                          CIVIL ACTION NO.
                                            04-cv-11938 JLT

ROBERT HOWLAND, ET AL.,
DEFENDANTS.

### PLAINTIFF'S MOTION TO FILE A REPLY
### AFFIDAVIT PURSUANT TO LR 7.1 (B)(3)

The Pro Se plaintiff, William G. Stevens, comes now before

this Court for leave to file a REPLY Affidavit, pursuant to

LR 7.1 (B)(3), in response to the Affidavit of Natalia Pushlini

attached to the Defendant's Opposition to the Plaintiff's Motio

to Compel Department of Correction to Provide Photocopies of

Legal Documents and Legal Publications.

This Affidavit is necessary because of substantial

misstatements of material facts contained in Natalia Pushkina's

affidavit.

The misstatements and the correct facts are set out in

the attached affidavit.

Dated:   September 21, 2005          Respectfully  Submitted,

                                     William G. Stevens, Plainti f

                                     William G. Stevens, Pro Se
                                     Nemansket Correctional Cen: r
                                     30 Administration Road
                                     Bridgewater, MA 02324