UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION DOCKET
NO. 04-cv-11938 JLT

William G. Stevens,
          Plaintiff,

v.

Robert Howland, et al.,
          Defendants.

## PLAINTIFF'S MOTION TO ENLARGE TIME

The plaintiff, William G. Stevens, hereby requests that the Court extend the time in which discovery must be completed until and including April 3, 2006. As grounds for this Motion, the plaintiff states as follows:

The additional time is needed to complete oral depositions in this action due to the heavy caseload of counsel for the defendants, and plaintiff's upcoming c. 123A, § 14 trial.

**WHEREFORE**, the plaintiff respectfully requests that the Court grant this Motion and suitably amend the sheduling order.

Respectfully Submitted,
William G. Stevens, Plaintiff

Dated: 1-26-06

William G. Stevens, Pro Se
Newbansket Correctional Center
30 Administration Road
Bridgewater, MA 02324

2.

## CERTIFICATE OF SERVICE

I hereby certify that I did this day serve a photocopy of the above document upon the defendant's counsel by Intra-Institutional mail:

Richard McFarland
DOC Legal Division
70 Franklin St., Suite 600
Boston, MA 02110

Dated: _1-26-06_

William G. Stevens