UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM STEVENS,

      Plaintiff,

v.                          CIVIL ACTION NO. 04-11938-JLT

ROBERT HOWLAND, et al.,

      Defendants.

### MOTION OF DEFENDANTS ROBERT HOWLAND, ROBERT MURPHY, JOSEPH MURPHY AND KATHLEEN DENNEHY TO ENLARGE TIME

Defendants, Robert Howland, Robert Murphy, Joseph Murphy, and Kathleen Dennehy, through counsel, hereby move this Court to enlarge the time for filing a motion for summary judgment, pursuant to Fed. R. Civ. P. 56, up to and including June 30, 2006.

In support of this motion, defendants state as follows:

1. The Court's January 31, 2006 Scheduling Order provided that the parties were to complete discovery by April 3, 2006 and file motions for summary judgment by May 3, 2006.

2. The parties completed discovery on March 23, 2006 when plaintiff took the depositions of defendants Robert Murphy, Joseph Murphy, and Robert Howland. However, to date, defendants have not received copies of the transcripts of their depositions. While defendants anticipate receiving the deposition transcripts from the court reporter within a few days, they will need time in which to review their deposition transcripts for errors.

3. The additional time is required in order for counsel to receive and review the deposition transcripts. Said depositions are necessary to assist defendants in the preparation of their motion for summary judgment. The additional time is also necessary where defendants' counsel is

scheduled to commence a three week trial in the United States District Court on May 30, 2006, before Chief Judge Mark L. Wolf.

WHEREFORE, defendants respectfully request that this motion be allowed and the deadline for the filing of their motion for summary judgment be enlarged up to and including June 30, 2006.

Dated: April 28, 2006    Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General


/s/ Richard C. McFarland
Richard C. McFarland, BBO# 542278
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA 02110-1300
(617) 727-3300, Ext. 132
rcmcfarland@doc.state.ma.us

**CERTIFICATE OF SERVICE**

I, Richard C. McFarland, counsel for Defendants, hereby certify that on this 28th day of April, 2006, I served a copy of Motion Of Defendants Robert Howland, Robert Murphy, Joseph Murphy and Kathleen Dennehy To Enlarge Time upon *pro se* plaintiff, William Stevens, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324.

Dated: April 28, 2006    /s/ Richard C. McFarland
    Richard C. McFarland