UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 JUN -7  A 11: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

WILLIAM G. STEVENS,

    Plaintiff,

v.

ROBERT HOWLAND, et al.,

    Defendants.

CIVIL ACTION NO.
04-11938JLT

MOTION FOR FUNDS TO
TRANSCRIBE ORAL DEPOSITIONS

Now comes the pro se plaintiff, William G. Stevens, and, for the reasons set forth below, moves this Honorable Court to approve the expenditure of funds in the amount of $    . to allow plaintiff to obtain transcripts of oral depositions taken on Wednesday, February 1, 2006, conducted by counsel for the defendants against the plaintiff as well as the transcripts of the oral depositions conducted on Wednesday, March 22, 2006 by plaintiff upon defendants Robert Howland, Joseph Murphy, and Robert Murphy.

In support of this Motion, plaintiff respectfully notes that he has been determined to be indigent by this Court, and plaintiff is prosecuting this action pro se, making the expenditure necessary to prevent plaintiff from being subjected to a disadvantage in preparing or presenting his case adequately, in comparison with one who could afford to pay for the preparation which this case reasonably requires.

WHEREFORE, plaintiff respectfully requests that this Honorable Court grant the relief requested herein.

                                       Respectfully submitted,
                                       William G. Stevens, Plaintiff

6-5-06

- 2 -

_____
William G. Stevens, Pro Se
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324