UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM STEVENS,**

  **Plaintiff,**

  v.           CIVIL ACTION NO. 04-11938-JLT

**ROBERT HOWLAND, et al.,**

  **Defendants.**

### ASSENTED TO MOTION OF DEFENDANTS ROBERT HOWLAND, ROBERT MURPHY, JOSEPH MURPHY AND KATHLEEN DENNEHY TO FURTHER ENLARGE THE TIME TO FILE SUMMARY JUDGMENT MOTION

  Defendants, Robert Howland, Robert Murphy, Joseph Murphy, and Kathleen Dennehy, through counsel, hereby move this Court to further enlarge the time for filing a motion for summary judgment, pursuant to Fed. R. Civ. P. 56, up to and including August 30, 2006.

  In support of this motion, defendants state as follows:

  1. On April 1, 2006, the Court extended the time for parties to file motions for summary judgment by June 30, 2006.

  2. On June 26, 2006, defendants caused copies of the depositions of defendants Robert Murphy, Joseph Murphy, and Robert Howland to be forwarded to plaintiff for review in response to the June 14, 2006 Order of the Court (Dein, J.).

  3. Additional time is required in order for counsel for the defendants to prepare a motion for summary judgment. On June 27, 2006, counsel completed a bench trial before Chief Judge Mark L. Wolf which unexpectedly ran one week and one half beyond the time allotted for completion of the trial. In addition, counsel has vacation plans which cannot be postponed. As a result, counsel will

need additional time in order to properly prepare a motion for summary judgment.

4.  Plaintiff has indicated that he assents to the motion to enlarge the time in which parties may file motions for summary judgment.

WHEREFORE, defendants respectfully request that this motion be allowed and the deadline for the filing of their motion for summary judgment be enlarged up to and including August 30, 2006.

Dated: June 29, 2006

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/  Richard C. McFarland
Richard C. McFarland,  BBO#  542278
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300,  Ext. 132
rcmcfarland@doc.state.ma.us

## CERTIFICATE OF SERVICE

I, Richard C. McFarland, counsel for Defendants, hereby certify that I served a copy of Motion Of Defendants Robert Howland, Robert Murphy, Joseph Murphy and Kathleen Dennehy To Further Enlarge Time upon *pro se* plaintiff, William Stevens, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA 02324.

Dated:  June 29, 2006

/s/ Richard C. McFarland
Richard C. McFarland