UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM G. STEVENS,
    PLAINTIFF,

v.

ROBERT HOWLAND, et al.,
    DEFENDANTS.



FILED
N CLERKS OFFICE
CIVIL ACTION NO.
2006 JUL 21  P 2: 56
04-11938-JLT

U.S. DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Pursuant to Rule 56, Fed. R. Civ. P., Pro Se plaintiff,

William G. Stevens moves this Honorable Court grant him Summary

Judgement in this action as to the liability of Defendants Robert

Howland, Joseph Murphy, Robert Murphy, and Kathleen Dennehy for

damages for violation of plaintiff's civil rights, including the

right to practice his religion.   The reasons therefore are set

forth in Plaintiff's Memorandum of Law in Support of this Motion.

                           Respectfully Submitted,
                           William G. Stevens, Plaintiff

7-18-06

                           William G. Stevens, Pro Se
                           Nemansket Correctional Center
                           30 Administration Road
                           Bridgewater, MA 02324