EXHIBIT 3

## *Protestant Services*

Sunday, 2:30-4:00pm                Dining room (IDR)
Emmaus Bible Study   Monday, 7:00-8:45pm in IDR or Learning Center
Bible Study  Wednesday, 2:30- 4:00pm in Chapel
Intercessory Prayer    Wednesday, 7:00-8:45pm in Chapel
Spanish/ English Services Wednesday, 7:00- 8:45 in  IDR or LC
12 Step Christian Study Friday, 2:30-4:00pm in B Corridor room
Zion Bible Study Friday, 7:00-8:45pm in IDR or LC
Intercessory Prayer Group  Saturday 8:00-8:45pm in Chapel