UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WILLIAM STEVENS,**

    **Plaintiff,**

**v.**            C.A. No. 04-11938-JLT

**ROBERT HOWLAND, et al.,**

    **Defendants.**

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants, Kathleen M. Dennehy, Robert Murphy, Joseph Murphy and Robert Howland, through counsel, hereby move that summary judgment be entered in their favor, pursuant to Fed. R. Civ. P. 56.

In support of this motion, defendants submit the attached memorandum of law.

Dated: August 30, 2006
                                                  Respectfully submitted,

                                                  NANCY ANKERS WHITE
                                                  Special Assistant Attorney General

                                                  /s/ Richard C. McFarland
                                                  Richard C. McFarland   BBO# 542278
                                                  Legal Division
                                                  Department of Correction
                                                  70 Franklin Street, Suite 600
                                                  Boston, MA  02110-1300
                                                  (617) 727-3300,  Ext. 132

## CERTIFICATE OF SERVICE

I, Richard C. McFarland, counsel for Defendants, hereby certify that on this 30th day of August, 2006, I served a copy of Defendants' Cross-Motion For Summary Judgment upon *pro se* plaintiff, William Stevens, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA  02324.

                                                  /s/ Richard C. McFarland

Richard C. McFarland