**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : Wiccan Practices          TIME : 7-8:45pm

DATE/DAY : Fri Sept oct 7 - 2005    NUMBER OF
CIVIL / STATE (CIRCLE ONE)          OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ████ | B-2 |
| ███████████ | ████ | A-2 |
| ███████████ | ████ | D-1 |
| ███████████ | | D1 |
| Bill Stevens | m85829 | D2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : _Wiccan Practies_        TIME : _7 - 8:45 pm_

ATE/DAY : _Wed Oct 12 05_        NUMBER OF
IVIL / STATE (CIRCLE ONE)        OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| ▮▮▮▮▮ | ▮▮▮▮▮ | B-2 |
| ▮▮▮▮▮ | ▮▮▮▮▮ | A-2 |
| ▮▮▮▮▮ | ▮▮▮▮▮ | A-2 |
| | | D-1 |

**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : Wiccan Practies          TIME : 7-8:45 pm

ATE/DAY : Fri Oct 14 2005

IVIL / STATE (CIRCLE ONE)          NUMBER OF
                                   OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|------|------|------|
| ██████████ | ██████ | B-2 |
| ██████████ | █████ | A-2 |
| ██████████ | █████ | A-2 |
| | ██████ | P—1 |
| | █████ | D1 |
| William Lewis | M858A9 | D2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MASSACHUSETTS TREATMENT CENTER

ROGRAM : Wiccan Practies          TIME : 7 - 8:45 pm

ATE/DAY : Wed Oct 19 05
IVIL v STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS: ∅

| NAME | ID # | UNIT |
|------|------|------|
| ███ | ███ | B2 |
| ███ | ███ | A-2 |
| ███ | ███ | A-2 |
| ███ | ███ | D-1 |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : Wiccan Practies         TIME : 7:00 pm - 8:45 pm

DATE/DAY : Fri Oct 21 2005

CIVIL / STATE (CIRCLE ONE)         NUMBER OF
                                   OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|------|------|------|
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | B-2 |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | A-2 |
| ▮▮▮▮▮▮▮▮ | ▮▮▮▮▮ | D-1 |
| WILLIAM G. STEVENS | M8T829 | D.2 |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM: _Wiccan Practices_    TIME: _7-8:45 pm_

ATE/DAY: _wed 10-26-05_    NUMBER OF
VIL / STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS: _Ø_

| NAME | ID # | UNIT |
|------|------|------|
| ████████████ | ██████ | B-2 |
| ████████████ | ██████ | A-2 |
| ████████████ | ██████ | D-1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _wiccan practies_

TIME : _7 - 8:45 pm_

DATE/DAY : _Fri oct 28 05_

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS : _∅_

| NAME | ID # | UNIT |
|------|------|------|
| █████ | █████ | B-2 |
| █_Willm H_█ ~~~~~ | M85029 | D-2 |
| ████████████████ | ███████ | A-2 |
| ███████████████ | ██████ | A-2 |
| ████████████████ | ███████ | D-1 |
| █████████████ | ██████ | A-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : _Wiccan Practies_     TIME : _7-8:45pm_

ATE/DAY : _Wed nov 2 05_     NUMBER OF
IVIL / STATE (CIRCLE ONE)     OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| ████ | ████ | B-2 |
| ████ | ████ | A-7 |
| ████ | ████ | A-2 |
|  | ████ | D-7 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## MASSACHUSETTS TREATMENT CENTER

ROGRAM : Wiccan Pracities       TIME : 7 – 8:45 pm

ATE/DAY : Civil Fri nov /04/05   NUMBER OF
MD / STATE (CIRCLE ONE)         OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|------|------|------|
| ▮▮▮ | ▮▮▮ | A-2 |
| ▮▮▮ | ▮▮▮ | A-2 |
| ▮▮▮ | ▮▮▮ | D1 |
| ▮▮▮ | ▮▮▮ | A-2 |
| William Stevens | M85829 | D-2 |
| ▮▮▮ | ▮▮▮ | D-1 |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM: _Wiccan Practices_          TIME: _7-8:45 pm_

DATE/DAY: _wed 91-9-05_

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| ██████████ | ███████ | B-2 |
| ██████████ | | D-2 |
| ██████████ | ███████ | A-2 |
| ██████████ | ███████ | A-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan Practices_                     TIME : _7-8:45 pm_

DATE/DAY : _Fri 11-11-05_
CIVIL / STATE (CIRCLE ONE)                       NUMBER OF
                                                 OUTSIDE VOLUNTEERS: _∅_

| NAME | ID # | UNIT |
|------|------|------|
| ██████████ | ██████ | B-2 |
| ██████████ | ██████ | A-2 |
| William Stevens | M85829 | A-2 |
|  |  | O-2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM: Wiccan Practics        TIME: 7-8:45 pm

DATE/DAY: wed Nov 16 05

CIVIL / STATE (CIRCLE ONE)        NUMBER OF
OUTSIDE VOLUNTEERS: Ø

| NAME | ID # | UNIT |
|------|------|------|
| 1 | ██████ | b-2 |
| 2 | ██████ | D-2 |
| 3 | ██████ | A-2 |
| 4 | ██████ | A-2 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## MASSACHUSETTS TREATMENT CENTER

ROGRAM : _Wiccan Pratices_          TIME : _7-8:45 pm_

ATE/DAY : _Fri Nov 18 2005_

IVIL / STATE (CIRCLE ONE)          NUMBER OF
                                   OUTSIDE VOLUNTEERS: _∅_

| NAME | ID # | UNIT |
|------|------|------|
| ███████ | ████ | A-2 |
| ███████ | ████ | A-2 |
| ███████ | ████ | D 1 |
| ███████ | ████ | D-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Victim Parties_

TIME : _7-8.45 Pm_

DATE/DAY : _Wed 11-23-05_
CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|---|---|---|
| 1 | ███████ | ██████ | B-2 132 |
| 2 | ███████ | ██████ | A-2 |
| 3 | ███████ | ██████ | A-2 |
| 4 | ███████ | ██████ | D-1 |
| 5 | ███████ | ██████ | D-2 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : Wiccan Practices          TIME : 7 - 8:45 pm

DATE/DAY : Fri 11-25-05

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS : 0

| NAME | ID # | UNIT |
|------|------|------|
| ████ | ████ | B-2 |
| ████ | ████ | A-2 |
| Bill Stevens | M85829 | B2 |
|  |  | B2 |
| ████ | ████ | A-2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : Wiccan Practies          TIME : 7 - 8.45 pm

DATE/DAY : Wed nov 30 2005

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS: Ø

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ██████████ | █████ | B-2 |
| 2 | ██████████████ | ████ | D-2 |
| 3 | ████████████ | █████ | A-2 |
| 4 | ████████ | ██████ | A-2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : Wiccin                    TIME : 8:00 - 8:45

DATE/DAY : 12-02-05
CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: 8

| NAME | ID # | UNIT |
|------|------|------|
| ████████████ | ████████ | A-2 |
| 2 ████████████ | ████████ | A-2 |
| 3 ████████████ | ████████ | B-2 |
| 4 ████████ | ████ | B-2 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : WICCIN                    TIME : 7.8 40

DATE/DAY : 12-7-05
CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|---|---|---|
| ▓▓▓▓▓ | ▓▓▓ | A·2 |
| ▓▓▓▓▓ | ▓▓▓ | A·2 |
| ▓▓▓▓▓ | ▓▓▓ | B-2 |
| ▓▓▓▓▓ | ▓▓▓ | D 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_

TIME : _7. 8 45_

DATE/DAY : _12-14-05 wed_

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|------|------|------|
| 1 █████████████ | ███████ | A-2 |
| 2 ██████████ | ██████ | A-2 |
| 3 ██████████ | ██████ | D-2 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wircis_                          TIME : _7 845_

DATE/DAY : _12-16-05 Fri_

CIVIL / STATE (CIRCLE ONE)        NUMBER OF
                                  OUTSIDE VOLUNTEERS : _8_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████████ | ██████████ | A-2 |
| ███████████ | ██████████ | A-2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 0 |  |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |
| 8 |  |  |
| 9 |  |  |
| 0 |  |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |



attendee sheets

Wiccan Practices                    7-8:45 pm

Date  12-21-05                      outsides ∅

name                                ID number

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : Wiccin                    TIME : 7.845

DATE/DAY : Fri. 12-23-05

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS: 0

| NAME | ID # | UNIT |
|---|---|---|
| ████████ | ████ | A-2 |
| ████████ | ████ | A-2 |
| ████████ | ████ | B-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : WICCAN

TIME : 7.00 Pm - 8 45

DATE/DAY : 12/28/05 WED

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS:

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ██████████ | █████████ | A-2 |
| 2 | ████████████████ | █████████ | A-2 |
| 3 | ████████████ | █████████ | D1 |
| 4 | ██████████ | █████████ | B-2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _____Wiccin_____    TIME : _7-845_

DATE/DAY : _Fri 12-29-05_    NUMBER OF

CIVIL / STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS : ⌀

| NAME | ID # | UNIT |
|---|---|---|
| ████████ | ████ | A-2 |
| ████████ | ████ | A-2 |
| ████████ | ████ | D-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM: *Wiccans*                     TIME: 7-840

DATE/DAY: *Wed. 1-4-06*          NUMBER OF
CIVIL / STATE (CIRCLE ONE)          OUTSIDE VOLUNTEERS: *0*

| NAME | ID # | UNIT |
|------|------|------|
| ████ | ████ | A-2 |
| ████ | ████ | A-2 |
| ████ | ████ | D 1 |
| ████ | ████ | D-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |