**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : _Wiccin_                    TIME : _7.945_

ATE/DAY : _Jan 6-06 Fri_
IVIL / STATE (CIRCLE ONE)            NUMBER OF
                                     OUTSIDE VOLUNTEERS : _O_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | b-2 |
| ███████████ | ██████ | D1 |
| ███████████ | ██████ | A1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin's_                    TIME : _7.7 pb_

DATE/DAY : _Wed 4/11/06_

CIVIL / STATE (CIRCLE ONE)                NUMBER OF
                                           OUTSIDE VOLUNTEERS: _∅_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | A/ |
| ███████████ | ██████ | D-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_

TIME : _7 8 4w_

DATE/DAY : _Fri Jan. 13-06_

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: _Q_

| NAME | ID # | UNIT |
|---|---|---|
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | A-2 |
| ███████████ | ██████ | A 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| 0 | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 0 | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_    TIME : 7-840

DATE/DAY : _Wed 1-18-06_    NUMBER OF
CIVIL / STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS : 0

| NAME | ID # | UNIT |
|------|------|------|
| ▓▓▓ | ▓▓▓ | A-2 |
| ▓▓▓ | ▓▓▓ | D-2 |
| ▓▓▓ | ▓▓▓ | A-2 |
| ▓▓▓ | ▓▓▓ | D 1 |
| ▓▓▓ | ▓▓▓ | B-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wicca_     TIME : 7-8 _yu_

DATE/DAY : _Fri 20·06_     NUMBER OF
CIVIL / STATE (CIRCLE ONE)     OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ██████ | A - 2 |
| ███████████ | ██████ | A - 2 |
| ███████████ | ██████ | P - 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : Wiccia

TIME : 7. 8ᵃ

DATE/DAY : Wed 1-26-06

CIVIL / STATE (CIRCLE ONE)

NUMBER OF OUTSIDE VOLUNTEERS :

| NAME | ID # | UNIT |
|------|------|------|
| ████ | ███ | A-2 |
| ████ | ███ | B-2 |
| ████ | ███ | A-2 |
| ████ | ███ | D-2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_            TIME : _7·8⁰⁰_

DATE/DAY : _Fri 1-27-06_            NUMBER OF

CIVIL / STATE (CIRCLE ONE)            OUTSIDE VOLUNTEERS: _2_

| | NAME | ID # | UNIT |
|---|---|---|---|
| | ██████████ | ████ | 1-2 |
| | ██████ | ███ | A-2 |
| | ██████████ | ███ | B-2 |
| | ██████████ | ██ | D-2 |
| | | | D1 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_    TIME : _7.8⁴⁴_

DATE/DAY : _Wed Feb. 1·06_    NUMBER OF
CIVIL / STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████████ | ████ | A.2 |
| 2 | ███████████ | ███ | A-2 |
| 3 | ███████████ | ████ | B-2 |
| 4 | ███████████ | ████ | P-2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccis_  TIME : _7:40_

DATE/DAY : _Fri Feb 3 '06_  NUMBER OF
CIVIL/ STATE (CIRCLE ONE)  OUTSIDE VOLUNTEERS: _Ø_

| NAME | ID # | UNIT |
|------|------|------|
| ██████████████ | ████████ | A-2 |
| ██████████████ | ██████ | A-2 |
| █████████████ | █████ | B-2 |
| █████████████ | █████ | D 2 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : *Wiccin*                    TIME : *7-84*

DATE/DAY : *Wed 2/8/06*              NUMBER OF
[VIL] / STATE (CIRCLE ONE)            OUTSIDE VOLUNTEERS: *∅*

| NAME | ID # | UNIT |
|------|------|------|
| ███████████████ | ████████████ | A-2 |
| | | A-2 |
| ████████████ | ███████████ | B-2 |
| ██████████████ | | D-2 |
| | | |
| | | |
| | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_                    TIME : _7.84_

DATE/DAY : _Fri 2/10/06_

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|------|------|------|
| ██████████████████ | ██████ | A.2 |
| ██████████████████ | ██████ | D2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 10 |  |  |
| 11 |  |  |
| 12 |  |  |
| 13 |  |  |
| 14 |  |  |
| 15 |  |  |
| 16 |  |  |
| 17 |  |  |
| 18 |  |  |
| 19 |  |  |
| 20 |  |  |
| 21 |  |  |
| 22 |  |  |
| 23 |  |  |
| 24 |  |  |
| 25 |  |  |

**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : _Wiccin_                    TIME : _7-84_

ATE/DAY : _Wed 2/15/06_             NUMBER OF
[VIL]/ STATE (CIRCLE ONE)            OUTSIDE VOLUNTEERS: _2_

| NAME | ID # | UNIT |
|------|------|------|
| ███████ | ███████ | A-7 |
| ███████ | ███████ | A-2 |
| ███████ | ███████ | A-1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 0 |  |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |
| 8 |  |  |
| 9 |  |  |
| 20 |  |  |
| 21 |  |  |
| 22 |  |  |
| 23 |  |  |
| 24 |  |  |
| 25 |  |  |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _Wisem_    TIME : _7-84_

DATE/DAY : _Fri Feb 17·06_    NUMBER OF
WILY STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|---|---|---|
| ██████████ | ████████ | A-2 |
| ██████████ | ████████ | A-2 |
| ██████████ | ████████ | B-2 |
| ██████████ | ████████ | A-1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

ROGRAM : _Wiccin_                    TIME : _7-74°_

ATE/DAY : _Wed. 2-22-06_            NUMBER OF
IVIL / STATE (CIRCLE ONE)            OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ████████ | A-2 |
| ███████████ | ████████ | A-2 |
| ███████████ | ████████ | D-2 |
| ███████████ | ████████ | A-1 |
| ███████████ | ████████ | B-2 |
|  |  |  |
|  |  |  |
| 0 |  |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |
| 6 |  |  |
| 7 |  |  |
| 8 |  |  |
| 9 |  |  |
| 0 |  |  |
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

## MASSACHUSETTS TREATMENT CENTER

ROGRAM : Wiccin          TIME : 7.845.

ATE/DAY : Fri 2.24.06     NUMBER OF
IVIL / STATE (CIRCLE ONE)   OUTSIDE VOLUNTEERS : Ø

| NAME | ID # | UNIT |
|------|------|------|
| ███ | ███ | A-2 |
| ███ | ███ | A-2 |
| ███ | ███ | B-2 |
| ███ | ███ | D2 |
| ███ | ███ | A-1 |
| | | |
| | | |
| | | |
| 0 | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |



V. of Group WICCIN                    DATE   3-1-06

CIVIl                                  VOL.   Q

NAME                        CGRD #         UNIT
                                           A-2
                                           A-2
                                           A-

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccin_                    TIME : _7-840_

DATE/DAY : _Fri 3/3/06_            NUMBER OF
CIVIL / STATE (CIRCLE ONE)          OUTSIDE VOLUNTEERS: _2_

| NAME | ID # | UNIT |
|------|------|------|
| 1 ███ | ███ | A-2 |
| 2 ███ | ███ | A-2 |
| 3 ███ | ███ | A-1 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

# MASSACHUSETTS TREATMENT CENTER

**PROGRAM :** _Wiccan_    **TIME :** _7.84y_

**DATE/DAY :** _Wed 3/8/06_

**CIVIL / STATE (CIRCLE ONE)**    **NUMBER OF OUTSIDE VOLUNTEERS:** _O_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████████ | ███████ | A-2 |
| 2 | ███████████ | ███████ | A-2 |
| 3 | ███████████ | ███████ | B-2 |
| 4 | ███████████ | ███████ | A - 1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_         TIME : _7.840_

DATE/DAY : _Fri 3/10/06_        NUMBER OF
(CIVIL)/ STATE (CIRCLE ONE)     OUTSIDE VOLUNTEERS: _2_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | | | A-2 |
| 2 | | | |
| 3 | | | B-2 |
| 4 | | | A-1 |
| 5 | | | A-2 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_                    TIME : 7-840

DATE/DAY : _Wed  3·15·06_

(CIVIL) / STATE (CIRCLE ONE)          NUMBER OF
                                      OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ██████████ | ██████ | A-2 |
| 2 | ██████████ | ██████ | A-2 |
| 3 | ██████████ | ██████ | A-1 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_          TIME : _7-846_

DATE/DAY : _Fri 3-17-06_

NUMBER OF

(CIVIL) STATE (CIRCLE ONE)          OUTSIDE VOLUNTEERS: _8_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████████ | ████████ | A-2 |
| 2 | ███████████ | ████████ | A-2 |
| 3 | ███████████ | ████████ | 4-1 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_

TIME : _7.840_

DATE/DAY : _Wed 3/22.06_

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|----|------|------|------|
| 1 | ███████████ | ███████ | B-2 |
| 2 | ███████████ | ███████ | A-2 |
| 3 | ███████████ | ███████ | B-2 |
| 4 | ███████████ | ███████ | A-1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_          TIME : _7 8 40_

DATE/DAY : _Fri 3-24 06_

CIVIL / STATE (CIRCLE ONE)          NUMBER OF OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████ | ███████ | A-2 |
| 2 | ███████ | ███████ | A-2 |
| 3 | ███████ | ███████ | B-2 |
| 4 | ███████ | ███████ | A-1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_          TIME : _7.840_

DATE/DAY : _Wed. 3/29/06_

(CIVIL) / STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ████████ | ███ | A-2 |
| 2 | ████████ | ███ | A-2 |
| 3 | ████████ | ███ | A 1 |
| 4 | ████████ | ███ | D2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_       TIME : _7:84_

DATE/DAY : _Fri 3/31-06_

(CIVIL) STATE (CIRCLE ONE)       NUMBER OF OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| 1 | | 1-2 |
| 2 | | D2 |
| 3 | | A-1 |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |