## MASSACHUSETTS TREATMENT CENTER

PROGRAM : WICCAN                    TIME : 7.849

DATE/DAY : 4.5.06 Fri

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS: ___0___

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ████████████████ | ███████ | A-2 |
| 2 | ████████████████ | ██████ | D2 |
| 3 | ████████ | ███████ | A.2 |
| 4 | ████████████████ | ███████ | A 1 |
| 5 | ████████ | ██████ | B-2 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_                    TIME : _7.845_

DATE/DAY : _Wed 4/5/06_

CIVIL STATE (CIRCLE ONE)    NUMBER OF OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|----|------|------|------|
| 1 | ██████████████ | █████████ | A-3 |
| 2 | ██████████████ | █████████ | D2 |
| 3 | ██████████████ | █████████ | A-1 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccans_     TIME : 7.800

DATE/DAY : _Fri 4-7-06_

(CIVIL) / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: Ø

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ▓▓▓▓▓▓▓ | ▓▓▓▓ | |
| 2 | ▓▓▓▓▓▓▓ | ▓▓▓▓ | A-2 |
| 3 | ▓▓▓▓▓▓▓ | ▓▓▓▓ | A-1 |
| 4 | | | D2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_     TIME : _7.840_

DATE/DAY : _Wed 4-12-06_

CIVIL / STATE (CIRCLE ONE)     NUMBER OF OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|----|------|------|------|
| 1 | ▉▉▉▉▉ | ▉▉▉▉ | |
| 2 | ▉▉▉▉▉ | ▉▉▉▉ | A-2 |
| 3 | ▉▉▉▉▉ | ▉▉▉▉ | A1 |
| 4 | ▉▉▉▉▉ | ▉▉▉▉ | B-2 |
| 5 | ▉▉▉▉▉ | ▉▉▉▉ | A-1 |
| 6 | | | D2 |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_    TIME : _7-849_

DATE/DAY : _Fri 4-14-06_

CIVIL / STATE (CIRCLE ONE)    NUMBER OF OUTSIDE VOLUNTEERS: _∅_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ████████ | ████ | A-2 |
| 2 | ████████ | ████ | B-2 |
| 3 | ████████ | ████ | D 2 |
| 4 | ████████ | ████ | A—1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Civilian_          TIME : _7 8?_

DATE/DAY : _Wed 4-19-06_      NUMBER OF

(CIVIL) STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ████████ | ████ | A-2 |
| 2 | ████████ | ████ | B-2 |
| 3 | ████████ | ████ | A-1 |
| 4 | ████████ | ████ | D-2 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

**PROGRAM :** _WICCAN_

**TIME :** 7.74§

**DATE/DAY :** _4·21·'06 Fri_

**CIVIL STATE** (CIRCLE ONE)

**NUMBER OF OUTSIDE VOLUNTEERS :** Ø

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ▓▓▓▓▓ | ▓▓▓▓ | |
| 2 | ▓▓▓▓▓ | ▓▓▓▓ | A-2 |
| 3 | ▓▓▓▓▓ | ▓▓▓▓ | B-2 |
| 4 | ▓▓▓▓▓ | ▓▓▓▓ | D2 |
| 5 | | | A-1 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan)_                          TIME : _7.8 49_

DATE/DAY : _Wed 4-26-06_

CIVIL STATE (CIRCLE ONE)          NUMBER OF
                                  OUTSIDE VOLUNTEERS : _0_

| # | NAME | ID # | UNIT |
|---|------|------|------|
| 1 | ██████████ | ████ | |
| 2 | ██████████ | ████ | A-2 |
| 3 | ██████████ | ████ | B-2 |
| 4 | ██████████ | ████ | |
| 5 | | | A 1 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

**PROGRAM :** _WICCAN_

**TIME :** 7 8yu

**DATE/DAY :** 4.28.06 Fri

**CIVIL / STATE (CIRCLE ONE)**

**NUMBER OF OUTSIDE VOLUNTEERS:** 8

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ██████████████ | ███████ | A·2 |
| 2 | ██████████████ | ██████ | B-2 |
| 3 | ██████████████ | ██████ | D2 |
| 4 | ██████████████ | ██████ | A1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_    TIME : _7-9 ¾_

DATE/DAY : _5/3/06 Wed_

CIVIL STATE (CIRCLE ONE)    NUMBER OF OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| 1 ███████████ | ████ | |
| 2 ███████████ | ████ | A-2 |
| 3 ███████████ | ████ | B-2 |
| 4 ███████████ | ████ | D 2 |
| 5 | | A 1 |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _WICCAN_          TIME : _7-840_

DATE/DAY : _5/wk wed_

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
                                    OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████████ | ████████ | A-2 |
| 2 | ███████████ | ████████ | D2 |
| 3 | ███████████ | ████████ | A1 |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : WICCAN          TIME : 7:40

DATE/DAY : 5-12-06 Fri    NUMBER OF
CIVIL / STATE (CIRCLE ONE)    OUTSIDE VOLUNTEERS : 0

| NAME | ID # | UNIT |
|------|------|------|
| 1 | | A.2 |
| 2 | | B-2 |
| 3 | | D.2 |
| 4 | | A 1 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _Wiccan_

TIME : _7. 84e_

DATE/DAY : _5-17-06 Wed_

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS: _Ø_

| NAME | ID # | UNIT |
|------|------|------|
| 1 | | |
| 2 | | A-2 |
| 3 | | (7) |
| 4 | | B-2 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_        TIME : _7.84p_

DATE/DAY : _Fri  5/19/06_

CIVIL / STATE (CIRCLE ONE)        NUMBER OF
OUTSIDE VOLUNTEERS : _2_

| NAME | ID # | UNIT |
|------|------|------|
| ███████ | ███████ | A-2 |
| ███████ | ███████ | B-2 |
| ███████ | ███████ | A  1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_          TIME : _7.8 4_

DATE/DAY : _5-24-06 Wed._

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS: _8_

| NAME | ID # | UNIT |
|------|------|------|
| ████████████ | ████ | A-2 |
| ████████████ | ████████ | A-2 |
| | | A-1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : WICCAN

TIME : 7.840

DATE/DAY : Fri 5/26/06

CIVIL / STATE (CIRCLE ONE)

NUMBER OF
OUTSIDE VOLUNTEERS : 8

| NAME | ID # | UNIT |
|------|------|------|
| ██████████ | ████ | A·2 |
| ██████████ | ████ | B·2 |
| ██████████ | ████ | D2 |
| | ████ | A 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_          TIME : _7:34_

DATE/DAY : _Wed 5/31/06_

(CIVIL) / STATE (CIRCLE ONE)          NUMBER OF OUTSIDE VOLUNTEERS: _0_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ███████ | A-2 |
| ███████████ | ███████ | B-2 |
| ███████████ | ███████ | D-2 |
| ███████████ | ███████ | A-1 |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_                TIME : _7-7 ฯ_

DATE/DAY : _Fri 6·2·06_

IVL / STATE (CIRCLE ONE)          NUMBER OF
                                  OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|---|---|---|
| ███████████████ | ████████ | A-2 |
|  | ████████ | B-2 |
| ███████████████ | ████████ | D2 |
| ███████████████ |  | A 1 |
|  | ████████ | A-2 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _Wiccan_                    TIME : 7-84

DATE/DAY : _Fri 6-9-06_

CIVIL STATE (CIRCLE ONE)              NUMBER OF
                                     OUTSIDE VOLUNTEERS: _Ø_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | █████ | A-2 |
| ███████████ | █████ | B-2 |
| ███████████ | █████ | D2 |
|  | █████ | A1 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _WICCANS_                              TIME : _7~845_

DATE/DAY : _6-14-06_
CIVIL / STATE (CIRCLE ONE)                       NUMBER OF
                                                 OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|---|------|------|------|
| 1 | ████ | ████ | B2 |
| 2 | ████ | ████ | O1 |
| 3 | ████ | ████ | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM : _WICCAN_          TIME : _7-8⁴⁰_

DATE/DAY : _Wicca-We/ 6.21-66_   NUMBER OF

(CIVIL) STATE (CIRCLE ONE)      OUTSIDE VOLUNTEERS : _0_

| NAME | ID # | UNIT |
|------|------|------|
| ███████████ | ██████ | A.2 |
| ███████████ | ██████ | B-2 |
| ███████████ | ██████ | D2 |
| | | A1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## MASSACHUSETTS TREATMENT CENTER

ROGRAM : _Wiccan_                              TIME : _7-8 ы_

ATE/DAY : _6-16-06  Fri_

[VIL.] STATE (CIRCLE ONE)                      NUMBER OF
                                               OUTSIDE VOLUNTEERS : _⌀_

| NAME | ID # | UNIT |
|------|------|------|
| ████████████ | ████ | A - 2 |
| ████████████ | ████ | ⊗ |
| ████████████ | ████ | D2 |
| ████████████ | | A 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _WICCA_                    TIME : _7 845_

DATE/DAY : _Fri 6.23.06_

CIVIL / STATE (CIRCLE ONE)          NUMBER OF
OUTSIDE VOLUNTEERS: _∅_

| NAME | ID # | UNIT |
|------|------|------|
| ████████████ | ████████ | A-2 |
| ████████████ | ████████ | B-2 |
| ████████████ | ████████ | D 2 |
| ████████████ | ████████ | A 1 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM : _Wiccan_     TIME : _7-8.45 pm_

DATE/DAY : _Wed June 26-06_

CIVIL / STATE (CIRCLE ONE)     NUMBER OF OUTSIDE VOLUNTEERS: _0_

| | NAME | ID # | UNIT |
|----|------|------|------|
| 1 | ▬▬▬▬▬ | ▬▬▬ | B-2 |
| 2 | ▬▬▬▬▬ | ▬▬▬ | D2 |
| 3 | ▬▬▬▬▬ | ▬▬▬ | A-2 |
| 4 | ▬▬▬▬▬ | ▬▬▬ | A1 |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

# MASSACHUSETTS TREATMENT CENTER

**PROGRAM :** _Wiccan_

**TIME :** _7-8:45 pm_

**DATE/DAY :** _7-5-06   Wed_

(CIVIL) / STATE (CIRCLE ONE)

**NUMBER OF OUTSIDE VOLUNTEERS:** _0_

| | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███████████████ | █████ | |
| 2 | ███████████████ | █████ | B-3 |
| 3 | ███████████████ | █████ | A.2 |
| 4 | ███████████████ | █████ | A1 |
| 5 | | | D2 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |