## MASSACHUSETTS TREATMENT CENTER

**PROGRAM:** Wiccan   **TIME:** 7-8:45 PM

**DATE/DAY:** Fri July 28 2006

**CIVID/ STATE (CIRCLE ONE)** — (CIVID circled)

**NUMBER OF OUTSIDE VOLUNTEERS:** 0

| # | NAME | ID # | UNIT |
|---|------|------|------|
| 1 | [redacted] | [redacted] | B-2 |
| 2 | [redacted] | [redacted] | A-2 |
| 3 | [redacted] | [redacted] | D2 |
| 4 | [redacted] | [redacted] | A-1 |
| 5 |  |  |  |
| 6 |  |  |  |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| 19 |  |  |  |
| 20 |  |  |  |
| 21 |  |  |  |
| 22 |  |  |  |
| 23 |  |  |  |
| 24 |  |  |  |
| 25 |  |  |  |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM: wiccan  TIME: 7-8:45 pm

DATE/DAY: wed 8-2-06

CIVIL / STATE (CIRCLE ONE)

NUMBER OF OUTSIDE VOLUNTEERS: 0

| # | NAME | ID # | UNIT |
|---|---|---|---|
| 1 | ███ | ███ | B-2 |
| 2 | ███ | ███ | A-1 |
| 3 | ███ | ███ | D-2 |
| 4 | ███ | ███ | D2 |
| 5 | ███ | ███ | A1 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

## MASSACHUSETTS TREATMENT CENTER

**PROGRAM:** Wiccan  **TIME:** 7-8:45pm

**DATE/DAY:** Fri aug 4 06

**CIVIL/STATE** (CIRCLE ONE) — *CIVIL circled*

**NUMBER OF OUTSIDE VOLUNTEERS:** 0

| # | NAME | ID # | UNIT |
|---|------|------|------|
| 1 | [redacted] | [redacted] | B-2 |
| 2 | [redacted] | [redacted] | D2 |
| 3 | [redacted] | [redacted] | A-2 |
| 4 | [redacted] | [redacted] | A1 |
| 5 |  |  |  |
| 6 |  |  |  |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| 19 |  |  |  |
| 20 |  |  |  |
| 21 |  |  |  |
| 22 |  |  |  |
| 23 |  |  |  |
| 24 |  |  |  |
| 25 |  |  |  |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM: WICCAN     TIME: 7:840

DATE/DAY: Wed 9/9/06

CIVIL / STATE (CIRCLE ONE)     NUMBER OF OUTSIDE VOLUNTEERS: 1

| NAME | ID # | UNIT |
|------|------|------|
| ███ | ███ | A-2 |
| ███ | ███ | B-2 |
| ███ | ███ | A-1 |
| ███ | ███ | D-2 |

## MASSACHUSETTS TREATMENT CENTER

PROGRAM: Wiccan  TIME: 7-8¼

DATE/DAY: 8/11/06

(CIVIL) STATE (CIRCLE ONE)  NUMBER OF OUTSIDE VOLUNTEERS: 2

| NAME | ID # | UNIT |
|------|------|------|
| ▓▓▓▓ | ▓▓▓▓ | A-2 |
| ▓▓▓▓ | ▓▓▓▓ | B-2 |
| ▓▓▓▓ | ▓▓▓▓ | D-2 |
| ▓▓▓▓ | ▓▓▓▓ | A-1 |

(80)

## MASSACHUSETTS TREATMENT CENTER

PROGRAM: WICCAN     TIME: 7:845

DATE/DAY: 8/16/06

CIVIL / STATE (CIRCLE ONE)    NUMBER OF OUTSIDE VOLUNTEERS: 8

| NAME | ID # | UNIT |
|------|------|------|
| [redacted] | [redacted] | D2 |
| [redacted] | [redacted] | #1 |

**MASSACHUSETTS TREATMENT CENTER**

PROGRAM: Wiccan    TIME: 7.8 PM

DATE/DAY: 8/23/06 (Wed)

(CIVIL) STATE (CIRCLE ONE)

NUMBER OF OUTSIDE VOLUNTEERS: 8

| NAME | ID # | UNIT |
|------|------|------|
| [redacted] | [redacted] | A-2 |
| [redacted] | [redacted] | H-1 |
| [redacted] | [redacted] | B-2 |
| [redacted] | [redacted] | D2 |