**EXHIBIT  4**

1

Pages:    1-87

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DOCKET NO. H1:04-CV-11938

*************************************

WILLIAM STEVENS                          *

    Plaintiff                            *

vs.                                      *

MASSACHUSETTS DEPARTMENT OF              *

CORRECTION, ET AL                        *

    Defendants                           *

*************************************


    DEPOSITION of WILLIAM STEVENS, a Witness called

by the Defendants, taken pursuant to the provisions of

the Federal Rules of Civil Procedure, before Peter J.

Wood, a Professional Court Reporter and Notary Public

in and for the Commonwealth of Massachusetts, at the

Massachusetts Treatment Center, Bridgewater,

Massachusetts, on Wednesday, February 1, 2006,

commencing at 10:25 a.m.


**WOOD COURT & CONFERENCE REPORTING**
**77 SUMMER STREET**
**COHASSET, MA 02025**
**(781) 383-6621**

EXHIBIT
4

2

1                    A P P E A R A N C E S

2

3        William Stevens, Plaintiff, Pro Se

4

5        DEPARTMENT OF CORRECTION

6        (By Richard McFarland, Esq.)

7        70 Franklin Street

8        Boston, Massachusetts 02110

9        (617) 727-3300

10               On behalf of the Defendants

11

12

13

14

15

16

17

18

19

20

21

22

                WOOD COURT & CONFERENCE REPORTING

3

1                    I N D E X

2    WITNESS

3    WILLIAM STEVENS

4         Examination by Mr. McFarland                4

5

6                  E X H I B I T S

7    NO.      DESCRIPTION

8    1        Wicca Handbook                           62

9    2        Letter dated 4/9/04                      62

10   3        Purchase Request dated 5/7/04            64

11   4        Purchase Request dated 11/1/04           65

12   5        Letter dated 1/18/05                     67

13   6        Schedule                                 73

14   7        Schedule                                 74

15   8        Book Checkout Log                        78

16   9        Certificate of Ministry                  83

17

18

19

20

21

22

              WOOD COURT & CONFERENCE REPORTING

10

1   Q   At some point, did you move to Massachusetts?

2   A   Yes.

3   Q   When was that?

4   A   That would have been in the mid '90s, mid to late

5       '90s.

6   Q   Where did you live in Massachusetts?

7   A   Harwichport.

8   Q   Did you have a job there?

9   A   Yes.

10  Q   Is that why you came, for the job?

11  A   No.  I was adopted as a child.  I found my birth

12      mother who lived on the Cape.  She was terminally

13      ill, and I moved down to the Cape to assist her.

14  Q   That was Harwichport, you said?

15  A   Yes.

16  Q   You lived there until the conviction of your

17      crime?

18  A   Yes, sir.

19  Q   While you were in Harwichport, did you practice

20      the Wiccan religion?

21  A   The Wiccan religion is more of a lifestyle than a

22      religion, but yes, I did partake in some

WOOD COURT & CONFERENCE REPORTING

11

1    religious ceremonies while I lived in

2    Harwichport, yes.

3    Q    What kind of ceremony did you partake in?

4    A    The Sabbat ceremonies.  I occasionally would go

5         back to the Kentucky area where I lived prior to

6         coming to the Cape and would attend Sabbat

7         celebrations there, not all of them but a few.

8    Q    Did they have the same ceremony in Massachusetts

9         on the Cape?

10   A    I believe there's probably Wiccan covens on the

11        Cape, but I'm not aware of any particular.

12   Q    You didn't meet with any of the covens when you

13        were living in Harwichport?

14   A    No.

15   Q    So how would you practice your religion aside

16        from going to the Sabbats in Kentucky?

17   A    Daily meditations which are pretty much the

18        Wiccan equivalent of prayer in the mainstream

19        religions.  On the Sabbats that I didn't go back

20        down to Kentucky, I would try and do something

21        personally showing my respect for that particular

22        religious holiday.

WOOD COURT & CONFERENCE REPORTING

12

1   Q   What would that be?

2   A   It usually would involve an extended meditation

3       period concentrating on the particulars of the

4       Sabbat which would be Yule when the god in our

5       religion is born, and taking a portion of

6       whatever meal I prepared for myself subsequent to

7       and offering that to the gods and goddesses, an

8       offering, basically.

9   Q   So when you would go to the Sabbat in Kentucky,

10      how often do they take place, the Sabbats?

11   A   Oh, about every month and a half, basically, and

12      I probably attended three over a two-year period.

13      It's a little expensive getting back.

14   Q   Do you drive there?

15   A   Yes.

16   Q   What happens at these Sabbats in Kentucky that

17      you attended?

18   A   Generally, the Sabbat will take place over a two

19      to three-day period surrounding the actual date

20      of the Sabbat, and it's just where people of the

21      same religious beliefs get together and praise

22      our gods and goddesses.  It's a lot of energy.

WOOD COURT & CONFERENCE REPORTING

20

1        ran the program there.

2    Q   Does Gardner similarly have a dual population

3        where they have to have two separate groups?

4    A   Negative.

5    Q   So Gardner had just one group of Wiccans, and

6        they were all able to meet together?

7    A   Correct.

8    Q   The two Wiccan groups, the state and the civil

9        inmates, do they meet on any occasions?

10   A   State and civil in this facility?

11   Q   Yes.

12   A   No.  There is a separate order that's been issued

13       by the courts.

14   Q   So they never have anything to do with each

15       other?

16   A   Not in theory, no.

17   Q   Presently, how often do you meet the civil

18       Wiccans at the Treatment Center?

19   A   Civil Wiccans are allowed to meet two times per

20       week.

21   Q   What are the hours?

22   A   The hours are 7:00 to 8:40 Wednesday night, and

WOOD COURT & CONFERENCE REPORTING

21

```
 1        Friday night, the hours are frequently shorter
 2        than that due to delayed movements.
 3   Q    Do the state Wiccans have a similar amount of
 4        time period for their services?
 5   A    I believe so, yes.
 6   Q    Tell me what happens when you meet twice a week
 7        at the Treatment Center for your Wiccan group.
 8   A    At the Treatment Center, I've been instructed by
 9        the Deputy Director Murphy that I was no longer
10        -- I was not allowed by DOC policy to lead
11        religious celebrations for other inmates, so I
12        attempted to educate the inmates that are
13        interested in Wicca in basic fundamentals of the
14        Wiccan religion using teaching guides set up by
15        another coven in the area.
16   Q    What coven is that?
17   A    That would be Our Lady of Enchantment out of New
18        Hampshire.  She's moved to California now.  This
19        is the organization.  This is the teaching
20        materials.
21   Q    Now, was this woman ever a volunteer here?
22   A    No.  I've asked the director of treatment on
```

WOOD COURT & CONFERENCE REPORTING

22

1       several occasions to contact local agencies to

2       find outside volunteers for us, and apparently

3       they've had no success thus far in their

4       endeavors.

5   Q   Do you have any contact with people in the Wiccan

6       covens outside of the prison?

7   A   Not locally.  They'd be like Kentucky would be

8       the closest.

9   Q   Are there ways for you to find out who are the

10      local covens in the state?

11  A   Not conveniently.  I mean, I could probably write

12      to somebody in the streets and have them do an

13      internet search, that type of thing.

14  Q   Did you have a volunteer when you were at the

15      NCCI prison?

16  A   No.  At the NCCI prison, I was allowed to lead

17      Wiccan service and prayer.

18  Q   But there was no Wiccan volunteer that came in to

19      instruct you or others?

20  A   No.

21  Q   This policy was stopped because DOC does not

22      allow inmates to lead other inmates?

WOOD COURT & CONFERENCE REPORTING

23

| | | |
|---|---|---|
| 1 | A | That was the letter that I received which I |
| 2 | | believe I attached as part of the discovery |
| 3 | | request.  I'm not sure. |
| 4 | Q | So you have been at the Treatment Center since |
| 5 | | January of '04? |
| 6 | A | Correct. |
| 7 | Q | About two years? |
| 8 | A | About two years, yes. |
| 9 | Q | Have you made any attempts to locate a volunteer |
| 10 | | from the community to come in and lead services |
| 11 | | for the Wiccans? |
| 12 | A | As I said, I gave the director of treatment the |
| 13 | | telephone numbers of two nationally-recognized |
| 14 | | groups and asked that contact be made of these |
| 15 | | people, and as far as I know, this has never been |
| 16 | | done, contact was never made.  I don't know |
| 17 | | whether they followed through or not. |
| 18 | Q | Who are these groups you gave them the names of? |
| 19 | A | One is Circle Sanctuary, again out of Mount |
| 20 | | Hoerab, Wisconsin.  They've got a prison outreach |
| 21 | | network.  I asked that they be contacted.  Off |
| 22 | | the top of my head, I can't remember the name of |

WOOD COURT & CONFERENCE REPORTING

24

1     the other organization.

2   Q   Do you recall where it was, the location?

3   A   It was local.  It was the New England area.

4   Q   You gave them the addresses?

5   A   Telephone numbers and addresses, if I'm not

6     mistaken.

7   Q   You were not able to write them a letter to ask

8     them on your own?

9   A   No.  I assume that the information provided to

10    the director of treatment would be in much more

11    capable hands than if I send it out, it's got a

12    stamp across the back that says this came from a

13    prison.  Most people look at that and are

14    somewhat shocked, and it's been my experience

15    that they usually dispose of it without even

16    bothering to read it.

17   Q   But you are looking for them to come into a

18    prison to be a volunteer?

19   A   This is true, but I feel that it would be more

20    effective if an administrator from the prison

21    said I'm Mr. So and So in such and such a

22    position at this facility, would it be possible

WOOD COURT & CONFERENCE REPORTING

25

1        for you could come in and lead Wiccan practice as

2        opposed to I'm a prisoner here, and we need

3        somebody to come in and lead our Wiccan

4        ceremonies.  I just believe that the presentation

5        would be more readily accepted if it came from an

6        administrator of the prison.

7   Q   So, then, you're content to wait and see what

8        happens with the administration?

9   A   I was under the impression that the

10       administration would comply with the CMR in an

11       attempt to bring somebody in, and they haven't,

12       so I've been content to wait for the outcome of

13       this action here before I take any further steps.

14  Q   So a lawsuit which could take three or four years

15       is preferable than you picking up pen and paper

16       and writing to the Circle Sanctuary in Wisconsin;

17       is that fair to say?

18  A   No.  Like I said, I believe it's fair to say that

19       I think a request from the DOC would be more

20       readily accepted than a letter by an inmate

21       coming through the inmate mail.  In the past when

22       I was at Gardner, I attempted to make contact

WOOD COURT & CONFERENCE REPORTING

26

1        with various organizations and found that the

2        mail that was sent with the inmate stamp across

3        the back of it was usually ignored.

4    Q    Because you got no response?

5    A    Correct.

6    Q    So you're assuming it was ignored because you got

7        no response?

8    A    Yes, correct.

9    Q    On how many occasions did you send out letters to

10       other covens or Wiccan agencies to try and get a

11       volunteer into NCCI--Gardner?

12   A    We sent mailings of 20 pieces out on at least two

13       occasions in Gardner.

14   Q    No response to any of those mailings?

15   A    No.

16   Q    Could you describe for me what takes place when

17       the Wiccans meet, the civil Wiccans meet, at the

18       Treatment Center?

19   A    At the Treatment Center, the civil Wiccan

20       meetings are comprised of, as I said, the basic

21       education, principles, and practices of our

22       religion as espoused by Lady Sabrina.  They, on

WOOD COURT & CONFERENCE REPORTING

27

1  Sabbats, have been allowed to get cake and juice.

2  I don't know who the original person was who

3  requested the cake and juice.  Cake and juice is,

4  I'm assuming, taking the place of a cakes and ale

5  ceremony which is usually the secondary

6  celebration of the Sabbats.

7  Q   So when you have these eight Sabbats, those take

8      place at the normal scheduled time for the Wiccan

9      groups to meet?

10 A   Yes.  Those times don't always fall in with the

11     dates of the Sabbats, but I have attempted at

12     this facility to work with the administration and

13     not push our schedule into theirs.  I know

14     there's the timing issues with the use of the

15     building, and I've always been willing to

16     accommodate the DOC on our nights that Sabbat was

17     celebrated.

18 Q   So if there's not a Sabbat being celebrated, if

19     you can take me through from the moment you walk

20     into the room of the Wiccans, what happens from

21     the beginning?

22 A   In this facility?

WOOD COURT & CONFERENCE REPORTING

28

1    Q    In this facility.

2    A    Walk in the door.  It's usually followed by

3         bringing the others in the group up to speed on

4         what's been going on in your life, problems.

5    Q    So you sit around on chairs?

6    A    When chairs are available.  They frequently are

7         not available in the room we're allowed to use.

8    Q    If they're not available, do you stand in a

9         circle?

10   A    Stand in a circle, sit on the floor.

11   Q    Each person describes what's going on in their

12        life?

13   A    Well, let's say, for instance, getting ready to

14        come here and be deposed today, I'll talk about

15        it tonight at the Wiccan meeting, tell the guys,

16        you know, kind of how I felt, how it affected me

17        emotionally, my thoughts on the whole process,

18        just open up to the group.  It's kind of making

19        many individuals into one.

20   Q    So each individual in the group can then speak

21        out and say what they want to say about what's

22        happening to them?

WOOD COURT & CONFERENCE REPORTING

29

1   A   Right.

2   Q   Does that go on for five or ten minutes,

3       normally?

4   A   Yeah, five or ten minutes usually.

5   Q   Then what happens next in the ceremony?

6   A   I'll show a video if we have one and a TV

7       available, educational video.  We'll work through

8       the Ray Buckland's Complete Book of Witchcraft,

9       or we'll deal with the information provided by

10      the Lady of Enchantment, lessons.

11  Q   So you will bring in a TV set and you'll show a

12      video?

13  A   Right, if there is a TV available.

14  Q   If it's not available, why would that be?

15  A   Because I can't track it down, usually.

16  Q   Someone else may have the TV set?

17  A   Yeah.  There's one TV that's made available for

18      all the groups, and frequently, it's been

19      someplace other than the religious closet.

20  Q   So if the TV set's there, you bring it down to

21      the room, and you show a videotape.

22  A   Right.

WOOD COURT & CONFERENCE REPORTING

30

1   Q   Is it like a half-hour videotape?

2   A   Half an hour to an hour.  I think they average

3       about a hundred minutes.

4   Q   Those tapes, do they basically kind of talk about

5       Wiccans?

6   A   Yeah.  They're very basic educational videos.

7   Q   Then after the video is over, you would then go

8       through the books you have for Wiccans?

9   A   Yeah, discuss what we've seen in the video, go

10      through one of the books.  I try to answer what

11      questions I can.  If I can't answer it, I'll

12      attempt to research an answer for the people

13      involved.

14  Q   Are you the most knowledgeable person regarding

15      Wiccans in the coven here?

16  A   At this time, yes.

17  Q   In the book, will you read passages and try and

18      relate those to people's daily lives?

19  A   No, not particularly.  Simple things like candles

20      are frequently used in Wiccan religious practice.

21      When you buy a candle from the store, it's got

22      the energy of pretty much everybody who's touched

WOOD COURT & CONFERENCE REPORTING

31

1　　　the candle from the making to the packaging to

2　　　the storing and displaying at the store, so you'd

3　　　want to take the candle that you're going to use

4　　　for religious workings and do what we call

5　　　dressing the candle, taking a cleansing oil, and

6　　　there's a proper method for anointing a candle

7　　　prior to use, something as simple as teaching

8　　　them how to do that, or going through the

9　　　correspondences in the books and explaining why

10　　　if you're doing a spell for money, let's say, a

11　　　green candle would be the appropriate color

12　　　because most people associate green with the

13　　　color of money.

14　　Q　Now, would you light the candles as part of the

15　　　daily ceremony or the weekly ceremony?

16　　A　In Gardner, we used candles during meditation as

17　　　something to focus on to clear your mind.  We

18　　　also used candles during the Sabbat celebration.

19　　　They were lit.

20　　Q　So you use the candles in the regular service,

21　　　not the Sabbat if you're meditating?

22　　A　We also use them during the Sabbat celebrations,

WOOD COURT & CONFERENCE REPORTING

32

1    yes.

2    Q    Just getting back to the non-Sabbat celebration,

3         if you're meeting on Tuesday evening for your

4         services, at what point would you use a candle

5         for meditation, toward the end of the ceremony,

6         the middle of the ceremony?

7    A    We'd be using the candle for meditation.  I can

8         only describe the way we would do it in Gardner.

9         Of course, everybody would get into the room.

10        We'd spend the 10, 15 minutes kind of discussing

11        what's going on, clearing -- you know, getting

12        our minds kind of centered on what we're going to

13        do, and we'd set up the candles usually on a

14        slightly elevated platform, a small table in the

15        middle of the room.

16             The Wiccans would sit around the

17        candles in a circle on a pallet mat or a cushion,

18        whatever, and then focus on the candles and

19        meditate for anywhere from 15 to 30 minutes.

20        Usually the person leading the meditation can I

21        guess you'd call it read the room, and you pretty

22        much know when people are starting to get

WOOD COURT & CONFERENCE REPORTING

33

1  uncomfortable and moving around. That's time to

2  start winding the meditation down.

3  Q  Does the meditation take place on every Wiccan

4  ceremony except when you have the Sabbats?

5  A  I personally believe that the Wiccans that I've

6  associated with in the past use meditation on a

7  daily basis, whether you do that in your home or

8  in your coven. Group meditation has historically

9  been more effective than individual meditation.

10  Something about getting everybody's mind cleared

11  and centered on what you're doing just seems to

12  be more -- happen more easily during group

13  meditation.

14  Q  So that seems to be one of the parts of the

15  weekly ceremonies?

16  A  Correct.

17  Q  That takes place towards the end of the ceremony?

18  A  Usually closer to the beginning but not

19  immediately. Like I said, we do meet and greet,

20  for lack of a better word, and get everybody kind

21  of calmed down before you start meditation,

22  become acclimated to the room.

WOOD COURT & CONFERENCE REPORTING

34

1    Q    Then you would show the videotape after you

2         finish your meditation?

3    A    Correct.

4    Q    Now, do you meditate just once per ceremony, or

5         do you do it a couple of times?

6    A    Usually, it's just the single meditation.

7    Q    Then after you've done the meditation and the

8         video and you've worked through the book, what

9         happens next?

10   A    Usually, we've got some CDs with music by Wiccan

11        groups or groups that identify themselves as

12        Wiccan, and usually we turn that on, background

13        noise, and just talk, fellowship, basically.

14   Q    You engage in fellowship, talking together as

15        members?

16   A    Correct.

17   Q    There's no lecture or sermon or anything else

18        that's provided?

19   A    I've been told by the DOC that I'm not allowed to

20        do sermons anymore.

21   Q    In the past, were you able to do sermons?

22   A    Was I able to lead Wiccan religious meetings,

WOOD COURT & CONFERENCE REPORTING

35

1    yes, I was.  We don't call them sermons.

2  Q  When you did lead Wiccan services, what did that

3     entail?

4  A  Usually, you set up an altar in the center of the

5     room.  You'd place your tools on the altar, tools

6     being two candles, right and left, one for the

7     god, one for the goddess, a statue of the god and

8     the goddess to compliment the candles, a working

9     candle directly across from the person leading

10    the ceremony on the altar.

11         The center of the altar usually they

12    have a pentagram to the right and the left.

13    You'd have water and salt in front of the altar.

14    That's where you'd keep your Book of Shadows

15    which is the Wiccan's equivalent of, say, the

16    Christian Bible, only you're required to write it

17    yourself.

18  Q  You mentioned an altar.  Is there an altar as

19     part of your services here at the Treatment

20     Center?

21  A  After considerable effort, they did allow me to

22     build an altar for the Wiccan group in this

WOOD COURT & CONFERENCE REPORTING

36

1    facility, and then they put the altar in the

2    Christian chapel which is not where we meet and

3    gave me no way to get the altar into the room

4    that the Wiccans are allowed to use for religious

5    services, so we have an altar, but we can't use

6    it.

7    Q    Can the inmate Wiccans use the altar?

8    A    No.  I don't believe they meet in the chapel,

9    either.

10   Q    Do you use anything else besides the altar, then,

11   in your meetings?

12   A    Here or in Gardner?

13   Q    At the Treatment Center.

14   A    We have a small altar cloth.  When we wanted to

15   use a chalice or a bowl, we usually brought

16   things from the cell to use on the altar.

17   Q    So you'd bring a footlocker or something?

18   A    No.  I'll bring a plastic bowl that they sold in

19   the canteen for mixing the water and salt

20   together to sprinkle around the room as a

21   cleansing ritual.

22   Q    So in your weekly services, you tend not to use

37

1    an altar-like structure?

2  A  You've lost me.

3  Q  You don't have access to the altar that was built

4    out of wood?

5  A  Correct.

6  Q  But you now use a plastic bowl covered with an

7    altar cloth as your altar; is that what happens

8    in your services now?

9  A  No.  I will set the altar cloth on whatever we

10    have available.  There's a footstool that they've

11    got down there now, set the altar cloth on top of

12    that, and place what bowls we have on top of

13    that.

14  Q  You said the plastic bowl contains salt?

15  A  Salt and water, one in each, and you usually mix

16    them together and use that as the agent with

17    which to consecrate the space you're using.

18  Q  Is that done at the beginning of the ceremony or

19    at the end?

20  A  Yes, the beginning.

21  Q  What else is done in the ceremony?

22  A  After cleansing the room, you cast what we call

WOOD COURT & CONFERENCE REPORTING