38

1  casting the circle.  Basically, it's visualizing

2  a blue-tinted circle of protection, sphere of

3  protection, that completely surrounds the group

4  and the people.  You proceed back to the altar,

5  and you start your invocation which you'd be

6  requesting the presence of the guardians of the

7  watchtowers for each of the four cardinal

8  directions to protect the circle from outside

9  interference during the ceremony, request the

10  presence of the god and goddess to lend power and

11  thereby their approval to whatever ceremony

12  you're practicing.

13         On an Espat, which is performed on the

14  full moon at noon, we'll do a ritual called

15  drawing down of the moon whereby the high priest

16  or high priestess, if there's one available,

17  basically takes the persona of the goddess and,

18  for lack of a better words, grants protection to

19  the coven for the upcoming ritual, magic,

20  whatever is to be performed.

21         On the Sabbats, it would move to a

22  short demonstration, playlet, if you will, of

39

1    what's -- I referenced the Yule religion earlier

2    where the god is re-formed.  Some type of ritual

3    playlet will be performed that would demonstrate

4    the rebirth.  The lighting of the god's candle

5    would be one way it could be done.

6   Q   This is performed by the members of the coven on

7       the Espat?

8   A   Sabbats, usually.  Espats are more working

9       religious meetings, magic being a big part of the

10      working religion.  Let's say, for instance, my

11      friend was going in for cancer surgery.  We would

12      do kind of like a healing spell, building up of

13      energy, positive energy, trying to send it to

14      him, lend him the strength to get through the

15      cancer treatment or whatever.

16  Q   This is what ceremony?

17  A   That would be the Espats.  Those are performed on

18      the full moon, new moon, and moon quarters

19      depending on what type of magic you want to

20      perform.

21  Q   How often do you have the Espats in a year?

22  A   Full moon, new moon, so we're talking 13 full

WOOD COURT & CONFERENCE REPORTING

40

```
 1        moons a year, so there would be 13 new moons a
 2        year, 26 times a year, roughly.  Not all covens
 3        perform Espats on all the full, the new, and the
 4        quarters.  Some just do full moons, some just do
 5        new moons.  It's pretty much up to the individual
 6        practitioners on what they want to do.
 7   Q    So it's pretty much half the year?  You say 26
 8        times a year --
 9   A    Correct.
10   Q    -- you would have these, so every other week,
11        basically?
12   A    Roughly, yeah, about every two weeks, yes.
13   Q    The Sabbats take place four times?
14   A    Eight times a year.
15   Q    Do they ever overlap?
16   A    Yes.
17   Q    What happens when they overlap?
18   A    Sabbat takes precedence over Espat.
19   Q    Whenever you don't have an Espat or a Sabbat, you
20        have a regular ceremony?
21   A    Educational.
22   Q    Which you just described to me?
```

WOOD COURT & CONFERENCE REPORTING

41

1    A    Right, educational ceremony.

2    Q    Now, the Espat, we talked about spells?

3    A    Correct.

4    Q    Is that part of the Espat, using a spell for some

5         purpose?

6    A    Yes.  During a Sabbat celebration, there's no,

7         quote, unquote, magic performed.  It's revelry,

8         celebration.  You're celebrating the life of the

9         god and goddess, whereas, the Espats are, like I

10        said, more working religious programs.  This is

11        where you do, you know, healing spells or

12        protective spells.

13   Q    Would someone say I have a friend who has cancer

14        and is going in for surgery tomorrow, I want the

15        group to do a spell?

16   A    Yes, I'd like to do a healing spell or an energy-

17        raising spell to try and carry him through

18        whatever treatment he's going through.

19   Q    Would there always be someone that wants to do a

20        spell during an Espat?

21   A    No, not always.

22   Q    Sometimes there will be nobody has a desire to do

WOOD COURT & CONFERENCE REPORTING

42

1    a spell?

2    A    Correct.

3    Q    But most often, there is a spell done?

4    A    Correct.  If there's nobody in the coven in

5         particular that has a particular need for any

6         type of spell, the coven would build and generate

7         the energy within the circle, and generally it's

8         released just back into the earth as our showing

9         respect for mother earth.

10   Q    What kind of spells are possible to be performed

11        during Espat?

12   A    The list goes on forever.  The most common are

13        healing, for love, for protection.  I'd say those

14        are the three most common ones.

15   Q    You say I want you to protect my friend so and

16        so?

17   A    My friend Jane is a neighbor that's been

18        harassed, I would say.  We'll send a positive

19        circle of energy to surround Jane in an effort to

20        protect her from whoever the person is that's

21        bothering her.

22   Q    Now, do the spells require any kind of chanting?

WOOD COURT & CONFERENCE REPORTING

43

1    A    Chanting is an energy-raising technique that's

2         used during almost every practice by every

3         practicing coven out on the streets.  Like I

4         said, it's a means of generating energy.  It is

5         shocking to a lot of non-Wiccans, and I have

6         learned that it's easier to basically be the

7         battery that provides the power to any religious

8         working.  It's not quite as strong, but it's

9         effective in its own way.

10   Q    Do the chants vary with the spell that's been

11        chosen?

12   A    I'd say they vary more by coven that's using it.

13        The chants are usually rhyming, repetitive verse

14        that you repeat faster and faster and faster as

15        you're building the energy for the spell, and it

16        could be as simple as, you know, whatever god or

17        goddess you're praying to.  Cerrneunus,

18        Cerrneunus, give us strength.  Cerrneunus,

19        Cerrneunus, give us strength.  We just keep

20        repeating that on a faster and faster tempo until

21        you feel that the maximum amount of energy by the

22        group has been raised, and that it's directed to

44

1        whatever the recipient is.

2   Q   Now, do you ever do negative spells?

3   A   The Wiccans have a primary tenet that they

4        believe is called the Rule of Three.  Whatever I

5        do, positive or negative, is going to come back

6        to me three-fold, so no Wiccan would knowingly

7        generate that kind of negative energy.  If Mr. X

8        is being bothered by Mr. Y, you don't have to do

9        something against Mr. Y to get him to stop

10       bothering Mr. X.  You do something for Mr. X to

11       protect him.

12             Every situation -- I like to liken

13       magic to a hammer.  You can take a hammer and you

14       can build a house, or you can take that same

15       hammer and destroy the house.  Magic's a tool to

16       be used by the practitioner, and if you're

17       intending to do a positive magic spell, that's

18       what you do.

19  Q   So do you recall using any negative spells during

20       your meetings at the Treatment Center?

21  A   No.

22  Q   You mentioned a Yule.  What is a Yule?

WOOD COURT & CONFERENCE REPORTING

45

1    A    Yule would be the eighth Sabbat of the year.

2         It's when the god in our religion is born.

3    Q    That would be the god of Cerrneunus?

4    A    Cerrneunus.

5    Q    Is that the god?

6    A    That would be one, yes.

7    Q    If you're having a normal meeting without a

8         Sabbat or an Espat, but you feel the need to do a

9         prayer for someone, is that possible?

10   A    Oh, absolutely, absolutely.

11   Q    So the spells aren't always just reserved for the

12        Espats?

13   A    The Espats are on the moon cycle, and during

14        various phases of the moon, different forms of

15        magic are thought to be more potent, so if

16        possible, you want to do a spell on a particular

17        moon cycle, but it's not mandatory.  If you have,

18        you know, your friend just broke their leg or

19        something and you wanted to do a healing spell

20        and send some energy to this person immediately,

21        that's still possible to do it, but that in

22        theory wouldn't be as potent or as effective as

WOOD COURT & CONFERENCE REPORTING

46

1        if you waited until the new moon to do it.

2    Q   How do you end the service, the ceremony, the

3        normal ceremonies?

4    A   The normal ceremonies would be thank the god and

5        the goddess and the guardians of the four

6        elements, the four cardinal directions for their

7        presence and protection during the ceremony.  The

8        guardians of the watchtowers you would thank and

9        send back from where they came.  The god and

10       goddess, you would more or less thank and do as

11       will, stay or go as you will.

12   Q   Now, do you read from the Book of Shadows while

13       you're also doing your services?

14   A   A person's Book of Shadows is -- the Book of

15       Shadows is a blank book that you buy or assemble,

16       and in it, you write down rituals, ceremonies

17       that you've run into in the past or that you've

18       modified for something you've done in the past,

19       and the Book of Shadows would be on the elder

20       during a Sabbat or Espat celebration, and you do

21       whatever working out of the book that you chose

22       to do.

WOOD COURT & CONFERENCE REPORTING

47

1   Q   Does each person, each adherent to the Wiccans,

2       bring their own Book of Shadows to the service?

3   A   Generally, yes.

4   Q   Each one works from their own Book of Shadows,

5       not from someone else's?

6   A   In a normal situation in the Gardner coven, there

7       was a coven Book of Shadows that listed

8       everything we did for all eight Sabbats and every

9       conceivable permutation for Espat celebrations.

10      Anybody that came new to the coven that was

11      wanting to practice would copy out of the coven's

12      Book of Shadows the appropriate Sabbat or Espat

13      celebrations that they felt were appropriate to

14      them, and then expand their Book of Shadows from

15      that point, so it's generally -- it's general

16      practice for a new covener to copy the coven's

17      Book of Shadows into their own, and then he can

18      expand on their Book of Shadows from there.  The

19      Book of Shadows can go to umpteen dozen volumes

20      depending on how long you've been a practicing

21      Wiccan.

22  Q   How many volumes do you have in your Book of

WOOD COURT & CONFERENCE REPORTING

48

1    Shadows?

2    A    The Book of Shadows I'm allowed to have in here I

3         created more as a teaching tool than anything

4         else.  I've listed very basic ceremonies and

5         rituals, and I allow other coveners here -- I use

6         my personal Book of Shadows as a coven Book of

7         Shadows.  My Books of Shadows on the streets are

8         something that's very private and personal to me,

9         and I don't give you my Books of Shadows to read.

10   Q    But here in this group, you do allow them to --

11   A    In this group, I've used my personal Book of

12        Shadows or the Book of Shadows that I'm using

13        right now, I use it as a teaching tool and the

14        coven book, yes.

15   Q    This is a one-volume book or multi volumes?

16   A    This is just a single volume.  That's all I'm

17        allowed, so I kept it to one volume.

18   Q    Is there any dancing or movement during the

19        various ceremonies, either the Espat or the

20        Sabbat?

21   A    Dancing and chanting is frequently used as an

22        energy-raising technique, and the movement inside

WOOD COURT & CONFERENCE REPORTING

49

1    the circle is common during the what I referred

2    to as the playlets that you perform during the

3    Sabbat celebrations.

4  Q  The playlets act out a scene; is that what that

5    is?

6  A  During the Yule celebration it is convenient, and

7    we've been using it.  The new god is born, so

8    there would be the holding up of the god candle

9    and thanking the goddess for bringing the god

10   back to us in the coming year, and ceremonial

11   lighting of the god candle from the working

12   candle.

13 Q  What role do the tarot cards play?

14 A  Tarot cards are a form of divination that are

15   commonly used by Wiccan practitioners.  There's

16   many other forms of divination, just tarot seems

17   to be the most commonly used method.

18 Q  What do you mean divination?

19 A  Predicting the future, for want of a better word.

20 Q  So how would the tarot cards be used during the

21   Wiccan ceremonies?

22 A  Tarot cards are more commonly a personal tool as

WOOD COURT & CONFERENCE REPORTING

50

1  opposed to a group tool.  There is a group tarot

2  deck that's more of a training tool.  Tarot cards

3  are also something that's very personal to the

4  practitioner.  You build up your own personal

5  energy in the cards, and by letting someone else

6  handle the cards, letting somebody else go over

7  the cards, it basically destroys the energy you

8  put into them and starts infusing the other

9  person's energy in the deck, so there's a coven

10  deck, and that's for Wiccans here which is a

11  teaching deck.

12  Q   Do you have your own tarot card deck yourself?

13  A   No, I don't.

14  Q   Why is that?

15  A   Because my property never came down from Gardner

16      when I moved here, and I haven't been able to

17      afford the cost of a new deck.

18  Q   What do the decks cost?

19  A   Usually right around 20 to $25.00.  I believe

20      there is a new, approved playing card-size deck

21      available from the canteen corporation, but I

22      have not had a chance to see that yet.

WOOD COURT & CONFERENCE REPORTING

51

1    Q    Do you maintain a necklace or a medallion?

2    A    Yes, I do.

3    Q    What does that look like??

4    A    My particular one is a piece of soapstone

5         approximately two and a half inches long with a

6         pentagram carved at the bottom of it and with

7         runic writing on the back.

8    Q    Do you wear this all the time?

9    A    All the time except coming into the visiting

10        room.  They don't allow you to wear watches or

11        jewelry up here.

12   Q    Is there a specific purpose for wearing the

13        medallion?

14   A    Yeah, there is.  People consider the medallion a

15        form of protection, something to put your energy

16        into.  I know a lot of people that use it as a

17        form of a worry stone, just holding it basically

18        in the palm of their hand and rubbing their thumb

19        across the top of it.  It's nervous energy

20        release, in my opinion.

21   Q    Do you use prayer oils?

22   A    Yes.

WOOD COURT & CONFERENCE REPORTING

52

1    Q    Do you purchase them through the canteen?

2    A    Again, I haven't been able to purchase them here.

3         The director of treatment at Gardner purchased

4         all of the prayer oils that we used up there.

5    Q    So there's no corporate prayer oils?

6    A    No.  I've been told here in this facility that

7         they're not approved to be purchased by the DOC

8         for corporate use.

9    Q    But if you had the money, you could buy your own

10        prayer oil?

11   A    Yes.  If I had money, I could buy the oils that

12        they offer now, but the oils that they offer now

13        are -- they're not pure essential oils.  They're

14        a diluted essential oil, and I don't know what

15        they've been diluted with or who's diluted them

16        or what condition I'm getting them in, so I'd

17        probably choose to find another method to purify

18        and charge.

19   Q    So it would be prayer oils used for what purpose?

20   A    Prayer oils are used for dressing of the candle,

21        cleansing the room, purification ceremonies,

22        dedication ceremonies, initiations.


WOOD COURT & CONFERENCE REPORTING

53

1      Unfortunately, every scent of oil has its own use

2      or uses, and right now, we could get musk,

3      jasmine, frankensence, and rose, I believe, and

4      with the exception of frankensence, the other

5      three are all -- Wiccans would consider them as

6      candidates for love spells or to find a mate type

7      of thing.  Frankensence is the only thing that

8      can remotely be considered as a purification oil.

9   Q  So what do you do in lieu of the prayer oil?

10  A  There's usually salt and water.

11  Q  And the candles?

12  A  We don't have candles here, but for my necklace,

13     I cleanse and charge it frequently with salt and

14     water.

15  Q  Otherwise, you would use the prayer oil to charge

16     your necklace?

17  A  Yeah.  The prayer oil has -- the soapstone

18     necklace that I have absorbs the oils and, in my

19     opinion, stays charged longer than it does with

20     saltwater.

21  Q  Are the prayer oils ever used on your body?

22  A  Yeah.  We would put a cross on the forehead,

WOOD COURT & CONFERENCE REPORTING

54

1        usually a pentagram over the heart, the inside of

2        both of the wrists, and both the feet,

3        designating clear thought, clear heart, staying

4        on the path, and doing no harm.

5    Q   Now, is this done personally in one's cell or as

6        part of the group?

7    A   It can be done either way.

8    Q   Do other members of your coven at the Treatment

9        Center use prayer oil?

10   A   As far as I know, nobody's purchased the prayer

11       oils.

12   Q   You do have access to an altar bowl at your

13       services?

14   A   No.  If we wanted an altar bowl, we have to bring

15       something from the cell which is a direct

16       violation of MTC policy, this facility's policy.

17   Q   There's no bowl available in the storage area?

18   A   No.  I've requested it, and they haven't

19       purchased it.

20   Q   What does the altar bowl look like?

21   A   Altar bowls take many shapes and forms.  The ones

22       we had in Gardner were made out of like a white

WOOD COURT & CONFERENCE REPORTING

55

1    onyx.  Carved out of stone is the ones we had up

2    there.  Ceramics are fine, wood, animal horn.

3    Generally, you want your items on your altar to

4    be natural rather than manmade.  I believe now

5    they're now allowing a plastic bowl is what's

6    available here, I believe.

7    Q    What about an altar cloth?

8    A    Altar cloth, there is one available here.  It's

9    approximately probably 16 by 20.  It's a rather

10   small altar cloth.

11   Q    That's used in your services?

12   A    Yes.  You place it on the altar and place your

13   tools on top of that, your candles, your bowls,

14   your Book of Shadows, pentagram, that type of

15   thing, chalices.

16   Q    Has your Wiccan group ever had an altar bowl to

17   use?

18   A    In this facility, no.

19   Q    What are runes?

20   A    Runes are small pieces of -- well, runes would be

21   the elder.  It's an ancient form of writing.  I

22   might have it in here somewhere.  I don't know

WOOD COURT & CONFERENCE REPORTING

56

1    off the top of my head.  It's carved into

2    generally stone, bone, or some type of natural

3    material, wood.  It's used as another form of

4    divination similar to the tarot cards.

5    Q    How is it used?

6    A    The standard would be to take the circle that

7    goes around the outside of the pentacle on the

8    altar cloth, you take the runes in your hand, and

9    you think of a question, something you want

10   answered, you know, am I going to win the lottery

11   next month, let's say, and you hold the stones in

12   your cupped hands, and putting your energy and

13   your thought into the question, you drop them

14   over the circle.

15        It's said to be that the runes closer

16   to the center of the circle hold more power, and

17   the ones outside the circle, you ignore, so you

18   find what would be the center of the circle and

19   take the stones there, and if you're familiar

20   enough with the runes, you'd know what each rune

21   means.  I'm not.  I'm going to take a cheat sheet

22   out and look, and you say, okay, well, this one,

WOOD COURT & CONFERENCE REPORTING

57

1      this is a positive rune.  This one here shows new

2      things coming into your future.  This one shows

3      happiness, whatever the case may be.

4              You could take those three runes to

5      possibly mean that yes, you could be winning the

6      lottery next month.  You don't get definitive

7      yeses or nos with any kind of divination.

8   Q  Are the runes used individually or in a group?

9   A  It's an individual thing.  Any type of divinatory

10     tool that's used by a working practitioner is a

11     personal tool that you're putting your own energy

12     into, and it's generally not passed around.

13  Q  So do you have your own set of runes?

14  A  No.  I don't believe we're allowed to have -- I

15     think we're allowed to have them for corporate

16     use but not personal use.

17  Q  Are there corporate runes for your group?

18  A  Yes, there is a set of corporate runes.

19  Q  With a bag, cloth bag?

20  A  Yes.  A small cloth bag to keep them in, yes.

21  Q  What's the significance of the crow or raven

22     feathers?

WOOD COURT & CONFERENCE REPORTING

58

1   A    I have no idea who ordered those, and I couldn't

2        tell you.  I've never seen these before.  I can

3        only surmise from practice in the past that

4        they're used in the same manner as a besom, B-E-

5        S-O-M, which is a small broom that we use to

6        cleanse the area, ritual cleansing.  That's the

7        only thing I can think of.

8   Q    What's the magic circle??

9   A    Magic circle is something that's cast during

10       every meeting of Wiccans.  It's a protective

11       circle that the severe or blue energy that I

12       mentioned earlier.  It's just a circle of

13       protection, severe protection, you cast around

14       the group during any meetings.

15  Q    So it's not any physical item?

16  A    It's commonly believed in Wiccan or magic

17       ceremony that being able to see something

18       physically helps you to visualize it, so seeing

19       this black circle around the outside of the

20       group, it gives people a focal point, something

21       just to focus on to fix your sphere of blue

22       energy around the entire coven.  It's been my

WOOD COURT & CONFERENCE REPORTING

59

1      experience that as a coven matures, as the

2      practitioners mature, we don't need the physical

3      representation of the circle to be able to

4      visualize the sphere of energy around you.

5   Q   Does your group have a physical piece of fabric

6      or whatever that signifies the black circle?

7   A   They do have a magic circle that was drawn on a

8      bed sheet with a Magic Marker.  Unfortunately,

9      the  circle that the sheet will accommodate is

10      too small to accommodate the people that use it,

11      so it's there, but you can't get an entire coven

12      inside to make any kind of magic.

13   Q   The significance of a brass bell?

14   A   Brass bell is generally used, depending on

15      tradition, to signal the beginning or the end of

16      the Espat working.  Once you invoked the god and

17      goddess in the four corners, you ring the bell

18      three times generally to indicate the starting of

19      whatever energy-raising technique you're using.

20   Q   Do you have a brass bell at your disposal?

21   A   They've got little one-inch tall very tinny-

22      sounding things that they have made available to

WOOD COURT & CONFERENCE REPORTING

60

1          `us, yes.

2     Q    What's a worry stone?

3     A    The worry stone is a small pretty much egg-shaped

4          thin piece of stone.  It usually has an

5          indentation in the top of it where a person will

6          rub their thumb across it in the same manner as

7          some people do with their necklaces, just a place

8          to put energy or to put your worry or frustration

9          into, so a lot of people keep them in their

10         pockets and will use them, like I said, as a

11         focal point to store your worries and

12         frustrations.

13    Q    Now, is that a corporate item?

14    A    It's generally personal, but it's been listed by

15         the DOC as a corporate worship item.

16    Q    Do you have those worry stones as part of your

17         equipment?

18    A    Corporate-issued, yes, there is a bag of them in

19         the footlocker.  As far as I know, they've never

20         been used.

21    Q    How do the worry stones differ from the runes?

22    A    The runes are a divinatory tool.  The worry stone

WOOD COURT & CONFERENCE REPORTING

61

1    is, for want of a better word, a focal point,

2    something to put your worries and frustrations

3    into, something to do with your hands when you're

4    nervous.

5    Q    Does your group have a variety of meditation

6         tapes available to them?

7    A    There are a variety of tapes, yes.

8    Q    Do you know how many tapes there are?

9    A    Best estimate, I would say in the neighborhood of

10        a dozen.

11   Q    What about the candles?  Are the candles only if

12        you have a volunteer; is that how it works?

13   A    I believe that's the newest addition to the

14        approved items list, yeah.  They haven't ordered

15        any for us because we don't have an outside

16        volunteer, although in Gardner, we didn't have an

17        outside volunteer, and we were able to have

18        candles and lit candles during all of our

19        ceremonies and magic workings.

20   Q    A wand, do you have a wand available?

21   A    It's been requested, and it's never been

22        answered.


                    WOOD COURT & CONFERENCE REPORTING

62

1          MR. McFARLAND:  I'd like this marked as

2     Exhibit 1.

3               (Whereupon the Wicca Handbook was

4               Marked Exhibit No. 1.)

5  Q   Do you recognize this document?

6  A   Yes.

7  Q   Where does it come from?

8  A   This comes from the religious service handbook.

9  Q   What does the bottom of it say?  Would you read

10     the bottom?

11 A   Handbook amended February 2005.

12          MR. McFARLAND:  This will be Exhibit 2.

13               (Whereupon the Letter dated 4/9/04

14               was Marked Exhibit No. 2.)

15 Q   I show you what's been marked as Exhibit 2 for

16     this deposition.  Do you recognize this document?

17 A   This would be a letter I wrote to the acting

18     director of treatment on April 9, 2004, a request

19     for religious educational tapes, videos, and

20     books.

21 Q   Have any of those tapes on that list since come

22     your way and been provided to the Wiccan group?

WOOD COURT & CONFERENCE REPORTING