63

1  A    The meditation course has been provided for us
2       under meditation tapes.  Under religious videos,
3       Reality of Magic, Herb Magic, Druidism for the
4       New Age, and Pagan Wiccan Path have been
5       provided.  Under religious magazines, nothing has
6       been provided.  Page 2, religious cassettes, the
7       Astral Projection Series has been provided.
8       Opening to a Higher Consciousness has been
9       provided.  Past Life Regression has been
10      provided.
11           Under the books, The Sabbats has been
12      provided, Wiccan Beliefs and Practices has been
13      provided, and Astrology for Beginners has been
14      provided.  Religious posters, all requests were
15      provided, all six of them.
16 Q    Would you mark with a checkmark the ones that you
17      said had been provided?
18 A    (Witness complies.)
19 Q    This was your list that you created and sent to
20      John Novero?
21 A    Correct.
22           MR. McFARLAND:  I'd like to have this

WOOD COURT & CONFERENCE REPORTING

1        marked as Exhibit 3.
2                   (Whereupon the Purchase Request
3                   dated May 7, 2004 was Marked
4                   Exhibit No. 3.)
5    Q   I show you what's been marked as Exhibit 3.  Tell
6        me if you recognize the document at all.
7    A   Yeah.  This is the purchase request from this
8        facility, May 7, 2004.
9    Q   There's a list of a number of items in that
10       document?
11   A   Yes, there is.
12   Q   Have any of those been purchased on behalf of the
13       Wiccan group, that you know of?
14   A   Everything on the list has been purchased.
15   Q   If you could just read off the items that were
16       purchased.
17   A   Okay.  One altar cloth, 18 inches; 12 crow
18       feathers; two brass bells; four worry stones; one
19       Book of Shadows; one CD, Astral Projection
20       Series; one CD, Qabala Meditation Series; one CD,
21       Meditation Course; one CD, Alchemy, A-L-C-H-E-M-
22       y; and one tarot cards, complete tarot kit.

WOOD COURT & CONFERENCE REPORTING

```
                                                              65
 1    Q    Thank you.
 2              MR. McFARLAND:  I'd like to have this
 3    two-page document marked as Exhibit 4, please.
 4              (Whereupon the Purchase Request
 5               dated November 1, 2004 was Marked
 6               Exhibit No. 4.)
 7    Q    I'm showing you what's been marked as Exhibit 4
 8    for your review.
 9    A    Okay.
10    Q    Do you recognize that document?
11    A    Yes.  This is a request to purchase supplies and
12    services dated November 1, 2004.
13    Q    What is listed in that document?
14    A    One video, Discovering Witchcraft Mysteries; one
15    video, Discovering Witchcraft Journeys; one
16    video, Reality of Magic; one video, Pagan Wiccan
17    Path; one video, Modern Witchcraft; one video,
18    Making Initiation Tools; one video, Speak of the
19    Devil; one video, Herb Magic; one video,
20    Meditation and Astral Travel; and one video,
21    Druidism for the New Age.
22    Q    Were those items ever purchased on behalf of the
```

WOOD COURT & CONFERENCE REPORTING

66

1          Wiccan group?
2     A    Discovering Witchcraft Mysteries was not;
3          Discovering Witchcraft was not; Making Initiation
4          Tools was not; Speak of the Devil was not;
5          Meditation and Astral Travel was.  The remaining
6          were, yes.
7     Q    Why don't you mark the ones that were provided
8          and purchased on behalf of your Wiccan group.
9     A    (Witness complies.)
10    Q    Now, with regard to Discovering Witchcraft
11         Mysteries listed on Exhibit 4, is that a
12         videotape or a book?
13    A    I believe it's a videotape.  I believe the entire
14         list is videotapes.
15    Q    Are these videotapes more important than the
16         other videotapes?
17    A    Those videotapes are available through the, at
18         the time, approved vendor, Azure Green.
19    Q    Will you renew your request for certain
20         videotapes in the future, or how does that work?
21    A    As far as I'm aware now, according to the
22         director of treatment, the Department of

WOOD COURT & CONFERENCE REPORTING

67

1        Corrections no longer purchases educational
2        books, videos, or other materials for religious
3        groups.  Therefore, I will not be renewing my
4        requests for any other materials.
5             MR. McFARLAND:  I'd like to have this
6        marked as Exhibit 5, please.
7                  (Whereupon the Letter dated
8                  1/18/05 was Marked Exhibit No. 5.)
9   Q    I show you what's been marked as Exhibit 5, Mr.
10       Stevens.  Do you recognize that document?
11  A    Yes.
12  Q    What is the document?
13  A    A request for items requested January 18, 2005.
14  Q    What do the lines mean across some of the items?
15  A    The lines across the items are the items that
16       have been provided from the previous -- I don't
17       remember the date -- the previous request form.
18       There is another copy of this had been sent in
19       previously.  The crossed-out items are the ones
20       that the DOC has purchased.
21  Q    So all the items that are crossed off on this,
22       Modern Witchcraft and Astrology for Beginners,

```
                                                              68
```

1              Sabbats --
2    A    Listed on this one here, the Sabbats is the book,
3         if I'm not mistaken.
4    Q    These are all crossed off; they've been provided
5         here?
6    A    That particular purchase order covers a few of
7         the items, yes.
8    Q    Now, are any of these items on different purchase
9         orders, that you're aware of?
10   A    I would assume so.  If they've been purchased, it
11        has to be on a purchase order somewhere.
12   Q    It looks like on this document on Number 5 that
13        there were a number of posters that were
14        purchased.
15   A    Correct.
16   Q    It looks like a total of 17 posters; is that fair
17        to say?
18   A    Seventeen, correct.
19   Q    What's the purpose of having posters?
20   A    The posters are 8 ½ by 11 basically educational
21        tools that are the Pagan Year.  It lists the
22        eight Sabbats and the dates that they have them.

                    WOOD COURT & CONFERENCE REPORTING

```
                                                          69
 1      The Dark God is basically a plea to the god for
 2      assistance.  The pentagram shows various
 3      different pentagrams and their meaning.  The
 4      Wiccan Read is the main belief for Wiccans.
 5              Healing Herbs is self-explanatory.  The
 6      Chakras are the energy points.  Green Man is
 7      various historical representations of the pagan
 8      god.  Goddess Charge is a plea to the goddess
 9      similar to The Dark God.  Hex Signs are historic
10      representations.  Kitchen witch is a name that
11      you'd probably use.
12              The Evil Eye Action, you know, keep
13      people away, that type of thing.  Celtic Trees
14      are the 12 trees that are important to the Celts.
15      Moon Goddess is another plea to the goddess.
16      Long version of the Wiccan Read is one that shows
17      the meaning of each of the different runes, and
18      The Witches Alphabet, along those lines.
19      Talisman Pentacle is just the representation of
20      the pentacle for doing the rune magic on.
21   Q  Now, are these stored in the Wiccan footlocker?
22   A  That's correct.
```

```
                                                              70
 1    Q    Are they used in your services at all?
 2    A    I have asked to have them mounted on the walls
 3         for the guys to look at or, in the alternative,
 4         have them copied, and neither has been done.
 5    Q    Do you share the space that you use for your
 6         ceremonies with other groups?
 7    A    The therapy room, to my knowledge, is used by the
 8         Catholics, by Christian prayer.  I think there's
 9         another group that may use that.  I'm not sure
10         what it is.
11    Q    Typically, how many Wiccans are present for any
12         of the weekly ceremonies?
13    A    The number varies because of the changing
14         population here, as few as two, as many as eight
15         or ten.
16    Q    How often do you think you reach eight or ten
17         people at a meeting in the past two years?
18    A    The past two years, half a dozen times, maybe.
19    Q    The rest are from two to four up to six?
20    A    Two, four, six, yeah.
21    Q    I'll show you this document and see if you
22         recognize that?
```

WOOD COURT & CONFERENCE REPORTING

73

1   daily meditations.
2   Q   Otherwise, you do your meditation in your cell?
3   A   I personally do. A lot of people that haven't
4       been practicing for any length of time have
5       difficulty meditating individually. There's too
6       many distractions around them, cell mates, things
7       of that nature, and they find it easier in group
8       meditation to focus on one central object in the
9       group. It just seems to facilitate the
10      meditation process.
11          MR. McFARLAND: I'd like to have this
12      marked as Exhibit 6.
13          (Whereupon the Schedule was Marked
14          Exhibit No. 6.)
15  Q   Is the B corridor where they have the chapel?
16  A   Yes.
17  Q   Do you know if this schedule reflects the current
18      schedule for B corridor for different groups?
19  A   I have no knowledge what goes on in the B
20      corridor or therapy room. It says Wiccans on
21      Friday, but again, I have no -- let's see.
22      Monday and Friday mornings. We don't have access

WOOD COURT & CONFERENCE REPORTING

Case 1:04-cv-11938-JLT   Document 37-11   Filed 08/30/2006   Page 10 of 11

85

```
 1         the state.
 2   Q     There's no conflict between your being a minister
 3         in the Universal Life Church and your role as a
 4         Wiccan?
 5   A     I explained to them my religious affiliations,
 6         and their response basically was it's all
 7         different paths to the same thing, creator of
 8         life on earth, and they have no problem with it,
 9         and even offered to change it to giving me
10         credentials as high priest, to change this
11         particular line.  I found no need to take that
12         extra step.  I'm comfortable with the credentials
13         of the ministry.
14   Q     In your complaint, you mentioned that there were
15         a number of occasions in which your Wiccan civil
16         group was not provided with cake and juice for a
17         variety of services; is that fair to say?
18   A     Yes.
19   Q     How long did this period take place?
20   A     On and off probably for the first six months that
21         I was here.
22   Q     What is your understanding as to the reasons why?
```

WOOD COURT & CONFERENCE REPORTING

```
                                                              86
 1    A    Lack of communication.  I would provide the
 2         information to the director of treatment or the
 3         recreational officer in charge, and it was not
 4         being passed on to the warehouse to send in the
 5         extra pan of cake or whatever it was.
 6    Q    Has this problem been resolved?
 7    A    Yes.
 8    Q    When was it resolved?
 9    A    Probably a year ago.  We got everybody on the
10         same page.  The director of treatment has started
11         a policy where we notify him, he notifies them,
12         and then he gets back to us saying that
13         everybody's been notified.
14    Q    You mentioned a meeting between yourself and John
15         Novero?
16    A    Yes.
17    Q    And Mr. Howland, right?
18    A    Yes.
19    Q    What was that meeting about?
20    A    At the time, Mr. Novero was the acting director
21         of treatment, and Mr. Howland is the liaison or
22         the coordinator for inmate-run religious programs
```