**EXHIBIT 7**

COMMONWEALTH OF MASSACHUSETTS

DEPARTMENT OF CORRECTION

103 DOC 400

INMATE MANAGEMENT

TABLE OF CONTENTS

| | | |
|---|---|---|
| 400.01 | Staff/Inmate Communication | 2 |
| 400.02 | Inmates Notified of the Rules | 3 |
| 400.03 | Personal Expression | 4 |
| 400.04 | Program Access | 5 |
| 400.05 | Work Assignments Required | 5 |
| 400.06 | No Inmate(s) Control Over Other Inmate(s) | 5 |
| 400.07 | Inmate Protection | 6 |
| 400.08 | Adjudicated Youth and Status Offenders | 6 |

Attachment I Notification of Rules' Cover Sheet ............ 7

EXHIBIT 7

| MASSACHUSETTS DEPARTMENT OF CORRECTION | DIVISION: PDCU |
|---|---|
| TITLE: INMATE MANAGEMENT | NUMBER: 103 DOC 400 |

**PURPOSE:** To establish departmental policy regarding basic inmate management within a correctional institution.

**REFERENCES:**  M.G.L. Chapter 124 section 1, (c) and (q).
M.G.L. Chapter 120 section 10.

**APPLICABILITY:** Staff/Inmates    **PUBLIC ACCESS:**    Yes

**LOCATION:** DOC central policy file
Facility/superintendent's policy file
Inmate Law Library

**RESPONSIBLE STAFF FOR IMPLEMENTATION AND MONITORING OF POLICY:**

-Director of the Policy Development and Compliance Unit
-Superintendents

**EFFECTIVE DATE:** 11/17/2005

**CANCELLATION:** This policy cancels all previous department policy statements, bulletins, directives, orders, notices, rules and regulations regarding planning which are inconsistent with this policy.

**SEVERABILITY CLAUSE:**    If any part of this policy is for any reason held to be in excess of the authority of the Commissioner, such decision will not affect any other part of this policy.

October 2005                                                     400 - 1

400.01   **Staff/Inmate Communication**

1. Each superintendent shall establish a system of communication between staff and inmates, which ensures that inmates have personal contact and interaction with staff. This system shall include, adherence to departmental policies and development of procedures, as required, in the following areas:

    (a) classification;
    (b) grievances;
    (c) emergencies;
    (d) inmates shall be informed in a timely manner of the verifiable death or critical illness of an immediate family member and shall be informed of the process to request an emergency furlough. In cases where a verifiable death of an immediate family member occurs, staff shall update the IMS family/emergency contact screen to reflect the fact that the relative is now deceased.
    (e) other areas as deemed appropriate by the superintendent.

2. The superintendent shall also ensure that communication between staff and inmates remain courteous and professional. During the normal performance of one's duties, it is acknowledged that staff have reason to interact with inmates on a one to one basis. However, the practice of staff bringing an inmate to a private area, e.g., isolated room, office, etc., for the purpose of an "attitude adjustment", also known as a "counseling session" is strictly forbidden. The Department will not tolerate this type of unprofessional behavior from any employee and will pursue disciplinary action against any staff person who engages in such conduct.

3. Inmates shall not be subjected to discriminatory treatment on the basis of race, color, national origin, age, sex, handicap, or religion.

4. Retaliation or harassment of any kind against inmates for exercising their rights, filing a grievance, or otherwise lodging a complaint will

        not be tolerated and is strictly prohibited. Retaliation or harassment is any formal or informal action or threat of action that could include, but is not limited to, abuse, violation of civil rights, intimidation, unnecessary discipline, unjustified adverse classification action, transfer or placement, and unwarranted denial or limitation of access to privileges, programs or services.

**400.02**    <u>**Inmates Notified of the Rules**</u>

1. The first Department of Correction institution at which an inmate is incarcerated shall:

    (a) Provide each new inmate a copy of 103 CMR 430 - Disciplinary Proceedings, which the inmate may keep if he/she so chooses. The inmate shall read, sign and date a cover sheet indicating that he/she has read the rules. If the inmate refuses to read and/or sign for the rules, the staff member providing the inmate with the copy shall indicate such refusal on the cover sheet. This cover sheet shall be kept in the inmate's institutional folder (see 103 DOC 400, Attachment I).

    (b) Provide each new inmate a copy of the institutional rules, which the inmate may keep if he/she so chooses. The steps for indicating the inmate's receiving, reading, or refusal to receive and read the institutional rules shall be the same as those procedures specified in 400.02 (1) (a).

2. At each subsequent institution to which an inmate is transferred, including return to higher custody, the institution shall provide the inmate a copy of the institution rules, and follow the procedures indicated in 400.02 (1) (b).

3. Where a language problem may prevent an inmate from understanding institutional rules, or 103 CMR 430 - Disciplinary Proceedings, assistance shall be provided to the inmate from the

    telephonic interpreter service in accordance with 103 DOC 488. Where a literacy problem may prevent an inmate from understanding institutional rules, or 103 CMR 430, Disciplinary Proceedings assistance shall be provided to the inmate by a staff member so designated by the superintendent.

  4. Institutions shall conspicuously post, in at least one (1) location, both the institution rules and 103 CMR 430 - Disciplinary Proceedings.

**400.03** **Personal Expression**

  1. Inmates may be permitted certain choices in personal grooming, as long as their appearance does not conflict with the institution's requirements for safety, security, identification and hygiene.

  2. Each superintendent shall develop room/cell decorum standards that include the following provisions:

    (a) Inmates may be permitted to decorate their cells and/or sleeping quarters as long as their decorations do not conflict with the institution's requirements for safety, security, identification and hygiene. Decorations shall be displayed in a manner that does not prohibit or delay the effective search of the room or living quarters. The Superintendent may limit the size and number of items, as well as the location to display them.

    (b) Providing they comply with 103 DOC 400.03 2.c the items that shall be permitted include, but are not limited to:

      1. Photographs
      2. Cards
      3. Magazine/newspaper pictures and articles
      4. Drawings
      5. Calendars

        (c)    The following items are not permitted to be displayed:

            1.    Anything that is prohibited by 103 CMR 481 Inmate Mail
            2.    Semi-nude, scantily clad, and/or sexually suggestive material
            3.    Material that can be considered offensive or otherwise discriminatory in the workplace.
            4.    Material that is deemed to be divisive between groups or individuals
            5.    Material that supports or promotes any violation of the 103 CMR 430 Disciplinary Proceedings

**400.04**    **Program Access**

1. All program access, work assignments, and administrative decisions shall be made without regard to inmate's race, religion, national origin, sex, handicap or political views.

2. In co-educational institutions male and female inmates shall have equal access to all programs and activities, but separate sleeping quarters.

**400.05**    **Work Assignments Required**

1. Inmates are required to accept and perform all work assignments to which they are assigned, provided that they are medically able and the assignment does not pose an unreasonable occupational or safety hazard.

2. All inmates shall have the choice to refuse to participate in any other institution programs which shall normally be optional, other than work assignments.

**400.06**    **No Inmate(s) Control Over Other Inmate(s)**

No inmate or group of inmates shall be in a position of control or authority over any other incarcerated person(s).

**400.07**     **Inmate Protection**

Each superintendent shall ensure adherence to departmental policies and the development of procedures, as required. The procedures shall ensure that every effort is made to protect inmates from mental and personal abuse, corporal or unusual punishment, personal injury, disease, property damage, humiliation, harassment or punitive interference with the daily functions of living, such as eating or sleeping.

**400.08**     **Adjudicated Youth and Status Offenders**

Adjudicated delinquent offenders and youths charged with offenses that would not be crimes if committed by adults do not reside in DOC facilities in accordance with M.G.L. chapter 120, section 10.

**ATTACHMENT I**

**<u>NOTIFICATION OF RULES' COVER SHEET</u>**

I,_____, have received and read:

   (1)   103 CMR 430, Disciplinary Proceedings
           (Applies to first DOC Institution);

   (2)   _____ rules for inmates.
           (Write or type institution name)

 

                                      Inmate's Signature

                                      Date

---

Inmate
      (Inmate's Name)
refuses to accept and/or read the above noted items.

                                      Officer's Signature

                                      Date

cc:   Inmate's Institutional Folder

October 2005                                      400 - 7