## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WILLIAM STEVENS,**

       **Plaintiff,**

    **v.**                                     **C.A. No. 04-11938-JLT**

**ROBERT HOWLAND, et al.,**

       **Defendants.**

### DEFENDANTS' MOTION FOR LEAVE TO FILE A
### MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES

Defendants, through counsel, pursuant to Local Rule 7.1(B)(4) hereby move for leave to file a memorandum of law in support of their corss-motion for summary judgment in excess of twenty pages, as follows:

1.    The issues raised in this action are numerous and complex and require a thorough analysis.  The complaint alleges that the plaintiff's free exercise of religion has been violated by the defendant prison administrators and raises counts under state and federal statutes, state and federal Constitutions, as well as Department of Correction regulations.  Defendants maintain that plaintiff is not entitled to declaratory or injunctive relief and that they are entitled to qualified immunity to plaintiff's claims of a violation of his right to the free exercise of religion under the State and Federal Constitutions, the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. 2000cc, and state statutes.

2.    The defendants request leave to file a memorandum of law in support of their cross-motion for summary judgment not to exceed twenty-nine pages.

WHEREFORE, defendants respectfully request leave to file a memorandum of law in excess of twenty pages.

Dated: August 30, 2006                    Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General


                                          /s/ Richard C. McFarland
                                          Richard C. McFarland   BBO# 542278
                                          Legal Division
                                          Department of Correction
                                           70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300,  Ext. 132


**CERTIFICATE OF SERVICE**

I, Richard C. McFarland, counsel for Defendants, hereby certify that on this 30th day of August, 2006, I served a copy of Defendants' Motion For Leave To File a Memorandum of Law in Excess of Twenty Pages upon *pro se* plaintiff, William Stevens, by first class mail, postage prepaid, to his address: Massachusetts Treatment Center, 30 Administration Rd., Bridgewater, MA  02324.

                                          /s/ Richard C. McFarland
                                          Richard C. McFarland