UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

WILLIAM G. STEVENS,
        PLAINTIFF,

V.                                          CIVIL ACTION NO.
                                            04-11938-JLT

ROBERT HOWLAND, et al.,
        DEFENDANT.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Now comes Pro Se Plaintiff, Willaim G. Stevens, and hereby

moves this Honorable Court to enlarge the time for responding to

Defendants' Cross-Motion for Summary Judgement up to and including

October 27, 2006.

The additional time requested is due to the limited access

Plaintiff has to the prison law library. Further Plaintiff, on

September 25, 2006, was ordered Committed to the Nemansket

Correctional Center for a period of up to his natural life

pursuant to Capter 132A of the General Laws.

**WHEREFORE,** Plaintiff respectfully requests that this motion

be GRANTED.

                          Respectfully submitted,
                          William G. Stevens, Plaintiff

Dated: 9-30-06

                          William G. Stevens, Pro Se
                          Nemansket Correctional Center
                          30 Administration Road
                          Bridgewater, MA 02324

### CERTIFICATE OF SERVICE

I hereby certify that I did, on this date, cause a true copy
of the foregoing to be served upon counsel of record for the
defendants by Inter-Institutional mail.

Dated: 9-30-06

                          William G. Stevens, Pro Se