UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER
04-11938

WILLIAM G. STEVENS,
    Plaintiff,

v.

ROBERT HOWLAND, et al.,
    Defendants.

### PLAINTIFF'S MOTION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

Now comes the pro se Plaintiff, William G. Stevens, and moves this Honorable Court to allow him to file a Memorandum In Opposition to the Defendants Cross-Motion for Summary Judgement, in excess of twenty pages permitted pursuant to L.R. 7.1 (B)(4).

As grounds therefore, the plaintiff states that the defendants filed a 29 page memorandum in support of their motion which the plaintiff had to rebut. As such, it is in the interest of justice to allow the plaintiff to file a memorandum not to exceed 26 pages in order to fully respond to the defendants' Motion/Memorandum.

**WHEREFORE**, the plaintiff respectfully requests that this Honorable Court allow this Motion.

Dated: October 25, 2006

Respectfully submitted,
William G. Stevens, Plaintiff

William G. Stevens, Pro Se
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that I caused a copy of the above document to be served upon the Attorney of record for the defendants by Intra-Institutional mail.

DATED: October 2**6**, 2006

_____
William G. Stevens