# Massachusetts Treatment Center
# Memorandum

EXHIBIT
1

TO: All Inmates and Residents

FROM: Joseph Murphy, Deputy Superintendent of Classification & Treatment

DATE: October 3, 2006

SUBJECT: **New Movement Period**

Effective October 10, 2006 we will implement a new schedule and times for meal periods and general movements.

The new schedule will increase the amount of program time Monday - Friday. The Population scheduled for the next general movement will be fed first for each meal period.

The meal period schedule is as follows:

| MEALS | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **Morning** | Inmates | Residents | Inmates | Residents | Inmates |
| **Noon** | Residents | Inmates | Residents | Inmates | Residents |
| **Evening** | Residents | Inmates | Residents | Inmates | Residents |

By implementing the above schedule for meal periods it will provide for an 8:00 AM movement to the Learning Center woodshop, library, industries and also a 1:00 PM movement to the Learning Center, woodshop, library, industries.

I have attached the revised movement schedule.

JM/gm

Cc: R. Murphy, Superintendent
    S. Fairley, DOS
    M. Thomas, Dir. Of Classification
    Captains
    Corridor Lt.
    File

G: usr\gmiranda\word\jmcorrespond\06-266

## MASSACHUSETTS TREATMENT CENTER
## MOVEMENT SCHEDULE
## MONDAY/WEDNESDAY/FRIDAY

**State inmate** general (use of building in the **AM**) movement shall began at 8:00 am on Monday, Wednesday and Friday. The movement shall last for ten (10) minutes. There shall be a ten (10) movement every hour thereafter. The 11:10 am movement shall be a movement back to their housing unit only in accordance with the following schedule:

**Civil** movement (use of Gym/yard in the **AM**) shall begin at 8:40 am on Monday, Wednesday and Friday. There shall be a ten (10) movement every hour thereafter. The 11:00 am movement shall be a movement back to their housing unit only in accordance with the following schedule:

| Time | Activity |
|---|---|
| 7:00 am | Major Count |
| *7:10 am* | *Civil insulin in HSU* |
| *7:10 am* | *State inmate insulin in North I conference room* |
| 7:15 am | State inmates (Handicaps only) for meals only |
| 7:18 am | State inmates (Diets only) and Medication line |
| 7:20 am | State inmates called by units to Breakfast Meal and medication line |
| 8:00 am-8:10 am | State inmate movement to learning center, library, wood shop and Industries |
| 8:11 am | Civil Handicaps only for morning meal<br>Medication line for Delta/ Charlie Resident only<br><br>**NOTE**: Delta/Charlie residents must report to med line first before being allowed into the IDR line |
| 8:13 am | Civil Diets only for morning meal |
| 8:14 am | Civil called by units D, C, B, A, to morning meal and medication line<br>(Bravo and Alpha must report to med line first before being allowed into the IDR line |
| 8:45 am | IDR closed for Civil feeding |
| 8:49 am-8:59 am | Civil movement to Gym and Yard |
| 9:00 am-9:10 am | State inmate movement to and from learning center, library, wood shop and Industries and HSU medical appointments |
| 9:30 am-9:40 am | State inmate movement to and from the learning center, library, wood shop |
| 9:45 am-9:55 am | Civil Movement to and from the Gym and Yard |
| 10:00 am-10:10 am | State inmate movement from the learning center, library, wood shop and Industries |
| 10:10 am-10:20 am | KOP movement for Civil only (After this movement No Civil shall be allowed into the KOP line) |

| Time | Activity |
|---|---|
| 11:00 am | Civil movement from Gym and Yard (Gym/ Yard closed) |
| 11:10 am | State inmate movement from learning center, library and wood shop back to their unit only |
| 11:30 am | Major Count |
| 12:00 p.m. | Civil Handicaps only for noon meal<br>Medication line for Delta/ Charlie Resident only |

**NOTE:** Delta/Charlie residents must report to med line first before being allowed into the IDR line

| Time | Activity |
|---|---|
| 12:03 pm | Civil Diets only for noon meal |
| 12:06 pm | Civil called by units D, C, B, A, to evening meal and medication line (Bravo and Alpha must report to med line first before being allowed into the IDR line |
| 12:36 pm-<br>12:46 pm | Civil movement for the learning center, library, wood shop and Industries |
| 12:47 pm | State inmate Handicaps (noon meal) and Medication line only |

**NOTE:** Inmates for Med line must report to the HSU first before being allowed into the IDR line

| Time | Activity |
|---|---|
| 12:49 pm | State inmates Diets only for noon meal |
| 12:52 pm | State inmates called by units to noon meal |
| 1:25 pm | IDR closed for State inmates |

***RUN BOTH CIVIL AND STATE INMATE MOVEMENT SIMULTANEOUSLY***

| Time | Activity |
|---|---|
| 1:30 pm-<br>1:40 pm | State inmate movement to Gym and Yard<br>*(Movement to Gym or Yard for State inmates shall be via the rear access door to the gym and the outer access gate to the yard. (No inmate movement shall be from the corridor.)* |

1:30 pm-    Civil movement to and from HSU (for medical appointment only) to and 1:40 pm from  learning center, library, wood shop and Industries.

***RUN BOTH CIVIL AND STATE INMATE MOVEMENT SIMULTANEOUSLY***

| Time | Activity |
|---|---|
| 2:30 pm-<br>2:40 pm | State inmate movement to and from the Gym and Yard, Civil movement to and from learning center, library, wood shop and industires.<br>*(Movement to Gym or Yard for State inmates shall be via the rear access door to the gym and the outer access gate to the yard. (No inmate movement shall be from the corridor.)* |
| 2:30 pm-<br>2:40 pm | Civil movement from the HSU only all appointment must end at this time (expect emergency, mental health request) |
| 3:50 pm | Civil movement from the learning center, library, wood shop and industries. **(closed)** |
| 3:50 pm | State inmate movement from Gym and Yard only. **(Closed)** |

| Time | Activity |
|---|---|
| 4:30 pm | Major Count |
| 5:15 pm | Civil Handicaps only for evening meal<br>Medication line for Delta/ Charlie Resident only |

   **NOTE**: Delta/Charlie residents must report to med line first before being allowed into the IDR line

| | |
|---|---|
| 5:18 pm | Civil Diets only for evening meal |
| 5:21 pm | Civil called by units D, C, B, A, to evening meal and medication line<br>(Bravo and Alpha must report to med line first before being allowed into the IDR line |
| 5:51 pm | IDR Closed for Civil |
| 5:53 pm | State inmate Handicaps (evening meal) and Medication line only |

   **NOTE**: Inmates for Med line must report to the HSU first before being allowed into the IDR line

| | |
|---|---|
| 5:56 pm | State inmates Diets only for evening meal |
| 6:11 pm | State inmates called by units to evening Meal |
| 6:41 pm | IDR closed for State inmates |
| 6:45 pm – 6:55 pm | State inmate movement to Gym or yard. (*Seasonal evening yard shall be open during daylight hours only and weather permitting.*) |

   *Gym or Yard for State inmates shall consist of hourly movements to and from the Gym or yard via the rear access door to the gym and the outer access gate to the yard/.*

| | |
|---|---|
| 6:45 pm – 6:55 pm | Civil movement to Program areas and library.(No movement shall be allowed to areas until the Volunteer or Staff person is on site) |
| 6:50 pm – 7:00 pm | KOP and HSU medical appointments for State inmates (After this movement No State inmate shall be allowed into the KOP line) |
| 7:30 pm – 7:40 pm | Civil movement to Program Areas and library. (No movement shall be allowed to areas until the Volunteer or Staff person is on site)<br>State inmate movement to Gym or yard. |
| 7:40 pm<br>7:50 pm | State inmate movement to HSU for medical appointments. This shall be the last movement for medical appointments. |
| 8:20 pm – 8:30 pm | Civil movement back to their housing units only. All Program Areas and library closed for evening.<br>State inmate movement from Gym to units. |
| 8:30 pm | State inmate in HSU movement back to their units. |

   *No Civil or Inmate movements after 9:00 pm*

   **NOTE**: *Movement to and From the Visiting Room shall be an Open movement at all times. Officers shall arrange for an escort when needed*

## MASSACHUSETTS TREATMENT CENTER

### MOVEMENT SCHEDULE

### TUESDAYS AND THURSDAYS

*Civil* general (use of building in the *AM*) movement shall began at 8:00 am on TUESDAY AND THURSDAY. The movement shall last for ten (10) minutes. There shall be a ten (10) movement every hour thereafter. The 11:10 am movement shall be a movement back to their housing unit only in accordance with the following schedule:

*State inmate* movement (use of Gym/yard in the *AM*) shall begin at 8:40 am on TUESDAY AND THURSDAY. There shall be a ten (10) movement every hour thereafter. The 11:00 am movement shall be a movement back to their housing unit only in accordance with the following schedule:

7:00 am      Major Count

7:10 am      Civil insulin in HSU
*7:30 am      State inmate insulin in North I conference room*

7:15 am      Civil Handicaps only for morning meal
             Medication line for Delta/ Charlie Resident only

             **NOTE**: Delta/Charlie residents must report to med line first before being allowed into the IDR line

7:18 am      Civil Diets only for morning meal

7:20 am      Civil called by units D, C, B, A, to morning meal and medication line
             (Bravo and Alpha must report to med line first before being allowed into the IDR line

7:55 am      IDR closed for Civil

8:00 am-     Civil movement to learning center, library, wood shop and Industries
8:10 am

8:11 am      State inmates Handicaps (morning meal) and Medication line only

             **NOTE**: Inmates for Med line must report to the HSU first before being allowed into the IDR line

8:13 am      State inmates Diets only for morning meal

8:16 am      State inmates called by units to morning meal

8:50 am      IDR closed

**RUN BOTH CIVIL AND STATE INMATE MOVEMENT SIMULTANEOUSLY**

| | |
|---|---|
| 9:00 am - 9:10 am | State inmates movement to Gym and Yard<br>*(Movement to Gym or Yard for State inmates shall be via the rear access door to the gym and the outer access gate to the yard. (No inmate movement shall be from the corridor.)* |
| 9:00 am - 9:10 am | Civil movement to HSU (for medical appointment only) to and from learning center, library, wood shop and Industries |
| 9:30 am | Civil movement to and from the learning center, library, wood shop, and industries |

**RUN BOTH CIVIL AND STATE INMATE MOVEMENT SIMULTANEOUSLY**

| | |
|---|---|
| 10:00 am - 10:10 am | State inmates movement to and from the Gym and Yard<br>*(Movement to Gym or Yard for State inmates shall be via the rear access door to the gym and the outer access gate to the yard. (No inmate movement shall be from the corridor.)* |
| 10:00 am - 10:10 am | Civil movement to HSU (for medical appointment only) and from the learning center, library, wood shop and Industries |
| 10:00 am - 10:20 am | KOP movement for Civil only (After this movement No Civil shall be allowed into the KOP line) |

**RUN BOTH CIVIL AND STATE INMATE MOVEMENT SIMULTANEOUSLY**

| | |
|---|---|
| 11:00 am - 11:10 am | State inmates movement from Gym and Yard (Gym/ Yard closed)<br>*(Movement from the Gym or Yard for State inmates shall be via the rear access door to the gym and the outer access gate to the yard. (No inmate movement shall be from the corridor.)* |
| 11:00 am - 11:10 am | Civil movement from HSU, learning center, library and wood shop. back to unit only. |
| 11:30 am | Major Count |
| 12:00 p.m. | State inmates Handicaps / Medication line only<br>**NOTE**: Inmates for Medication must report to the HSU first before being allowed into the IDR line. |
| 12:03 pm | State inmates Diets only for noon meal |
| 12:06 pm | State inmates called by units to noon meal |
| 12:36 pm - 12:46 pm | State inmates movement to HSU (for medical appointment only) learning center library, wood shop and Industries |
| 12:46 pm | Civil Handicaps / Medication line only for noon meal<br>**NOTE**: Civil for Medication line must report to the HSU first before being allowed into the IDR line |
| 12:49 pm | Civil Diets only for noon meal |
| 12:50 pm | Civil called by units D, C, B, A, to noon meal and medication line<br>(C and D units report to medication line and then proceed to the IDR) |

| Time | Activity |
|---|---|
| 1:30 pm - 1:40 pm | Civil movement to Gym and Yard |
| 1:40 pm - 1:50 pm | State inmates movement to and from HSU (for medical appointment only) to and from learning center, library, wood shop and Industries. |
| 2:30 pm - 2:40 pm | Civil movement to and from the Gym and Yard |
| 2:40 pm - 2:50 pm | State inmates movement from the HSU only all appointment must end at this time expect emergency, mental health request) |
| 3:30 pm | State inmates movement from the learning center, library, wood shop and industries. **(closed)** |
| 3:45 pm | Civil movement from Gym and Yard only. **(Closed)** |
| 4:30 pm | Major Count |
| 5:05 pm | ***State inmate report HSU for insulin*** |
| 5:15 pm | State inmates Handicaps / medication line only for evening meals |
|  | **NOTE:** Inmates for Medication must report to the HSU first before being allowed into the IDR line. |
| 5:18 pm | State inmates (Diets only) |
| 5:21 pm | State inmates called by units to noon Meal |
| 5:55 pm | ***Civil insulin in HSU*** |
| 5:50 pm | Civil Handicaps / Medication line only for evening meals |
|  | **NOTE:** Civil for medication line must report to the HSU first before being allowed into the IDR line |
| 5:55 pm | Civil (Diets only) and Medication line |
| 6:11 pm | Civil called by units D, C, B, A, to noon meal and medication line (C and D units report to medication line and then proceed to the IDR) |
| 6:41 pm | IDR Closed evening feeding activity ends. |
| 6:45 pm - 6:55 pm | Civil movement to Gym and Yard (***Seasonal evening yard shall be open during daylight hours only and weather permitting.***) |
| 6:55 pm - 7:05 pm | KOP and HSU medical appointments for State inmates (After this movement No State inmate shall be allowed into the KOP line) |
| 7:00 pm - 7:10 pm | State inmate movement to HSU (for medical appointment only) learning center, library and Program Areas. (***No movement shall be allowed to areas until the Volunteer or Staff person is on site)*** |
| 7:30 p.m. - 7:40 pm | Civil movement to and from Gym and Yard (***Seasonal evening yard shall be open during daylight hours only and weather permitting.***) |

8:00 pm-      State inmate movement to and from HSU (for medical appointment only)
learning 8:10 pm     center, library and Program Areas. (*No movement shall be allowed to* areas
*until the Volunteer or Staff person is on site)*

8:10 pm      Civil movement from **Yard (Closed)**. Civil movement to and
8:20 pm       from Gym only.

8:30 pm      State inmate movement from HSU, learning center, library and Program Areas to
8:40 pm       their unit. (All areas Closed to inmates)

8:40 pm      Civil movement from **Gym (Closed)** back to their unit only.

*No Civil or Inmate movements after 9:00 pm*

9:30 pm      Major Count (all Civil & inmates restricted to their room for the night)

NOTE: *Movement to and From the Visiting Room shall be an Open movement at all times. Officers shall arrange for an escort when needed.*

**Reviewed 10/5/06**