UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

EXHIBIT 3

WILLIAM G. STEVENS,
    Plaintiff,

CIVIL ACTION NO.
04-11938-JLT

v.

ROBERT HOWLAND, et al.,
    Defendants.

## AFFIDAVIT OF WILLIAM G. STEVENS

1. I am the plaintiff in the above entitled action.

2. I am currently civilly committed at the Massachusetts Treatment Center pursuant to M.G.L. c. 123A

3. I am a follower of the Wiccan religion and have practiced Wicca in various forms since 1983.

4. During the portions of my Wiccan practice, in which I was not incarcerated, I maintained a personal altar at, or near my home at which I was able to worship on a daily basis.

5. I, currently, am not able to maintain a personal altar due to Department of Correction property policy and space considerations.

6. I am ordained as a priest through the Universal Life Church and have further accomplished the steps necessary to be recognized as a High Priest of the Wiccan faith.

7. As a state prison inmate at N.C.C.I. Gardner I was allowed to lead Wiccan group worship services without adverse consequences and without abusing, what the defendants deem to be, the position of authority over other inmates.

8. As a state prison inmate at N.C.C.I. Gardner I was able to utilize lighted candles and incense for group meditation

and worship services without the need for outside volunteers or DOC supervision. Again, without adverse consequences.

9. Currently, the few allowed "meeting times" rarely coincide with Sabbat and Esbat occurances at the Treatment Center. See Attachment 1 for 2005 Sabbat dates vis-a-vis approved meeting times.

10. In the, nearly, three years since my incarceration at the Treatment Center I have, on numerous occasions, requested verbally, in writing, and in grievances that the defendants provide outside volunteers so Wiccan worship services could be performed. Defendants have been unwilling to utilize the contacts I have provided.

11. I have, since my transfer to the Treatment Center, been unable to practice my religion by engaging in group worship services in a manner that is meaningful to me as well as accepted Wiccan practice.

12. Wiccan religious practice is conducted within the confines of a "protective circle", this circle needs to be a minimum of 9' in diameter for group corporate worship to allow for freedom of movement within the circle. The room accommodating the circle must be large enought that the circle can be circumnavigated without violating the boundary.

13. Recently the Native American religious group has been meeting outside during their weekly meetings to preform their Smudge ceremony.

Signed under the pains and penalties of purjury this 23rd day of October, 2006

William G. Stevens

WICCAN SABBATS for 2005

EXHIBIT
ATTACHMENT
1

| | NAME | ACTUAL DATE | PER M.T.C. CELEBRATED* |
|---|---|---|---|
| 1ST SABBAT | IMBOLC | FEB 1 | FEB 2 |
| 2ND SABBAT | OSTARA | MAR 20<br>1ST DAY OF SPRING/EQUANOX | MAR 18 |
| 3RD SABBAT | BELTAIN | APR 30 | APR 29 |
| 4TH SABBAT | LITHA | JUNE 21<br>1ST DAY OF SUMMER/SOLSTICE | JUNE 22 |
| 5TH SABBAT (loo-nassa) | LUGHNASSAD | AUG 1 | JULY 29 |
| 6TH SABBAT | MABON | SEPT 22<br>1ST DAY OF AUTUMN/EQUANOX | SEPT 21 |
| 7TH SABBAT (sow-in) | SAMHAIN | OCT 31 | OCT 28 |
| 8TH SABBAT | YULE | DEC 21<br>1st DAY OF WINTER/SOLSTICE | DEC 21 |

- Due to scheduling these are the dates <u>CIVIL</u> Wiccans will celebrate their <u>Sabbats</u>.