UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EXHIBIT 4

WILLIAM STEVENS,

    Plaintiff,

v.                                    Civil Action No. 04-11938 JLT

ROBERT HOWLAND, et al.,

    Defendants.

### AFFIDAVIT OF JOSEPH GENTLE MOOSE BLAKE

I, Joseph Gentle Moose Blake swear and state:

1. I am a resident of the Nemasket Correctional Center at 30 Administration Road, Bridgewater, MA 02324.

2. I have resided at the Nemansket Correctional Center since November 22, 2002, and was found to be Sexually Dangerous (SDP) April of 2005.

3. I am a member of the Native American Spiritual Awareness Council (N.A.S.A.C.) circle that is ongoing and active at the Nemansket Correctional Center.

4. N.A.S.A.C. currently has no outside volunteers from the community coming into the Nemansket Correctional Center to lead us in any manner.

5. N.A.S.A.C. currently gathers for three meetings per week. Mondays and Fridays from 1:30 pm to 3:40 pm -- utilizing the chapel in the "D" corridor; and Wednesdays from 2:30 pm to 4:00 pm in the area of outside yard refered to as the "C/D Yard"; due to its located between the C and D units.

6. For all meetings we are given access to our Ceremonial Items: Sacred Pipe; Sweet Grass; Sage; Flat cedar; Smudge bowl; and Kinnik-kinnik; and a butane lighter with which to light our Pipe and Smudge Ceremonies with.

2.

7. The Circle's council consists of positions held by the members of N.A.S.A.C. There is a Chief; Sub-Chief; Peacekeeper; Pipe Keeper; etc. These positions are held by those elected by members within the circle, each with its own responsibilities and duties.

8. At no time, during my four years here, have we ever had outside volunteers, or a staff member present at our Meetings or during Ceremony.

Signed under the pains and penalties of perjury this 6th day of September, 2006.

Joseph Gentle Moose Blake
Nemansket Correctional Center
30 Administration Rd.
Bridgewater, MA 02324