4-26-04

# Inmate Religious Services Request Form

EXHIBIT 5

1. What is the official name of the faith group? Wiccan Practices

2. Who is the head of the faith group? William Stevens M-85829, Chairman

3. What is the address and telephone number of the faith group in Massachusetts or the U.S.?
   Circle Sanctuary, P.O. Box 219, Mt. Horeb, WI 52572

   (608) 924 / 2216

4. Does the faith group have ministers or teachers?

   Yes _x_    No ____

5. Are the ministers available to visit incarcerated members of the faith group?

   Yes _X_    No ____

6. Are there religious holydays to be observed?

   Yes _x_    No ____

7. If so, what religious practices are necessary for the observance?

   Practices include but are not limited to those listed in the Religious Services Handbook

8. Are there time and space requirements for the faith? If so, please explain?
   Requirements include but are not limited to those listed in the Religious Services Handbook

9. Is the religion open to all inmates?

   Yes _x_    No ____

10. Please provide reference material which would be useful for researching this group?
    Mass. D.O.C. Religious Service Handbook

11. What is your specific request?
    An Altar Pentacle for corporate Worship use. Altar Penticals are similar in use to the Christian or Greek Orthadox cross or the Jewish Star of DAvid, all of which are currently provided for other religious groups in level 4 facilities

Attachment A

# Inmate Religious Services Request Form

1. What is the official name of the faith group? Wiccan Practices

2. Who is the head of the faith group? William Stevens M85829, Chairman

3. What is the address and telephone number of the faith group in Massachusetts or the U.S.?
   Circle Sanctuary, P.O. Box 219, Mt. Horeb, WI 52572

   _(608)__924__/_2216_____.

4. Does the faith group have ministers or teachers?

   Yes _X_          No_____

5. Are the ministers available to visit incarcerated members of the faith group?

   Yes _x_          No_____

6. Are there religious holydays to be observed?

   Yes _x_          No_____

7. If so, what religious practices are necessary for the observance?

   Practices include but are not limited to those listed in the Religious Services Handbook

8. Are there time and space requirements for the faith? If so, please explain?
   Requirements include but are not limited to those listed in the Religious Services Handbook

9. Is the religion open to all inmates?

   Yes _X_          No_____

10. Please provide reference material which would be useful for researching this group?
    Mass. D.O.C. Religious Services Handbook

11. What is your specific request?
    A WAND be provided for Corporate Worship. The Wand would be made of natural (not manmade) materials - typically wood or chrystal and roughly cylinderical in shape. A 12" length of ½" dia. dowel would make an acceptable alternative.

Attachment A

# Inmate Religious Services Request Form

1. What is the official name of the faith group? Wiccan Practices

2. Who is the head of the faith group? William Stevens M-85829, Chairman

3. What is the address and telephone number of the faith group in Massachusetts or the U.S.?
   Circle SAnctuary, P.O. Box 219, Mt. Horeb, WI 52572

   (608) 924 / 2216

4. Does the faith group have ministers or teachers?

   Yes X           No____

5. Are the ministers available to visit incarcerated members of the faith group?

   Yes X           No____

6. Are there religious holydays to be observed?

   Yes X           No____

7. If so, what religious practices are necessary for the observance?

   Practices include but are not limited to those listed in the Religious Services Handbook

8. Are there time and space requirements for the faith? If so, please explain?
   Requirements includr but are not limited to those listed in the Religious Services Handbook

9. Is the religion open to all inmates?

   Yes X           No____

10. Please provide reference material which would be useful for researching this group?
    Mass. D.O.C. Religious Services Handbook

11. What is your specific request?
    Various CANDLES for Corporate Worship use.  Candles are common to a variety of religious practices including Wicca, and are currently provided for other groups in level 4 facilities

Attachment A

# Inmate Religious Services Request Form

1. What is the official name of the faith group? Wiccan Practices

2. Who is the head of the faith group? William Stevens M-85829, Chairman

3. What is the address and telephone number of the faith group in Massachusetts or the U.S.?
   Circle Sanctuary, P.O. Box 219, Mt. Horeb, WI 52572

   (608) 924 / 2216

4. Does the faith group have ministers or teachers?

   Yes X          No____

5. Are the ministers available to visit incarcerated members of the faith group?

   Yes X          No____

6. Are there religious holydays to be observed?

   Yes X          No____

7. If so, what religious practices are necessary for the observance?

   Practices include but are not limited to those listed in the Religious Services Handbook

8. Are there time and space requirements for the faith? If so, please explain?
   Requirements include but are not limited to those listed in the Religious Services Handbook

9. Is the religion open to all inmates?

   Yes X          No____

10. Please provide reference material which would be useful for researching this group?
    Mass. D.O.C. Religious Services Handbook

11. What is your specific request?
    INCENSE and an INCENSE BURNER for Corporate Worship use. Incense is common to a variety of religious practices including Wicca, and is currently provided for other religious groups in level 4 facilities.

Attachment A

# Inmate Religious Services Request Form

1. What is the official name of the faith group? Wiccan Practices

2. Who is the head of the faith group? William Stevens M-85829, Chairman

3. What is the address and telephone number of the faith group in Massachusetts or the U.S.?
   Circle Sanctuary P.O. Box 219, Mt. Horeb, WI 52572

   (608) 924 / 2216

4. Does the faith group have ministers or teachers?

   Yes _X_        No ____

5. Are the ministers available to visit incarcerated members of the faith group?

   Yes _X_        No ____

6. Are there religious holydays to be observed?

   Yes _X_        No ____

7. If so, what religious practices are necessary for the observance?

   Practices include but are not limited to those listed in the Religious Services Handbook

8. Are there time and space requirements for the faith? If so, please explain?
   Requirements include but are not limited to those listed in the Religious Services Handbook

9. Is the religion open to all inmates?

   Yes _X_        No ____

10. Please provide reference material which would be useful for researching this group?
    Mass. D.O.C. Religious Services Handbook

11. What is your specific request?
    Set of CHALICES for Corporate Worship use. Chalices are common to a variety of religious practices including Wicca, and are currently provided for other religious groups in level 4 facilities

Attachment A