

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*

*Department of Correction*
*Program Services Division*

**Mitt Romney**
Governor
**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

P. O. Box 351
Framingham, MA 01704

(508) 620-6437, Fax (508) 620-7099

EXHIBIT 6

**Kathleen M. Dennehy**
Commissioner
**James R. Bender**
Acting Deputy
Commissioner

December 28, 2004

William G. Stevens, M-85829
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Dear Mr. Stevens,

Your correspondence to Commissioner Kathleen M. Dennehy, dated December 7, 2004, regarding religious services requests has been referred to me for reply.

Please be advised that, to date, the Religious Services Review Committee has not received any religious services requests from you since being transferred to the Massachusetts Treatment Center. Director of Treatment Joseph Murphy was correct in informing you that Commissioner Dennehy was reviewing Religious Services Request Forms during the month of November, but no requests from you were included in this packet since, as mentioned above, the Committee has not received any requests from you. You may contact Director of Treatment Joseph Murphy to obtain an Inmate Religious Services Request Form, which must then be submitted to the Religious Services Review Committee for processing.

I trust this response addresses your concerns.

Sincerely,

Allison Hallett,
Director of Program Services

cc: Kathleen M. Dennehy, Commissioner
    Robert Murphy, Superintendent, MTC
    Joseph Murphy, Director of Treatment, MTC
    File




## The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### Program Services Division

**Mitt Romney**
*Governor*
**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

P. O. Box 351
Framingham, MA  01704

(508) 620-6437, Fax (508) 620-7099

**Kathleen M. Dennehy**
*Commissioner*
**James R. Bender**
*Acting Deputy Commissioner*

August 22, 2005

William G. Stevens, M-85829
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Dear Mr. Stevens,

Your correspondence to Commissioner Kathleen M. Dennehy, dated July 22, 2005, regarding your religious services requests has been referred to me for reply.

Please be advised that, to date, the Religious Services Review Committee has not received any religious services requests from you for any of the items you name in your correspondence from the Massachusetts Treatment Center. I have forwarded a copy of this letter along with your Inmate Religious Services Requests Forms to Deputy Superintendent Joseph Murphy, who has assured me that they will be processed at the institution as soon as possible.

Your patience is appreciated.

Sincerely,

*Allison Hallett*
Allison Hallett,
Director of Program Services

cc:   Kathleen M. Dennehy, Commissioner
      Robert Murphy, Superintendent, MTC
      Joseph Murphy, Deputy Superintendent, MTC
      File