

# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
### Program Services Division

P. O. Box 351
Framingham, MA  01704
(508) 620-6437, Fax (508) 620-7099

**EXHIBIT 7**

**Mitt Romney**
Governor
**Kerry Healey**
Lieutenant Governor
**Edward A. Flynn**
Secretary

**Kathleen M. Dennehy**
Commissioner
**James R. Bender**
Deputy Commissioner

April 8, 2005

William G. Stevens, M-85828
Massachusetts Treatment Center
30 Administration Road
Bridgewater, MA 02324

Dear Mr. Stevens,

Your correspondence to Commissioner Kathleen M. Dennehy, dated March 1, 2005, regarding your religious concerns has been referred to me for reply.

Please be advised that inmates cannot lead worship services amongst other inmates, rather only chaplains and/or volunteers may lead religious services. Please contact Acting Deputy Superintendent Joseph Murphy to coordinate the process of obtaining a suitable Wiccan volunteer to provide corporate worship services, as well as for time, space and necessary materials and items for corporate worship services.

In regards to your religious requests the Religious Services Review Committee, to date, has received and reviewed all requests submitted from you and there are no pending requests. Your concerns regarding requests that have not been submitted to the Religious Services Review Committee must be addressed at the institutional level. Furthermore, be advised that all approved Wiccan property, both for in-cell or on-person worship and for corporate worship, is available through Keefe Group. A listing of approved items can be found in the Religious Services Handbook, which is available in your institutional library.

In regards to the purchase of educational items, be advised that you may purchase religious books in accordance with the Inmate Property Policy, 103 CMR 403.10 (7) (d) which states, "Books/Magazines/Newspapers - Authorized inmates may possess a maximum of ten books, magazines and newspapers. All publications must come directly from the publisher or a pre-approved distributor or book club. The property committee shall be responsible for pre-approval. This does not include books for temporary use in authorized educational programs. After completion of an authorized course the inmate will be required to dispose of all books in excess on ten." Please contact Acting Deputy Superintendent Murphy to purchase religious books from a pre-approved distributor/book club or directly from a publisher. The purchase of educational videos and items for corporate worship must also be coordinated through Acting Deputy Superintendent Murphy.

I trust this response addresses your concerns.

Sincerely,

Allison Hallett,
Director of Program Services

cc:  Kathleen M. Dennehy, Commissioner
     Robert Murphy, Superintendent, MTC
     Joseph Murphy, Director of Treatment, MTC
     File