EXHIBIT
8

## *Protestant Services*

Sunday, 2:30-4:00pm                      Dining room (IDR)
·Emmaus Bible Study   Monday, 7:00-8:45pm in IDR or Learning Center
Bible Study  Wednesday, 2:30- 4:00pm in Chapel
Intercessory Prayer    Wednesday, 7:00-8:45pm in Chapel
-Spanish/ English Services Wednesday, 7:00- 8:45 in  LC / IDR
12 Step Christian Study Friday, 2:30-4:00pm in B Corridor room
- Zion Bible Study Friday, 7:00-8:45pm in IDR or LC
Intercessory Prayer Group  Saturday 8:00-8:45pm in Chapel