July 1, 2004

EXHIBIT 9

William Stevens, M-85829
Chairman, Wiccan Religious Group

Joseph Murphy
Director of Treatment

RE: REQUEST FOR APPROVED CORPORATE WORSHIP ITEMS.

Per our conversation of June 15, 2004, I am providing you with the list of Corporate Worship items that were not ordered during the last fiscal year due to budget issues.

In an effort to assist the MTC staff with becoming compliant with 103 CMR 471.09 (2), I am providing you with the following contacts:

> CIRCLE SANCTUARY
> Selena Fox or Robert McCullim
> (608) 924 - 2216
>
> GREAT MOTHERS LOVE NETWORK
> (802) 862 - 8246

Has any progress been made towards finding accredited representatives of t Wiccan faith to provide formal and informal services to the Wiccan group? If these contacts prove ineffective, please let me know so that other contacts may be found or other options explored.

Respectfully Submitted,


William Stevens, M-85829


cc: Attorney Lynch
    file
    Lady Liberty League, Prison Taskforce

```
TO:   John Novero
      Director of Civil Commitment
      Acting Director of Treatment

FROM: William Stevens
      M-85829
      Chairman, Wiccan Practices

DATE: April 23, 2004

RE:   THE WICCAN PRACTICES GROUP ITEMS FOR CORPORATE WORSHIP
```

Per the instructions given to me during the meeting between yourself, Mr. Robert F. Howland the Staff Program Director, and me conducted on or about April 12, 2004, please find inclosed 52 Religious Request Forms (attachment A) individually listing **APPROVED** Corporate Worship items, as set forth in the Mass. D.O.C. Religious Services Handbook, that need to be ordered for the Wiccan Religious Group.

Additionally please also find enclosed five (5) additional Religious Request Forms (attachments A & B) requesting that Chalices, Candles, Incense, Altar Pentical and a Wand be added to the approved items list. The second half of attachment B must be filled out by you and submitted by you to Shannon Gongaleski the acting Religious Coordinator in Norfolk. These will then be reviewed by the Religious Committee.

In an effort to assist in finding an outside accredited representitive of the Wiccan faith as provided for in 103 CMR 471.09 (2), I am providing you with the following contact phone numbers:

            CIRCLE SANCTUARY
   Attention Selena Fox or Robert McCullah
            (608) 924 - 2216

       Great Mothers Love Network
           (802) 862 - 8246

Thank you for your assistance in resolving these matters at your earliest convenience as they have gone unresolved for much to long.

Respectfully submitted.

cc: Attorney Lynch
    Lady Liberty League Prison Taskforce