# The Commonwealth of Massachusetts
## STANDARD CERTIFICATE OF DEATH
### REGISTRY OF VITAL RECORDS AND STATISTICS

INSTRUCTIONS ON REVERSE SIDE FOR USE BY PHYSICIANS AND MEDICAL EXAMINERS

STATE USE ONLY

**DECEDENT - NAME**
- FIRST: Nancy
- MIDDLE: J.
- LAST: Higgins
- SEX: F
- DATE OF DEATH: July 3, 2001

**PLACE OF DEATH (City/Town):** Dennis
**COUNTY OF DEATH:** Barnstable
**HOSPITAL OR OTHER INSTITUTION:** Eagle Pond Rehabilitation & Living Center

**PLACE OF DEATH (Check only one):** ☒ Nursing Home

**SOCIAL SECURITY #:** 469-5...

EXHIBIT 10

**WAS DECEDENT OF HISPANIC ORIGIN?** ☒ No
**RACE:** White

**AGE - Last Birthday (Yrs.):** 54
**DATE OF BIRTH:** June 27, 1947
**BIRTHPLACE:** Glen Ridge,

**MARRIED, NEVER MARRIED WIDOWED OR DIVORCED:** Divorced
**LAST SPOUSE:** Carl Higgins
**USUAL OCCUPATION:** Self-employed
**KIND OF BUSINESS OR INDUSTRY:** Residential Cleaner

**RESIDENCE:** 1 Love Lane, Dennis, Barnstable, Massachusetts
**ZIP CODE:** 02660

**FATHER - FULL NAME:** Alan Conklin
**STATE OF BIRTH:** New Jersey
**MOTHER - NAME (GIVEN) (MAIDEN):** Martha Scarborough
**STATE OF BIRTH:** Ohio

**INFORMANT'S NAME:** Christine Jeffreys
**MAILING ADDRESS:** 125 Otey Drive, Meridianville, AL 35759
**RELATIONSHIP:** Sister

**METHOD OF IMMEDIATE DISPOSITION:** ☒ Burial
**FUNERAL SERVICE LICENSEE:** John T. Blute
**LICENSE #:** 6527

**PLACE OF DISPOSITION:** Orleans Cemetery
**LOCATION:** Orleans, Massachusetts

**DATE OF DISPOSITION:** July 6, 2001
**NAME AND ADDRESS OF FACILITY:** Nickerson Funeral Home, 77 Eldredge Park Way, Orleans, MA
02553

**29 PART I - Cause of Death:**
- a. (Immediate Cause): End Stage Chronic Obstructive Lung Disease — Approximate Interval: Years

**WAS AUTOPSY PERFORMED?** No

**MED. EXAM. NOTIFIED?** No
**MANNER OF DEATH:** ☒ Natural

**36a** To the best of my knowledge, death occurred at the time, date, and place and due to the cause(s) stated.
**Signature:** A.F. Bickford
**DATE SIGNED:** July 3, 2001
**HOUR OF DEATH:** 10:20 (M)

**NAME AND ADDRESS OF CERTIFYING PHYSICIAN:** Arthur F Bickford MD, 714 Main St 02675, Yarmouth Port Ma
**LICENSE NO. OF CERTIFIER:** 28631

**WAS THERE A PRONOUNCEMENT FORM?** Yes
**IF YES, DATE PRONOUNCED:** July 3, 2001
**IF YES, TIME PRONOUNCED:** 10:20P
**NAME OF PRONOUNCER:** Joan Donna Foley
**TITLE:** ☒ R.N.

**DATE BURIAL PERMIT ISSUED:** July 6, 2001
**SIGNATURE BD. OF HEALTH AGENT:** [signature]
**RECEIVED IN THE CITY/TOWN OF:** Dennis
**CLERK'S SIGNATURE:** Jacquelyn K. Souza
**DATE OF RECORD:** July 6, 2001

PERMANENT BLACK INK ONLY

"I, the undersigned, hereby certify that I am the Clerk of the Town of Dennis; that, as such, I have custody of the records of births, deaths and marriages required by law to be kept in my office; I do hereby certify that the above is a true copy from said records."

Jacquelyn K. Souza
DENNIS TOWN CLERK

