UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM G. STEVENS, | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   Civil Action No. 04-11938-JLT |
| ROBERT HOWLAND, et al., | * |
| | * |
| Defendant. | * |

ORDER

May 8, 2007

TAURO, J.

After considering the filings in this case, the court hereby orders:

1)  The March 29, 2007, Report and Recommendations of U.S.M.J. Dein [#42] is ACCEPTED AND ADOPTED.

2)  Plaintiff's Motion for Summary Judgment [#34] is DENIED.

3)  Defendants' Motion for Summary Judgment [#36] is ALLOWED with respect to all federal claims, as alleged in Counts I, II, and VI. These counts are DISMISSED WITH PREJUDICE.

4)  This court declines to exercise jurisdiction over the remaining state law claims.[1]

5)  The case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] See 28 U.S.C. § 1367(c).