UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-cv-11938-JLT

WILLIAM G. STEVENS,

    Plaintiff,

v.

ROBERT HOWLAND, et al.,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that William G. Stevens, pro se plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit fron the ORDER to DISMISS WITH PREJUDICE entered in this action on the 8th day of May, 2007.

_____
William G. Stevens, Plaintiff/Pro Se
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324