UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-cv-11938-JLT

WILLIAM G. STEVENS,

    Plaintiff,

v.

ROBERT HOWLAND, et al.,

    Defendants.

### MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

Now comes the plaintiff/appellant, William G. Stevens, acting Pro Se in the above entitled matter, and respectfully moves this Court to appoint Appellate Counsel to represent him during the course of his appeal. As grounds thereto, the plaintiff/appellant states the following:

1. Plaintiff/appellant is in the care and custody of the Massachusetts Department of Correction.

2. Plaintiff/appellant has previously been found indigent by this Court, this status has not changed since the filing of the complaint in this action. But for said indigency, counsel would be retained.

3. The issues involved in this appeal are complex and beyond the ability of the average pro se litigant.

4. The ends of justice would be best served if the Court ALLOWS this Motion and appoints Appellate Counsel to represent the plaintiff/appellant during the course of his appeal.

                                            Respectfully submitted,
                                            William G. Stevens,
                                            Plaintiff/Appellant

- 2 -

5-15-07

_____
William G. Stevens, Pro Se
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324