APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11938-JLT
## Internal Use Only

Stevens v. Howland et al
Assigned to: Judge Joseph L. Tauro
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/03/2004
Date Terminated: 05/08/2007
Jury Demand: Defendant
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

## Plaintiff

**William G. Stevens**

represented by **William G. Stevens**
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324
PRO SE

V.

## Defendant

**Robert Howland**

represented by **Richard C. McFarland**
Department of Correction
70 Franklin Street
Suite 600
Boston, MA 02110
617-727-3300 X 132
Fax: 617-727-7403
Email: rcmcfarland@doc.state.ma.us
*ATTORNEY TO BE NOTICED*

## Defendant

**Joseph Murphy**

represented by **Richard C. McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Superintendent Robert Murphy**

represented by **Richard C. McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**Kathleen Dennehy**

represented by **Richard C. McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Massachusetts Department of Corrections**

represented by **Richard C. McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/03/2004 | ●1 | COMPLAINT , filed by William G. Stevens.(Abaid, Kim) (Entered: 09/07/2004) |
| 09/03/2004 | ● | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Abaid, Kim) (Entered: 09/07/2004) |
| 09/03/2004 | ●2 | MOTION for Leave to Proceed in forma pauperis by William G. Stevens.(Abaid, Kim) (Entered: 09/07/2004) |
| 10/12/2004 | ●3 | Judge Joseph L. Tauro : ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis. The Clerk shall issue summonses as to defendants Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy; and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.Plaintiff's claims shall be dismissed pursuant to 28 U.S.C. section 1915(e)(2) without further notice as to defendant Massachusetts Department of Correction. (Morse, Barbara) (Entered: 10/13/2004) |
| 10/12/2004 | ●4 | Judge Joseph L. Tauro : MEMORANDUM entered. Plaintiff shall file a signed copy of the complaint within forty-two days of the date of this Memorandum and Order or this action will be dismissed without prejudice. Plaintiff?s claims against the Department of Correction are dismissed based on Eleventh Amendment immunity. Memorandum mailed to plaintiff with copy of the original complaint. (Morse, Barbara) (Entered: 10/13/2004) |
| 10/13/2004 | ● | Set Deadlines/Hearings: Filing of complaint with plaintiff's signature due by 11/23/2004. (Morse, Barbara) (Entered: 10/13/2004) |
| 10/13/2004 | ● | Summons Issued as to Kathleen Dennehy, Robert Howland, Joseph Murphy, Robert Murphy. (Morse, Barbara) (Entered: 10/13/2004) |
| 10/20/2004 | ●5 | Signed Copy of Complaint filed as Ordered on October 12, 2004 by William G. Stevens. (Abaid, Kim) (Entered: 10/21/2004) |
| 11/24/2004 | ●6 | US Marshal Process Receipt and Return for Civil Summons. Kathleen Dennehy served Delivered on November 18, 2004 . (Abaid, Kim) (Entered: |

| | | 11/30/2004) |
|---|---|---|
| 11/29/2004 | 🔾9 | SUMMONS Returned Executed Joseph Murphy served on 10/19/2004, answer due 11/8/2004. (Abaid, Kim) (Entered: 11/30/2004) |
| 11/29/2004 | 🔾10 | SUMMONS Returned Executed Robert Howland served on 10/19/2004, answer due 11/8/2004. (Abaid, Kim) (Entered: 11/30/2004) |
| 11/29/2004 | 🔾11 | SUMMONS Returned Executed Robert Murphy served on 10/20/2004, answer due 11/9/2004. (Abaid, Kim) (Entered: 11/30/2004) |
| 11/30/2004 | 🔾7 | MOTION for Extension of Time to 12/22/2004 to File Answer by Kathleen Dennehy, Robert Howland, Massachusetts Department of Corrections, Joseph Murphy, Robert Murphy.(McFarland, Richard) (Entered: 11/30/2004) |
| 11/30/2004 | 🔾8 | CERTIFICATE OF SERVICE by Kathleen Dennehy, Robert Howland, Massachusetts Department of Corrections, Joseph Murphy, Robert Murphy re 7 MOTION for Extension of Time to 12/22/2004 to File Answer. (McFarland, Richard) (Entered: 11/30/2004) |
| 12/01/2004 | 🔾 | Judge Joseph L. Tauro : Electronic ORDER entered granting 7 Motion for Extension of Time (Abaid, Kim) (Entered: 12/02/2004) |
| 12/03/2004 | 🔾12 | MOTION to Amend 1 Complaint by William G. Stevens. (Attachments: # 1 Proposed Amended Complaint# 2 Proposed Amended Complaint Continued)(Abaid, Kim) (Entered: 12/06/2004) |
| 12/08/2004 | 🔾13 | ANSWER to Complaint with Jury Demand by Kathleen Dennehy, Robert Howland, Massachusetts Department of Corrections, Joseph Murphy, Robert Murphy.(McFarland, Richard) (Entered: 12/08/2004) |
| 12/13/2004 | 🔾14 | Opposition re 12 MOTION to Amend 1 Complaint filed by Kathleen Dennehy, Robert Howland, Massachusetts Department of Corrections, Joseph Murphy, Robert Murphy. (McFarland, Richard) (Entered: 12/13/2004) |
| 12/13/2004 | 🔾15 | MEMORANDUM in Opposition re 12 MOTION to Amend 1 Complaint filed by Kathleen Dennehy, Robert Howland, Massachusetts Department of Corrections, Joseph Murphy, Robert Murphy. (McFarland, Richard) (Entered: 12/13/2004) |
| 01/04/2005 | 🔾16 | MOTION for Leave to File a Reply Memorandum to the Defendants' Memorandum in Opposition to the Motion to Amend by William G. Stevens.(Abaid, Kim) (Entered: 01/04/2005) |
| 03/14/2005 | 🔾17 | Letter re: Scheduling Order from William G. Stevens. (Abaid, Kim) (Entered: 03/15/2005) |
| 06/28/2005 | 🔾 | Judge Joseph L. Tauro : Electronic ORDER entered denying 12 Motion to Amend, denying 16 Motion for Leave to File (Abaid, Kim) (Entered: 06/29/2005) |

| 08/19/2005 | 🔵18 | MOTION to Compel by William G. Stevens.(Abaid, Kim) (Entered: 08/22/2005) |
|---|---|---|
| 08/19/2005 | 🔵19 | AFFIDAVIT in Support re 18 MOTION to Compel. (Attachments: # 1 Exhibit)(Abaid, Kim) (Entered: 08/22/2005) |
| 09/08/2005 | 🔵20 | MOTION to Compel the Massachusetts Department of Correction to Provide Photo Copies of Legal Documents and Legal Publications by William G. Stevens.(Abaid, Kim) (Entered: 09/12/2005) |
| 09/15/2005 | 🔵21 | Judge Joseph L. Tauro : ORDER entered. REFERRING CASE to Magistrate Judge Judith G. Dein Referred for: Case Management and Report and Recommendations on any Dispositive Motions(Abaid, Kim) (Entered: 09/15/2005) |
| 09/19/2005 | 🔵22 | Opposition re 20 MOTION to Compel *Department of Correction to Provide Photocopies of Legal Documents and Legal Publications* filed by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections. (McFarland, Richard) (Entered: 09/19/2005) |
| 09/19/2005 | 🔵23 | MEMORANDUM in Opposition re 20 MOTION to Compel *Department of Correction to Provide Photocopies of Legal Documents and Legal Publications* filed by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections. (Attachments: # 1 Affidavit # 2 Exhibit)(McFarland, Richard) (Entered: 09/19/2005) |
| 09/19/2005 | 🔵24 | CERTIFICATE OF SERVICE by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections re 22 Opposition to Motion,, 23 Memorandum in Opposition to Motion,. (McFarland, Richard) (Entered: 09/19/2005) |
| 09/20/2005 | 🔵25 | Judge Judith G. Dein: SCHEDULING ORDER entered. Written discovery to be served by 10/20/05; all other discovery filed by 12/23/05 and completed by 2/3/06; defendant to file mtn/summary judgment by 3/3/06; plaintiff's opposition due 3/31/06; defendant's reply due 4/14/06.(Irwin, Nancy) (Entered: 09/20/2005) |
| 09/20/2005 | 🔵 | Judge Judith G. Dein: Electronic ORDER entered denying 18 Motion to Compel (Irwin, Nancy) (Entered: 09/20/2005) |
| 10/03/2005 | 🔵26 | MOTION for Leave to File A Reply Affidavit by William G. Stevens. (Attachments: # 1 Proposed Affidavit# 2 Exhibits to Affidavit# 3 Exhibits Continued)(Abaid, Kim) (Entered: 10/03/2005) |
| 10/06/2005 | 🔵 | Judge Judith G. Dein : ElectronicORDER entered granting 26 Plaintiff's Motion for Leave to File Reply Affidavit. (Dambrosio, Jolyne) (Entered: 10/06/2005) |
| 10/06/2005 | 🔵27 | AFFIDAVIT by William G. Stevens. (Attachments: # 1 Exhibit Part 1# 2 Exhibit Part 2)(Abaid, Kim) (Entered: 10/07/2005) |

| 12/16/2005 | 28 | MOTION for Discovery - *Leave to Depose Inmate/Plaintiff* by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections.(McFarland, Richard) (Entered: 12/16/2005) |
| 12/19/2005 |  | Judge Judith G. Dein : Electronic ORDER entered granting 28 Defendant's Motion for Leave to Depose Inmate/Plaintiff. (Dambrosio, Jolyne) (Entered: 12/19/2005) |
| 01/27/2006 | 29 | MOTION for Extension of Time to April 3, 2006 to Complete Discovery by William G. Stevens.(Abaid, Kim) (Entered: 01/30/2006) |
| 01/31/2006 |  | Judge Judith G. Dein : Electronic ORDER entered granting 29 Motion for Extension of Time. Discovery to be completed by 4/3/2006. Motions for summary judgment due by 5/3/2006. (Dambrosio, Jolyne) (Entered: 01/31/2006) |
| 03/15/2006 | 30 | Judge Judith G. Dein : ORDER entered denying without prejudice 20 Plaintiff's Motion to Compel. (Dambrosio, Jolyne) (Entered: 03/15/2006) |
| 04/28/2006 | 31 | MOTION for Extension of Time to June 30, 2006 to File Motion for Summary Judgment by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections.(McFarland, Richard) (Entered: 04/28/2006) |
| 05/01/2006 |  | Judge Judith G. Dein : Electronic ORDER entered granting 31 Defendants' Motion for Extension of Time to 6/30/06 to File Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 05/01/2006) |
| 06/07/2006 | 32 | MOTION for Funds to Transcribe Oral Depositions by William G. Stevens.(Abaid, Kim) (Entered: 06/07/2006) |
| 06/14/2006 |  | Judge Judith G. Dein : Electronic ORDER entered denying 32 Plaintiff's Motion for Funds to Transcribe Oral Depositions provided, however, that if the defendants have obtained transcripts, the defendants shall make the transcripts available for review by the plaintiff at a mutually agreed upon time. (Dambrosio, Jolyne) (Entered: 06/14/2006) |
| 06/29/2006 | 33 | MOTION for Extension of Time to 8/30/06 to file summary judgment motion by Robert Howland, Joseph Murphy, Robert Murphy, Kathleen Dennehy, Massachusetts Department of Corrections.(McFarland, Richard) (Entered: 06/29/2006) |
| 06/30/2006 |  | Judge Judith G. Dein : Electronic ORDER entered granting 33 Defendants' Assented To Motion for Extension of Time to 8/30/06 to File Summary Judgment Motions. (Dambrosio, Jolyne) (Entered: 06/30/2006) |
| 07/21/2006 | 34 | MOTION for Summary Judgment by William G. Stevens.(Abaid, Kim) (Entered: 07/24/2006) |
| 07/21/2006 | 35 | MEMORANDUM in Support re 34 MOTION for Summary Judgment filed by William G. Stevens. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Abaid, Kim) (Entered: 07/24/2006) |

| 08/30/2006 | ●36 | MOTION for Summary Judgment by all defendants.(McFarland, Richard) (Entered: 08/30/2006) |
|---|---|---|
| 08/30/2006 | ●37 | MEMORANDUM in Support re 36 MOTION for Summary Judgment filed by all defendants. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit)(McFarland, Richard) (Entered: 08/30/2006) |
| 08/30/2006 | ●38 | MOTION for Leave to File Excess Pages by all defendants.(McFarland, Richard) (Entered: 08/30/2006) |
| 08/31/2006 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 38 Motion for Leave to File Excess Pages (Abaid, Kim) (Entered: 08/31/2006) |
| 10/02/2006 | ●39 | MOTION for Extension of Time to October 27, 2006 to Respond to the Cross Motion for Summary Judgment by William G. Stevens.(Abaid, Kim) (Entered: 10/03/2006) |
| 10/04/2006 | ❍ | Judge Judith G. Dein : Electronic ORDER entered granting 39 Plaintiff's Motion for Extension of Time to 10/27/06 to Respond to Cross Motion for Summary Judgment. (Dambrosio, Jolyne) (Entered: 10/04/2006) |
| 10/31/2006 | ●40 | MOTION for Leave to File Excess Pages by William G. Stevens.(Abaid, Kim) (Entered: 10/31/2006) |
| 10/31/2006 | ●41 | MEMORANDUM in Opposition re 36 MOTION for Summary Judgment filed by William G. Stevens. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13)(Abaid, Kim) (Entered: 10/31/2006) |
| 11/01/2006 | ❍ | Judge Judith G. Dein : Electronic ORDER entered granting 40 Plaintiff's Motion for Leave to File Excess Pages. (Dambrosio, Jolyne) (Entered: 11/01/2006) |
| 01/08/2007 | ❍ | ELECTRONIC NOTICE of Hearing on Motion 36 & 34 CROSS-MOTIONS for Summary Judgment: Motion Hearing set for 1/26/2007 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) Modified on 1/8/2007 to change year from 2006 to 2007. (Dambrosio, Jolyne). (Entered: 01/08/2007) |
| 01/26/2007 | ❍ | Clerk's Notes for proceedings held before Judge Judith G. Dein : Motion Hearing held on 1/26/2007 re 36 MOTION for Summary Judgment filed by Joseph Murphy,, Kathleen Dennehy,, Massachusetts Department of Corrections,, Robert Howland,, Robert Murphy,, 34 MOTION for Summary Judgment filed by William G. Stevens,. USMJ Dein hears arguments from Attorney McFarland and Pro Se Stevens and takes the matters under advisement. (Court Reporter DR.) (Quinn, Thomas) (Entered: 01/31/2007) |
| 03/29/2007 | ●42 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 34 Plaintiff's MOTION for Summary Judgment |

| | | and 36 Defendants' MOTION for Summary Judgment. Recommendation: that the Plaintiff's Motion be denied and that the Defendants' Motion be allowed with respect to all federal law claims. Objections to R&R due by 4/12/2007. (Dambrosio, Jolyne) (Entered: 03/29/2007) |
|---|---|---|
| 03/29/2007 | ◔ | Case no longer referred to Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/29/2007) |
| 04/10/2007 | ◔43 | OBJECTION to 42 Report and Recommendations filed by William G. Stevens. (Abaid, Kim) (Entered: 04/10/2007) |
| 05/08/2007 | ◔44 | Judge Joseph L. Tauro : ORDER entered. The March 29, 2007 Report and Recommendations of USMJ Dein 42 is ACCEPTED AND ADOPTED. 34 Plaintiff's Motion for Summary Judgment is DENIED. [356] Defendants' Motion for Summary Judgment is ALLOWED with respect to all federal claims, as alleged in Counts I, II and VI. These counts are DISMISSED WITH PREJUDICES. This court declines to exercise jurisdiction over the remaining state law claims. The case is CLOSED.(Abaid, Kimberly) (Entered: 05/09/2007) |
| 05/17/2007 | ◔45 | NOTICE OF APPEAL as to 44 Order Adopting Report and Recommendations, by William G. Stevens NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 6/6/2007. (Abaid, Kimberly) (Entered: 05/17/2007) |
| 05/17/2007 | ◔46 | MOTION to Appoint Appellate Counsel by William G. Stevens.(Abaid, Kimberly) (Entered: 05/17/2007) |